**Thomas Bellinder** <thomas.bellinder@gma  Apr 24
to Tere, Warren

OK.. Have you spoken with him at all? Does your client have a last known address for him?

On Wed, Apr 24, 2013 at 10:12 AM, Tere Steel <Tere.Steel@pmp.org> wrote:
> Not at this time, no.
>
> Tere R. Steel, Esq.
> Page, Mannino, Peresich
> & McDermott, P.L.L.C.
> 759 Vieux Marche Mall
> P.O. Drawer 289
> Biloxi, MS 39530
> Phone: (228) 374-2100
> Facsimile: (228) 432-5539


PAGE MANNINO PERESICH & McDERMOTT PLLC

**CONFIDENTIALITY MESSAGE:**
NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** Thomas Bellinder [mailto:thomas.bellinder@gmail.com]
**Sent:** Wednesday, April 24, 2013 8:28 AM
**To:** Tere Steel
**Cc:** Warren_Martin_Jr_@hotmail.com
**Subject:** Re: Jason Jordan, et al. v. City of Biloxi, Mississippi, et al.

Ms. Steel;

I have and thank you for your removal documents in the above matter.. Does your firm also represent Ofc. Joshua Hamilton?

On Tue, Apr 23, 2013 at 3:42 PM, Tere Steel <Tere.Steel@pmp.org> wrote:
> Please see the attached documents.
>
> Tere R. Steel, Esq.
> Page, Mannino, Peresich
> & McDermott, P.L.L.C.
> 759 Vieux Marche Mall
> P.O. Drawer 289
> Biloxi, MS 39530
> Phone: (228) 374-2100
> Facsimile: (228) 432-5539


EXHIBIT "B"

**Thomas Bellinder** <thomas.bellinder@gma  Apr 30
to Tere

Ms. Steel;

Does your client have a last known address for Joshua Hamilton?

On Wed, Apr 24, 2013 at 10:15 AM, Thomas Bellinder<thomas.bellinder@gmail.com> wrote:
> OK.. Have you spoken with him at all? Does your client have a last known address for him?
>
>> On Wed, Apr 24, 2013 at 10:12 AM, Tere Steel <Tere.Steel@pmp.org> wrote:
>> Not at this time, no.
>>
>> Tere R. Steel, Esq.
>> Page, Mannino, Peresich
>> & McDermott, P.L.L.C.
>> 759 Vieux Marche Mall
>> P.O. Drawer 289
>> Biloxi, MS 39530
>> Phone: (228) 374-2100
>> Facsimile: (228) 432-5539

# THOMAS J. BELLINDER, P.A.

MS BAR: 103115  351 EDGEWOOD TERRACE DR.  PHONE: (769) 257-0052
FL BAR: 65254  JACKSON, MS 39206  FAX: (601) 714-1583
DC BAR: 996096
EMAIL: THOMAS.BELLINDER@GMAIL.COM

June 10, 2013

**VIA U.S. MAIL AND FACSIMILE**
Tere R. Steel                                           FAX NO.: (228) 432-5539
PAGE MANNINO PERESICH &
MCDERMOTT, PLLC
P.O. Drawer 289
Biloxi, MS 39533

David W. Stewart                                        FAX NO.: (228) 863-1844
COPELAND COOK TAYLOR & BUSH
P.O. Box 10
Gulfport, MS 39502

RE:  Jason Jordan, et al. v. Premier Entertainment Biloxi, LLC, et al.; In the
     Circuit Court of Harrison County, Mississippi; Cause No.: A2402-13-51

Dear Counsel;

Please note that our office is seeking information regarding the current whereabouts of Officer Joshua Hamilton. Pending your agreement we consider this to be remand-related discovery in this matter, subject to submission to the District Judge under the Court's April 26, 2013 order. Please note this matter to be time-sensitive, under the Rules for service of process.

We would ask you to produce to us all information you have regarding Joshua Hamilton, including but not limited to his last known address and phone number and all prior addresses and phone numbers your clients have on file for him. To the extent submission of this issue to the Judge is necessary, please advise our office in writing.

Thank you for your usual prompt assistance in this matter. Should you have any questions, comments or concerns, please do not hesitate to contact me.

Warmest Regards,

Thomas J. Bellinder, Esq.

TJB/
cc:  Warren L. Martin, Jr.

06/10/2013 12:04 FAX  ☒ 0001

```
        *********************
        ***   TX REPORT   ***
        *********************

TRANSMISSION OK

TX/RX NO              1544
RECIPIENT ADDRESS     12284325539
DESTINATION ID
ST. TIME              06/10 12:03
TIME USE              00'24
PAGES SENT            1
RESULT                OK
```

# THOMAS J. BELLINDER, P.A.

MS BAR: 103115     351 EDGEWOOD TERRACE DR.    PHONE: (769) 257-6052
FL BAR: 65254         JACKSON, MS 39206           FAX: (601) 714-1583
DC BAR: 996096

EMAIL: THOMAS.BELLINDER@GMAIL.COM

June 10, 2013

**VIA U.S. MAIL AND FACSIMILE**
Tere R. Steel                              FAX NO.: (228) 432-5539
PAGE MANNINO PERESICH &
MCDERMOTT, PLLC
P.O. Drawer 289
Biloxi, MS 39533

David W. Stewart                      FAX NO.: (228) 863-1844
COPELAND COOK TAYLOR & BUSH
P.O. Box 10
Gulfport, MS 39502

     RE:     Jason Jordan, et al. v. Premier Entertainment Biloxi, LLC, et al.; In the
              Circuit Court of Harrison County, Mississippi; Cause No.: A2402-13-51

Dear Counsel;

      Please note that our office is seeking information regarding the current whereabouts of Officer Joshua Hamilton. Pending your agreement we consider this to be remand-related discovery in this matter, subject to submission to the District Judge under the Court's April 26, 2013 order. Please note this matter to be time-sensitive, under the Rules for service of process.

      We would ask you to produce to us all information you have regarding Joshua Hamilton, including but not limited to his last known address and phone number and all prior addresses and phone numbers your clients have on file for him. To the extent submission of this issue to the Judge is necessary, please advise our office in writing.

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1545 |
| RECIPIENT ADDRESS | 12288631844 |
| DESTINATION ID | |
| ST. TIME | 06/10 12:02 |
| TIME USE | 00'55 |
| PAGES SENT | 1 |
| RESULT | OK |

# THOMAS J. BELLINDER, P.A.

MS BAR: 103115  
FL BAR: 65254  
DC BAR: 996096

351 EDGEWOOD TERRACE DR.  
JACKSON, MS 39206

PHONE: (769) 257-6052  
FAX: (601) 714-1583

EMAIL: THOMAS.BELLINDER@GMAIL.COM

June 10, 2013

<u>**VIA U.S. MAIL AND FACSIMILE**</u>  
Tere R. Steel  
PAGE MANNINO PERESICH &  
MCDERMOTT, PLLC  
P.O. Drawer 289  
Biloxi, MS 39533

FAX NO.: (228) 432-5539

David W. Stewart  
COPELAND COOK TAYLOR & BUSH  
P.O. Box 10  
Gulfport, MS 39502

FAX NO.: (228) 863-1844

RE: Jason Jordan, et al. v. Premier Entertainment Biloxi, LLC, et al.; In the Circuit Court of Harrison County, Mississippi; Cause No.: A2402-13-51

Dear Counsel;

Please note that our office is seeking information regarding the current whereabouts of Officer Joshua Hamilton. Pending your agreement we consider this to be remand-related discovery in this matter, subject to submission to the District Judge under the Court's April 26, 2013 order. Please note this matter to be time-sensitive, under the Rules for service of process.

We would ask you to produce to us all information you have regarding Joshua Hamilton, including but not limited to his last known address and phone number and all prior addresses and phone numbers your clients have on file for him. To the extent submission of this issue to the Judge is necessary, please advise our office in writing.