# In The Matter Of:


## *JORDAN*
## *vs.*
## *PREMIER ENTERTAINMENT BILOXI, et. al.*

_____


## *ALYSSA JORDAN*

### *April 2, 2014*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


JASON JORDAN; ALYSSA JORDAN,
INDIVIDUALLY AND ON BEHALF OF
THE ESTATE OF UNBORN BABY JORDAN,
DECEASED AND ON BEHALF OF ALL OF
THE HEIRS AT LAW AND WRONGFUL DEATH
BENEFICIARIES OF UNBORN BABY JORDAN,
DECEASED; AND CHRISTOPHER SOUKUP     PLAINTIFFS


VS.          CIVIL ACTION NO. 1:13cv195 LG-JMR


PREMIER ENTERTAINMENT BILOXI, LLC d/b/a
HARD ROCK HOTEL & CASINO BILOXI; THE
CITY OF BILOXI, MISSISSIPPI; DOE
DEFENDANT ONE; JOSHUA HAMILTON, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITIES;
DOE DEFENDANT THREE; DOE DEFENDANT
FOUR; DOE DEFENDANT FIVE AND DOE
DEFENDANTS 6-10          DEFENDANTS



DEPOSITION OF ALYSSA JORDAN

Taken at the offices of Page, Mannino,
Peresich & McDermott, 759 Howard Avenue,
Biloxi, Mississippi, on Wednesday, April
2, 2014, beginning at approximately
2:27 p.m.


REPORTED BY:


JANNA WHITE, CSR #1312
Merrill Legal Solutions
Post Office Box 14113 (39236)
4400 Old Canton Road, Suite 160
Jackson, Mississippi 39211
Telephone:  (601) 366-9676
Fax:  (601) 366-9756


1(800)372-DEPO

1   APPEARANCES:

2

            THOMAS J. BELLINDER, ESQUIRE
3           Martin & Bellinder
            351 Edgewood Terrace Drive
4           Jackson, Mississippi 39206
            Telephone:  (769) 257-6052
5           Fax:  (769) 257-6596
            Email:  Thomas.Bellinder@gmail.com
6                 ATTORNEY FOR THE PLAINTIFFS

7

            DAVID W. STEWART, ESQUIRE
8           Copeland, Cook, Taylor & Bush, P.A.
            2781 C.T. Switzer, Sr. Drive
9           Biloxi, Mississippi 39531
            Telephone:  (228) 863-6101
10          Fax:  (228) 868-9077
            Email:  Dstewart@cctb.com
11                ATTORNEY FOR PREMIER ENTERTAINMENT
                  BILOXI, LLC, d/b/a HARD ROCK HOTEL
12                & CASINO BILOXI

13

            AUSTIN CLARK, ESQUIRE
14          Russell S. Gill, PLLC
            638 Howard Avenue
15          Biloxi, Mississippi 39530
            Telephone:  (228) 432-0007
16          Fax:  (228) 432-0025
            Email:  Rsgill@datasync.com
17                ATTORNEY FOR THE JOSHUA HAMILTON

18

            TERE R. STEEL, ESQUIRE
19          Page, Mannino, Peresich & McDermott
            759 Howard Avenue
20          Vieux Marche Mall
            Biloxi, Mississippi 39533
21          Telephone:  (228) 374-2100
            Fax:  (228) 432-5539
22          Email:  Tere.steel@pmp.org

23

24

25

1              T-A-B-L-E O-F C-O-N-T-E-N-T-S

2

Examination by:                              Page

3
     Mr. Stewart                               5

4
     Ms. Steel                               100

5
     Mr. Clark                               129

6
     Mr. Stewart                             145

7
Stipulation                                   4

8
Certificate of Reporter                     147

9
Witness Signature Sheet                     148

10

11                    EXHIBITS

12           (No exhibits were marked.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    STIPULATION

2          It is hereby stipulated and agreed by and

3    between the parties hereto, through their

4    respective attorneys of record, that this

5    deposition may be taken at the time and place

6    hereinbefore set forth, by Janna White, C.S.R.,

7    Court Reporter and Notary Public, pursuant to the

8    Federal Rules of Civil Procedure, as amended;

9          That the formality of READING AND SIGNING

10   is specifically NOT WAIVED;

11         That all objections, except as to the form

12   of the questions and the responsiveness of the

13   answers, are reserved until such time as this

14   deposition, or any part thereof, may be used or is

15   sought to be used in evidence.

16

17                      ---

18

19

20

21

22

23

24

25

1              ALYSSA JORDAN,

2        having been duly sworn, was examined and

3        testified as follows:

4                    EXAMINATION

5   BY MR. STEWART:

6        Q.    Would you state your full name, please.

7        A.    Alyssa Shea Jordan.

8        Q.    Do you prefer to be called Alyssa or

9   Mrs. Jordan or what's your --

10       A.    Alyssa is fine.

11       Q.    Alyssa, my name is David Stewart.  We

12  met just a second ago.  I'm the attorney for Hard

13  Rock Casino.  I'm going to ask you some questions

14  with regard to the lawsuit which you and your

15  husband and Mr. Soukup filed against my client and

16  the City of Biloxi and Joshua Hamilton.

17             In the course of this, if you would,

18  try to answer out loud.

19       A.    Okay.

20       Q.    As you can tell, we have a court

21  reporter.  So she has to take down everything you

22  say.  Also, if you will, let me finish my

23  questions before you answer.  I'll also try to let

24  you answer before I interrupt you and ask another

25  question.  Okay?

1       A.    Okay.

2       Q.    That makes a clean transcript, so there

3    is no confusion about the question and answer.

4       A.    Okay.

5       Q.    Also, if you could try to stay away

6    from -- you're not from the South, so I don't know

7    if you use words like uh-huh and huh-uh.

8       A.    No.

9       Q.    We do it a lot down here.

10       A.    I don't even use y'all.  So we are

11    good.

12       Q.    We're good then.  If you don't use that

13    word, we won't have to try to figure out which one

14    it is later on.  We try to stick with yes or no's

15    where it's appropriate.

16            If I ask you something you don't

17    understand, please let me know, and I'll be glad

18    to rephrase it for you.  Okay?

19       A.    Okay.

20       Q.    What's your current address, please?

21       A.    121 O'Donnell Drive, Biloxi,

22    Mississippi, 39531.

23       Q.    How long have you lived there?

24       A.    Since January I moved in.

25       Q.    January of '13?  I mean '14?

```
 1        A.    Yes.

 2        Q.    Where did you live before that?

 3        A.    300 Laura June Drive, Leroy, Michigan,

 4   49655.

 5        Q.    How long did you live there?

 6        A.    Four months while my husband was

 7   deployed.

 8        Q.    Is that your family home or is that

 9   your --

10        A.    It's his parents.

11        Q.    Where did you live before that?

12        A.    828 Oakley Avenue, Apartment 9,

13   Gulfport, Mississippi, 49507, I think.

14        Q.    39507?

15        A.    Yeah, that sounds better.

16        Q.    I think that's right.

17              How long did you live at that address?

18        A.    Since September of 2011.

19        Q.    Is that when you moved to the Coast?

20        A.    Yes, with my husband.

21        Q.    You and Jason?

22        A.    Yes.

23        Q.    And Jason is Jason Jordan, your

24   husband, right?

25        A.    Yes.
```

1          Q.     We've had some Jason confusion so far

2    in this case.  When I am referring to Jason to you

3    I'll be talking about your husband.  Okay?

4          A.     Okay.  Good.  I don't know another

5    Jason.

6          Q.     Where did y'all move from in September

7    '11?

8          A.     The 300 Laura June Drive address.

9          Q.     How long had y'all previously lived

10   there?

11         A.     A year.

12         Q.     When were y'all married?

13         A.     August of two thousand -- well, no.

14   Technically June of 2011 because we did one in

15   Texas before we did our actual wedding.  So our

16   actual wedding date is June 5th, 2011.

17         Q.     Okay.  In Texas?

18         A.     Yes.

19         Q.     And then after that you lived with his

20   parents?

21         A.     Yes.  Like, I was currently living with

22   them.  He was in tech school and like boot camp.

23   So I lived with them.  But like, we got married

24   while he was in tech school so I could move with

25   him right away even though we already had an

1    actual wedding planned.

2         Q.    I got you.

3               Where are you from originally?

4         A.    Marion, Michigan.

5         Q.    Is that the same place Jason is from?

6         A.    No.  He's from Leroy.

7         Q.    Are they close together?

8         A.    Twenty minutes.

9         Q.    If I understand his testimony, y'all

10   worked together at a theater for some period of

11   time?

12        A.    Yes, for two years.

13        Q.    When did y'all become boyfriend and

14   girlfriend?

15        A.    June of 2010.

16        Q.    And you got married right at a year

17   later?

18        A.    Yes.

19        Q.    Do you have a separate identification

20   number that's issued by the military, or do you

21   use his number on things?

22        A.    I use his number, like he is my

23   sponsor, but I have an I.D. card.  I don't know.

24   Like, I think there might be a number on it.  I

25   have it with me.

1        Q.     You do not have it with you?

2        A.     I do have it with me.

3        Q.     I would like to get that number,

4    please.  And also your driver's license while

5    you're in there.

6        A.     I don't know if there is a number, but

7    that's my military number.

8        Q.     It says, DOD I.D. number 1404-98-4604.

9    That's an identification and a privilege card,

10   United States Uniform Services.  Do you know if

11   that is also Jason's?

12       A.     I don't.  I don't know.  I just know I

13   use this to like get on base.  But when I like get

14   appointments and stuff, I use like the last four

15   of his.  So his number is probably different from

16   mine.

17       Q.     And you have a Mississippi driver's

18   license, 802404276, correct?  Does that sound --

19       A.     Yes, yeah.

20       Q.     I wouldn't remember mine either.

21              No restrictions on your driver's

22   license, right?

23       A.     Right.

24       Q.     What's your date of birth?

25       A.     9/9/1989.

```
 1        Q.     Which makes you how old?

 2        A.     Twenty-four.

 3        Q.     What is your educational background?

 4        A.     Just high school diploma.  I did a CNA

 5   course, but I never got certified in it.

 6        Q.     Where did you go to high school?

 7        A.     Marion Junior Senior High School.

 8        Q.     In Marion, Iowa?

 9        A.     Michigan.

10        Q.     Michigan.

11        A.     There is a Marion in Illinois, so -- or

12   Indiana.

13        Q.     Other than the CNA --

14        A.     I did a few courses at NMC, Mount

15   Pleasant Michigan, but I ended up dropping out.

16        Q.     NMC?

17        A.     Yes.  Northern Michigan Community

18   College.

19        Q.     Was there a particular field of study?

20        A.     I was going for nursing.

21        Q.     And your CNA, that's a nurse's aide?

22        A.     Yes, certified nursing assistant.

23        Q.     Did you finish that?

24        A.     I finished the course.  I just never

25   got state certified.
```

1      Q.     Have you made an effort to get state

2  certified in Mississippi?

3      A.     No, I didn't.

4      Q.     What are your plans, you and Jason, are

5  y'all planning to stay in Mississippi, or are you

6  planning to go somewhere else or do you have a

7  plan?

8      A.     It's whatever the Air Force does

9  because they can move him right now if they

10  wanted.  He is going to be making a career out of

11  it, so.

12      Q.     What about you, are you working

13  anywhere?

14      A.     Not currently because I just got back.

15      Q.     From?

16      A.     Michigan.

17      Q.     You haven't made any effort to work

18  since you got here in January?

19      A.     No, because I think I'm going to go to

20  bartending school.

21      Q.     Bartending school?

22      A.     Yes.  That's what I'm looking into,

23  bartending or gaming school.

24      Q.     Have you made application with any of

25  those type of schools?

1    A.    No.  I've just looked online into the

2    pricing and stuff and we're talking about it.

3    Q.    Where would you think those are that

4    are available to you?  Where have you looked at?

5    A.    There is one, the Crescent school in

6    Gulfport.

7    Q.    What is your employment background?  I

8    know you've worked at a variety of retail places

9    like that.

10    A.    Yes.

11    Q.    Back before this incident, where had

12    you worked, the last few jobs?

13    A.    I worked at the theater, and I worked

14    at a gas station before, like before the incident.

15    Those were like my two jobs.

16    Q.    Did you work afterwards?

17    A.    Yes.  I worked at Body Central at the

18    mall, Bath and Body at the mall.  When I was in

19    Michigan, I worked two jobs.  I worked at

20    Goodwill, and I also worked at Javo.  That's where

21    they sell espresso stuff.

22    Q.    A coffee shop?

23    A.    Yes.

24    Q.    Were you actually working on the date

25    of this incident?

1      A.    Yes, I did.

2      Q.    Where were you working?

3      A.    Chevron gas station on Pass Road.

4      Q.    In Gulfport?

5      A.    Yes.

6      Q.    Right at Ford, is that the intersection

7   of Ford and Pass Road?

8      A.    I'm not sure.  It's the one right next

9   to my house.  I don't know.  It's like one, two,

10  three --

11     Q.    Close to Mardi Gras World?

12     A.    Yes.  I also worked at New York and

13  Company, too.  I forgot to stay that because that

14  was in between.

15     Q.    Did you work on the date of this

16  incident, the actual day?

17     A.    Yes, I did.  I worked that night.

18     Q.    That night.  What time did you get off?

19     A.    10:15, I would guess, because we closed

20  at 10:00.

21     Q.    Which place?

22     A.    Chevron was the only I worked.  I was

23  saying I worked at New York after.  I forgot to

24  state that, yeah.

25     Q.    So you closed the Chevron store at

1   10:00?

2        A.    Yes.

3        Q.    And then you went home?

4        A.    Yes.

5        Q.    What did you do at Chevron?

6        A.    I was cashier and the closer.

7        Q.    Did you return to that job after this

8   incident?

9        A.    Yes.  I still worked there --

10       Q.    How long?

11       A.    -- in November.  Well, I quit like

12  around that time because it was dangerous because

13  people -- like, I closed out night alone.  And

14  people were always coming, and it was just like

15  sketchy.  But I don't remember exactly.  It was in

16  November.

17       Q.    Of 2011?

18       A.    Yes.

19       Q.    This incident happened on what day; do

20  you recall?

21       A.    No, I do not.

22       Q.    Would you agree it was late November?

23       A.    Yeah, it was the end of November.

24       Q.    And you quit Chevron after that?

25       A.    Yes.

```
 1        Q.    Not because of the facts of this
 2   incident?
 3        A.    No, no.  I had already put in my two
 4   weeks before this incident.
 5        Q.    Were you within those two weeks when
 6   this incident occurred?
 7        A.    Yes.
 8        Q.    You tendered your two-week resignation?
 9        A.    Yes.
10        Q.    Did you do that in writing?
11        A.    I don't remember.
12        Q.    Do you remember who your supervisor
13   was?
14        A.    We called him Farhan.  I don't know his
15   last name.
16        Q.    Farhan?
17        A.    Yes.  He was Arabic background, so I
18   don't think that was his actual name.  It's just
19   what we called him.  He was the supervisor and
20   like ran the store.
21        Q.    You wouldn't know how to spell that,
22   would you?
23        A.    I spelled it F-A-R-H-A-N.
24        Q.    That's what I just wrote down.
25        A.    Okay.
```

1      Q.     Have you ever been legally separated
2 from Jason?
3      A.     No.
4      Q.     Other than deployment, have you ever
5 lived apart?
6      A.     Not since we've been married.
7      Q.     Was there ever a time in your dating
8 relationship from the time that you started dating
9 in June of 2010 that y'all broke up?
10      A.     No.
11      Q.     Has Jason ever been charged, to you
12 knowledge, with any form of domestic violence or
13 abuse?
14      A.     No.
15      Q.     Have you?
16      A.     No.
17      Q.     Have y'all ever called the police on
18 each other for any reason?
19      A.     No.
20      Q.     Or either of you?
21      A.     No.
22      Q.     Other than the facts of this incident,
23 to your knowledge, has Jason ever been the subject
24 of any sort of investigation by the military?
25      A.     No.

1          Q.    You have never been convicted of a
2    felony in the last ten years, right?
3          A.    No.
4          Q.    Any alcohol related convictions, public
5    drunk, disorderly conduct, DUI?
6          A.    No.
7          Q.    Have you or Jason ever had a
8    restraining order placed on you for any reason?
9          A.    No.
10          Q.    Have you ever been, you or Jason, to
11    your knowledge, ever been removed from a casino or
12    a place of business for any reason other than the
13    facts of this incident?
14          A.    No.
15          Q.    Have you ever trespassed, either one of
16    you, from a casino or any other business, and told
17    you weren't welcome to come back?
18          A.    No.
19          Q.    Have you ever been in the military
20    yourself?
21          A.    No.
22          Q.    Did you ever receive any training at
23    any of your jobs, whether at Chevron or any retail
24    job, with regard to alcohol service to the public?
25          A.    No.

1      Q.    Did the Chevron actually sell alcohol?

2      A.    Beer.

3      Q.    Beer.  Have you ever had any job that

4   involved the service of alcohol?

5      A.    The Chevron is the only one.

6      Q.    What about in like a restaurant, casino

7   type context, have you ever worked in that setting

8   where you actually served alcohol to people?

9      A.    No.

10     Q.    Do you know if Jason ever has?

11     A.    Not that I -- no.

12     Q.    Are you aware of any disciplinary

13  proceeding that involved Jason after this

14  incident?

15     A.    No.

16     Q.    You don't know if Keesler punished him

17  in any way because of this incident?

18     A.    He got an Article 15.

19     Q.    Okay.  Do you know what that means?

20     A.    Not exactly.  Like, I know he could

21  have potentially lost his stripes, but he just

22  ended up working 45 workdays.

23     Q.    Could have lost a stripe?

24     A.    Yes.

25     Q.    Were you the subject of any sort of

1    proceeding or disciplinary proceeding by the

2    military after this incident?

3        A.    No.

4        Q.    You were never called in to discuss the

5    facts in the military at all?

6        A.    I went with Jason one time to meet his

7    flight commander, but it wasn't like a

8    disciplinary.  He was just talking about the

9    incident.  I just went with Jason because it had

10   just happened.

11       Q.    He didn't call you in under an

12   official --

13       A.    No.

14       Q.    This is one of those that I have to

15   finish.

16             As an official matter, he didn't call

17   you in to get a statement, your side of the story

18   or anything like that?

19       A.    No.

20       Q.    Have you ever, other than to an

21   attorney in this case, have you ever given a

22   written description of the facts?

23       A.    No.

24       Q.    Have you ever prepared that?

25       A.    For him.  I wrote one for Thomas.

```
 1    MR. BELLINDER:
 2            Any question he asks you won't
 3    include --
 4    THE WITNESS:
 5            Okay.  So, no.
 6    MR. BELLINDER:
 7            When he asks you do you know something,
 8    if you know about it because I told you or we
 9    talked about it, that doesn't count.  Outside of
10    what you and I talk about or something that you
11    would have --
12    MR. STEWART:
13        Q.    I talking about, at this point, we are
14    talking about your knowledge of things and
15    particularly in the course of any conversations
16    with the military or anybody, a Biloxi police
17    officer, city court.  Did anybody ask you to write
18    out a version of the events?
19        A.    No.
20        Q.    Or any investigator or anyone like
21    that?
22        A.    No.
23    MR. BELLINDER:
24            I probably should have told you that
25    earlier.
```

1     A.    That's okay.  I thought that's what he
2  meant, but I kind of misunderstood the question,
3  so I didn't want him to think I was not answering
4  correctly.
5  MR. BELLINDER:
6          No, that's fine.  If you have any
7  questions for him, just ask.
8  MR. STEWART:
9          Just stop me.  I haven't bitten anybody
10  in a long time.
11              (Off the record.)
12  MR. STEWART:
13     Q.    Do you know if Jason has ever had any
14  problems with drug or alcohol consumption?
15     A.    No.
16     Q.    Abuse or use?
17     A.    No.
18     Q.    He doesn't use any form of illegal
19  drugs?
20     A.    No.
21     Q.    He never has, to your knowledge?
22     A.    Right.
23     Q.    Have you?
24     A.    Marijuana.
25     Q.    How long ago was that?

1    A.    Years.  2007 probably, I would say.

2    Q.    That's not something you have done

3 close in time with this incident?

4    A.    No, not at all.  It wasn't even like --

5 like, I just tried it.

6    Q.    I understand.  Do you know if Jason has

7 received any form of demotion since this incident?

8    A.    No.

9    Q.    You indicated, I think you said he had

10 45 days as an Article 15, if I'm saying the right

11 word.  What did that mean to you?  What was your

12 understanding of that?

13    A.    He -- on his days off, like how the

14 schedule was, whatever days he had off, he worked

15 those.  So he worked 45 executive days.

16    Q.    So they gave him -- basically his

17 punishment was to work straight through?

18    A.    Yes.  Sorry.

19    Q.    From the date of this incident forward

20 or the date that it was determined, offered to

21 him?

22    A.    Whenever, like the Article 15, it

23 wasn't -- it didn't happen like directly after the

24 incident.  It was within the span, but it wasn't

25 like the Hard Rock happened and then the next day

1  he worked 45.  But it was shortly after that.  On

2  his off days he would like go clean out the

3  building.

4      Q.   Do you have an understanding of what

5  happened in city court regarding charges?

6      A.   For me?

7      Q.   For you first and then we'll talk about

8  Jason.

9      A.   No, because I didn't go.

10      Q.   You never went to city court?

11      A.   No, because I was in Michigan.  And

12  when I called, they just said it was dismissed.

13  And when I asked, they just said there were no

14  charges.  So I never really understood it.  I just

15  know I was never charged with anything.

16      Q.   And then, do you have an understanding

17  about Jason --

18      A.   No.

19      Q.   -- how his got resolved?

20      A.   The military took him over.  That's all

21  I know.

22      Q.   Did you ever speak to anyone about that

23  process?

24      A.   No.

25      Q.   Did you understand what the basis for

1  Jason's Article 15 discipline was?  Did they tell

2  him he did wrong?

3       A.    I don't believe they ever did, but I

4  really don't know.

5       Q.    To your knowledge, did he ever appeal

6  that decision or take issue with it above the next

7  guy, the next person in rank?

8       A.    No, he never did, but I don't know that

9  he knew he could.

10      Q.    Did you have any writings and papers

11  that came to your house that described that

12  process?

13      A.    No.

14      Q.    Would you agree that Jason has -- since

15  the end of that punishment going forward in time,

16  he was a successful airman at Keesler?

17      A.    Yes.

18      Q.    He has even been determined to be the

19  airman of the quarter --

20      A.    Yes.

21      Q.    -- fairly recently?

22      A.    Yes.  It was in December.

23      Q.    December.  So aside from that one mark

24  on his record, he's had a really good record since

25  then?

1        A.      Yes, before and after.

2        Q.      Did he have any accolades before or any

3   awards or merits?  I used the wrong word because

4   I'm not in the military, but did he get any

5   special recognition or awards before this

6   incident?

7        A.      Not that I remember.

8        Q.      Do you live off base right now?

9        A.      On base housing off base.

10       Q.      Okay.

11       A.      It's confusing.  So we live in on base

12   housing, but it's technically not on the military

13   base.  It's on Pass Road off base, but it's

14   considered military.

15       Q.      It has access from off base.  It's not

16   like -- you don't go through the gate?

17       A.      We go through a gate, but it's not like

18   the gate where the security force is.  We just

19   have a pin pad.

20       Q.      I've got you.  I understand.  It's over

21   there by the VA, the old VA?

22       A.      Yes.  Like, we lived in Thrower Park.

23   There is West Falcon and East Falcon, as well.

24       Q.      Where were you living at the time of

25   this incident?

1          A.    The 828 Oakley Avenue address.

2          Q.    So you were at that time, you were

3    completely off base.

4          A.    Completely off base.

5          Q.    Not on base, off base but --

6          A.    No, just completely off.

7          Q.    Do you know if Jason was ever afforded

8    the opportunity to deploy before this incident at

9    all?

10          A.    He was supposed to, yes.

11          Q.    Was he given the opportunity to deploy

12    and did not go?

13          A.    Time out.  Before the incident?

14          Q.    Right.

15          A.    Oh, no.  Not before the incident.

16          Q.    He had not reached a point that they

17    offered him that?

18          A.    No.  It was after the incident that he

19    was supposed to and didn't.

20          Q.    When did he find out that he was

21    supposed to go initially, that one?

22          A.    I don't remember.

23          Q.    Did he find out before this incident

24    that he was in line to go to be deployed?

25          A.    You're always up for deployment between

1    certain months.

2        Q.    And he was in those months?

3        A.    Yeah.  Every year, you have -- like

4    every year the months come up.  So he could deploy

5    every year potentially.

6        Q.    I understand.  Like, for example,

7    between October and November --

8        A.    June and September --

9        Q.    Okay.

10       A.    -- are his months.  I'm pretty sure

11   September, maybe August.  But every year he could

12   deploy potentially if they needed him with

13   security forces.

14       Q.    So if there was a call-up --

15       A.    Yeah, like if they need him or if there

16   is an open space he can fill it because those are

17   his months to deploy.

18       Q.    Do you know if there is an amount of

19   time that you have to be there before you can

20   qualify to get into those months?

21       A.    They like you to be there within like

22   six months, is when you can deploy, I think.

23   Like, you have to wait six months.  But then from

24   there on out -- but if he goes for a deployment,

25   you have to wait a year before you can redeploy.

1      Q.    How long had he been in the military at
2  the time of this incident?
3      A.    Nine months.
4      Q.    So had he been through a deployment
5  window at that point?
6      A.    Technically, no.  He was in tech
7  school, so no.
8      Q.    The next deployment window would have
9  been which months?
10      A.    June through August or September.  I'm
11  not exactly sure.  But he was supposed to deploy,
12  but he didn't know it at the time of the incident.
13      Q.    Does everybody have a different set of
14  months or is that --
15      A.    Yes.  I don't know how it works outside
16  his squadron, but I know for the security forces.
17      Q.    And when he did deploy, where did he
18  go?
19      A.    He didn't end up deploying in the first
20  time because his wrist was broken.  But when he
21  just deployed, he was in Saudi Arabia.
22      Q.    Was that something you were happy that
23  he deployed or not?
24      A.    It wasn't dangerous, so I was happy
25  because if you have to deploy that would be a

1    place I would choose.

2         Q.    What was your understanding of that

3    particular assignment?

4         A.    Guarding the gates like he does here.

5         Q.    Is that what he was doing at the time

6    of this incident was actually gate guard?

7         A.    Yes.  But at that time, before they

8    split up the things he could do, so he could watch

9    the planes, he could do the I.D. checks at the

10   gate.

11        Q.    Did that change after this incident?

12        A.    He couldn't arm up when he was like

13   during the 45 days.  But it was because of his

14   wrist, too.  And then, he ended up taking a job

15   while his wrist was still getting fixed at the

16   Visitors Center.

17        Q.    Let me see if I understand.  During

18   this 45 days, one of the reasons he couldn't arm

19   up is he was under discipline?

20        A.    I believe so, yes.

21        Q.    And then, you say also -- you indicate

22   also he couldn't arm up because he wasn't

23   physically able to?

24        A.    Correct.

25        Q.    Because of his left or right wrist?

1      A.     Right.

2      Q.     You and Jason do not have any children,

3  correct?

4      A.     Correct.

5      Q.     Have you ever been, before this

6  incident, at any point, have you ever been

7  pregnant?

8      A.     No.

9      Q.     In relation to the facts of this

10  incident, do you know as we sit here right now

11  what day you became pregnant?

12     A.     They said they would guess

13  Thanksgiving, but it wasn't like a definite.  So I

14  was already miscarrying at the time.

15     Q.     Who is "they" first of all?

16     A.     Like Keesler Hospital.

17     Q.     Is there a particular individual who

18  you recall telling you that?

19     A.     I believe Judith Cortey, my doctor, but

20  I could be mistaken because I don't -- I talked to

21  multiple people.

22     Q.     Do you know what type of doctor Judith

23  Cortey is?

24     A.     She is my family practitioner.  But

25  before that I went to the ER.

 1   MR. BELLINDER:

 2           I think she is a nurse practitioner.  I

 3   may be wrong.  But from what we looked at, I think

 4   she's a nurse prac.

 5   MR. STEWART:

 6       Q.    Do you know by any chance if she

 7   specializes in obstetrics, OB/GYN type stuff?

 8       A.    I don't know.  She does everything for

 9   me.

10       Q.    So she is like the equivalent of a

11   family doctor, except she is a nurse practitioner?

12       A.    Yes.  I don't know.  I see her for

13   everything.  I just ended up going to the ER,

14   which is where I found out everything else.  But I

15   don't remember -- I know he was a man.  I don't

16   know his name.

17       Q.    Do you happen to recall that year when

18   Thanksgiving fell?

19       A.    I want to say it was the 27th, but I

20   don't -- like, that's just me guessing because I'm

21   pretty sure I remember, but I'm not exactly sure.

22   MR. BELLINDER:

23           I don't want you to guess.

24   MR. STEWART:

25       Q.    Your recollection of what you were

1    told, was it -- they were guessing Thanksgiving?

2         A.    Yes.  The weekend of Thanksgiving.

3         Q.    Whatever year that was -- I mean,

4    whatever day that fell on in 2011?

5         A.    Yes.

6         Q.    Did anyone else ever say exactly when

7    they believed that you had become pregnant?

8         A.    I don't understand the question.

9         Q.    Did any other physician ever estimate

10   the day, the approximate time, that you became

11   pregnant?

12        A.    No.  Whoever told me was the only

13   person.

14        Q.    At that time, that guess about

15   Thanksgiving, was that consistent with your

16   physical interaction with your husband?

17        A.    Yes.

18        Q.    Were you, at that time, you and Jason,

19   contemplating having a child at that time?

20        A.    No.

21        Q.    Were you -- I said you and Jason.  Were

22   you individually planning to have a child at that

23   time?

24        A.    No.

25        Q.    You did not go off -- let me ask you

1    this:  Were you on any form of contraception?

2         A.    I have never been on any form of

3    contraception since me and Jason have been

4    together.

5         Q.    For two years?

6         A.    Yes.

7         Q.    Talking June of 2010?

8         A.    Yes, since June of 2010.

9         Q.    Do you have any reason to have a

10   prescription for contraception -- contraceptive

11   medicines?

12        A.    I don't understand the question again.

13        Q.    Is there any reason why you would have

14   a prescription for those medications that exist?

15   Otherwise -- sometimes they're not always for

16   contraception.  Sometimes there is other reasons

17   they give those certain medications.

18             Are you aware of any doctor that said,

19   hey, we need to put you on so and so medication,

20   by the way it's contraception?

21        A.    No.

22        Q.    You're not on anything else?

23        A.    No.

24        Q.    Have you ever lived in New York?

25        A.    No.

1      Q.     So at the time of this incident and

2    preceding, several years, two years before, you

3    were not making any effort to prevent pregnancy in

4    terms of taking pills, medications?

5      A.     Correct.

6      Q.     Were you doing anything else to prevent

7    pregnancy?  Is there any particular -- were you

8    using any other contraceptive devices besides the

9    pill or some similar device?

10     A.     No.

11     Q.     So you were just simply letting nature

12   take its course?

13     A.     Correct.

14     Q.     Did y'all contemplate the ramifications

15   of that?  Did y'all talk about, hey, we could have

16   a baby if we keep doing this?

17     A.     No.

18     Q.     At any time after this incident, have

19   you been pregnant for any period of time?

20     A.     No.

21     Q.     What is your recollection of the time

22   frame of after this incident that you first became

23   aware that you were or could have been pregnant?

24     A.     It would have been in December, but I

25   don't remember the exact date.  It was the night I

1    went to the ER.

2         Q.     How did you become aware of that fact?

3         A.     I got -- they gave me a pregnancy test,

4    and then they did an exam.

5         Q.     So that was at the Keesler emergency

6    room, Keesler Air Force Medical Center?

7         A.     Yes.

8         Q.     What did they tell you in regards to

9    the pregnancy test?

10        A.     It was positive.

11        Q.     You don't recall when that first came

12   up?

13        A.     It was a few days -- I know it was a

14   few days before December 24th because that's when

15   I found out I was actually miscarrying, but I

16   couldn't tell you an exact date.

17        Q.     When did you first have any symptoms to

18   make you believe that you might be having a

19   miscarriage?

20        A.     December 8th I started my, what I

21   thought, was my period.

22        Q.     I'm going to get myself in trouble

23   asking these kind of questions, I'm sure but --

24   your monthly cycle, is it a -- does it happen on a

25   regular recurrent cycle?

1        A.     Yes, like --

2        Q.     What is it?  Just help me out here a

3    little bit.

4        A.     I don't have like an exact day.  Like,

5    but it's within the 28 days usually of a woman's

6    cycle.  But it's not like I start on the 13th

7    every month.  It's usually within -- but it's like

8    a few day range.

9        Q.     What's the range --

10        A.     Like usually within, like the

11    three-day, like I usually can start a day before,

12    I usually start the day after.  There is like

13    three days within the 28 days I usually start, if

14    that makes sense.

15        Q.     Do you know which three days of the

16    month those are?

17        A.     They are different now than they were

18    then.  I don't --

19        Q.     Do you know what they were back then?

20        A.     I have no idea.

21        Q.     Do you know what they are now?

22        A.     Now?  I have to think.  The 26th, 27th,

23    and 28th.

24        Q.     Do you, as we sit here now, do you have

25    any recollection of the last time you had a period

1    before this incident?

2         A.      November.

3         Q.      The month of November.  Can you be more

4    specific?

5         A.      I don't remember the date.

6         Q.      Sometime before Thanksgiving, I would

7    assume?

8         A.      Yes.  Wait.  No.  I have no idea the

9    date.  It was when Tower Heist came out.  Like, I

10   know that doesn't help you at all.  But when Tower

11   Heist came out.  But I can't tell you.  So I think

12   it might have been October.

13        Q.      What is Tower Heist?

14        A.      It's the movie with Ben Stiller.  I

15   remember because I started the night we went and

16   saw it at the theater.

17        Q.      And that was the last time you had a

18   period?

19        A.      Yes.

20        Q.      That was the beginning of it?

21        A.      Yes.

22        Q.      Where did you go see this movie?

23        A.      D'Iberville, the Grand 18.  If I had my

24   ticket stub on me, I could tell you.  I just

25   remember like back then trying to figure it out so

1    I could tell you.  But I can't recall it now

2    because it's been two years.

3        Q.    That was the last time you had a

4    menstrual period?

5        A.    Yes.

6        Q.    The beginning of it?

7        A.    Yes.

8        Q.    At the point of this incident, had you

9    missed a period, to your knowledge?

10       A.    No.  That would have been the one I

11   missed.  And I was a few days late.  But I started

12   bleeding, so I just assumed it was my period.

13       Q.    The one that happened, when you said, I

14   think you said --

15       A.    Yes.

16       Q.    -- when you said after this incident,

17   when did that -- the 8th?

18       A.    December.

19       Q.    December the -- two weeks before the

20   24th?

21       A.    I started bleeding on the 8th.  I found

22   out about my miscarriage on the 24th.

23       Q.    Okay.  I've got you.  So the 8th is the

24   one --

25       A.    So I did bleed in November.  It was the

1    beginning of November.  Then at the beginning of

2    December, I think I was two or three days like

3    past my period, but sometimes it varies.  When you

4    hang out with girls, it changes.  And then I just

5    assumed it was my period because it wasn't that

6    far off.  I didn't think anything of it.

7         Q.    Did you notice anything unusual about

8    that period?

9         A.    Nope.  It started exactly how it always

10   does.

11        Q.    Nothing seemed unusual or out of the

12   ordinary at all to you?

13        A.    No.

14        Q.    From the time before this incident,

15   around Thanksgiving, forward to that day, did you

16   notice anything at all, any changes in your body

17   at all?

18        A.    No.

19        Q.    No indication to you that you might be

20   pregnant?

21        A.    No.

22        Q.    No indication to you that you felt

23   anything physically going on in your uterus, for

24   lack of a better description?

25        A.    No.

1      Q.    You know what I'm saying?  You didn't
2 feel the presence of a baby in you?
3      A.    No.
4      Q.    You didn't feel any movement in your
5 body --
6      A.    No.
7      Q.    -- that told you, hey, I might be
8 pregnant or there is something going on here?
9      A.    No.
10      Q.    Did you lose any wages as a result of
11 this incident?
12      A.    One day.  But I chose not to go in.
13      Q.    When was that?
14      A.    The day after the incident.
15      Q.    Why did you not go in?
16      A.    Because my husband was bruised and in
17 pain and I chose to stay home and take care of
18 him.
19      Q.    Did you have any bruises?
20      A.    No.
21      Q.    Did you have any marks at all on your
22 face or body?
23      A.    No.
24      Q.    Did you get struck during the course of
25 this event?

1      A.     No.

2      Q.     You didn't get contacted at all?

3      A.     No.

4      Q.     Your husband did not strike you?

5      A.     No.

6      Q.     Have you seen video of this incident?

7      A.     Yes.

8      Q.     Did you ever see any video that led you

9   to believe that you might have been struck?

10     A.     Not that I recall, no.

11     Q.     Then, the one day you're talking about,

12   that's at the Chevron?

13     A.     Yes.

14     Q.     This was in your last two weeks of

15   work?

16     A.     Yes.

17     Q.     And you could have gone to work.  There

18   was nothing about your condition that day that

19   kept you from going to work?

20     A.     Besides me being tired, no.

21     Q.     Why were you tired?

22     A.     Because I was in jail that day, as

23   well, well, the drunk tank.

24     Q.     Did you have anything to drink on the

25   night of this incident?

1        A.     I had two sex on the beaches.

2        Q.     What is that?

3        A.     It is a mixed drink.  It has peach

4   schnapps, vodka, cranberry juice and orange juice.

5        Q.     Do you have any idea what the

6   quantities of those are?

7        A.     I think -- no, I would be guessing.  I

8   have no idea.

9        Q.     In terms of the different ingredients?

10       A.     No.

11       Q.     You don't know how much of each is in

12  there?

13       A.     No.  I don't know how much of each they

14  put in there.

15       Q.     You had two of those.  When did you

16  first get those?

17       A.     When I first arrived at the Hard Rock.

18       Q.     Let's back up.  You got home from work,

19  you said you got off at 10:15?

20       A.     Yes.

21       Q.     You go straight home to Oakley Avenue?

22       A.     Yes.

23       Q.     Is Jason there yet?

24       A.     Yes.

25       Q.     What do y'all do there?

```
 1        A.    I change, and we leave.

 2        Q.    Was he already changed when you get

 3   there?

 4        A.    Yes.

 5        Q.    Do you know what time he got off?

 6        A.    No.

 7        Q.    Did you communicate with anyone before

 8   this event about going?

 9        A.    Just Miller and Soukup and them, who

10   were meeting us there.

11        Q.    Who is Miller?

12        A.    I don't know his name, but he was in

13   the Air Force.  And then Shawn Hargraves and Chris

14   Soukup.  Those were like the three.

15        Q.    They were the guys who was organizing

16   the outing?

17        A.    It was actually Miller because he was

18   about to get out of the Air Force, and then we

19   were all just meeting up.

20        Q.    Did you communicate with any of the

21   females, the spouses or girl airmen?

22        A.    No.

23        Q.    Do you call them airmen if they're

24   girls?

25        A.    I call her Courtney.
```

1       Q.      Who is Courtney?

2       A.      Nichols.  Well, she was Nichols at the

3   time.  They are divorced.

4       Q.      Do you know where she is now?

5       A.      She actually just got PCS'd to Wyoming.

6       Q.      PCS?

7       A.      Yes.

8       Q.      Do you know what that stands for?

9       A.      No idea.

10      Q.      PCS'd to Wyoming?

11      A.      No.

12      Q.      Do you know where in Wyoming?

13      A.      No.  I just contacted her after like a

14  year and a half to hang out but --

15      Q.      Do you have an email or cell phone or

16  anything with her contact information?

17      A.      I have a phone number.

18      Q.      Okay.  Can you provide that to your

19  attorney, or do you have it with you?

20      A.      I have it on my phone.

21      Q.      Do you have any other phone numbers of

22  anyone else who was present at the Hard Rock that

23  night?

24      A.      No.

25      Q.      What about Kayla Soukup?

```
 1        A.    No.
 2        Q.    Do you communicate with her at all?
 3        A.    No.
 4        Q.    By Facebook or anything?
 5        A.    We're Facebook friends, but we don't
 6   talk.
 7        Q.    Are you Facebook friends with anyone
 8   else who was present at the Hard Rock on the night
 9   of this incident?
10        A.    Chris.
11        Q.    Chris?
12        A.    Soukup.  And obviously my husband.
13        Q.    Anyone else?
14        A.    No.
15        Q.    Kayla.
16        A.    Yeah.
17        Q.    But not Courtney?
18        A.    She doesn't have Facebook.
19        Q.    Other than those folks, is there
20   anybody else that you can recall who was present
21   at the Hard Rock that night?
22        A.    Al Nichols.  And then Sergeant Reimer.
23   And then, there was a guy named Charles.  I'm
24   pretty sure that's his name.  That's all I
25   remember.
```

1      Q.     Charles?

2      A.     Yeah, he was the -- yeah, he was the

3   bigger blacker guy -- the black guy.  But I don't

4   know.

5      Q.     Heavyset, short or tall?

6      A.     He is taller than me.

7      Q.     How tall are you?

8      A.     5'6".

9      Q.     Do you recall, there was a black male

10  wearing a sweater vest.  Do you know who that was?

11     A.     I believe that's Charlie, but I don't

12  remember for sure.

13     Q.     You don't know his last name?

14     A.     No.  I just remember his name because

15  he was hanging out with us.

16     Q.     Was everybody involved in this

17  incident, before the Hard Rock got there, was it

18  all Air Force people?

19     A.     Like, going to the Hard Rock?

20     Q.     Well, actually involved in the

21  incident, was it all Air Force personnel?

22     A.     Who got like arrested and --

23     Q.     Just any altercation, argument, fight,

24  anything up to the point before Hard Rock arrived,

25  before Biloxi police got involved, was it all Air

```
 1   Force people?
 2        A.    Yes, except -- yeah, except Chris.
 3   Like, he works for the Air Force, but he is not
 4   technically Air Force.
 5        Q.    Chris Soukup?
 6        A.    Yes.
 7        Q.    They are all people who had a role at
 8   Keesler and were involved in this outing?
 9        A.    Yes, except for me and Kayla.
10        Q.    Right.
11        A.    Yes.
12        Q.    Spouses.
13        A.    Yes.
14        Q.    The only two spouses -- were y'all the
15   only two spouses there?
16        A.    Well, Courtney was Al's spouse at the
17   time, but she is Air Force, as well.
18        Q.    So she had it covered on both sides.
19   She was a spouse and --
20        A.    She wasn't involved.  She was just
21   there.
22        Q.    Right.  But I mean, she was also a
23   spouse, but she was also in the Air Force?
24        A.    Yes.
25        Q.    And she is married to an Air Force
```

1   person?

2       A.    Yes.

3       Q.    So the only two actual non-Air Force --

4   or three, would be Soukup, you and Kayla Soukup?

5       A.    Correct.

6       Q.    Did Kayla drink at all that night,

7   alcohol?

8       A.    I'm not sure.

9       Q.    What about Chris, did you see him drink

10  at all?

11      A.    Not that I can -- no, I wasn't really

12  around, so, no.

13      Q.    What time did y'all arrive at the Hard

14  Rock?

15      A.    I don't know for sure.

16      Q.    Did Jason have any beverages, alcoholic

17  beverages, at your house?

18      A.    I wasn't there.  I don't know.

19      Q.    Do you keep beer or any liquor at your

20  house or did you at that time?

21      A.    Sometimes, yeah.

22      Q.    As we sit here now, you don't know if

23  you had any that night that was available, beer or

24  liquor?

25      A.    No, I don't.

```
 1        Q.    Did he have any in the vehicle when you
 2   went?
 3        A.    No.
 4        Q.    Did he drive, or did you drive?
 5        A.    I drove.
 6        Q.    Was that the plan, that you were going
 7   to drive?
 8        A.    Yes.  And then, we were going to take a
 9   cab home if I drove -- if I ended up drinking.
10        Q.    Y'all had already talked about that?
11        A.    Yes.
12        Q.    Why did y'all do that?
13        A.    We just always have a plan if we're
14   going out just in case.
15        Q.    Had that ever been an issue before that
16   you needed a cab?
17        A.    No.
18        Q.    Either one of you?
19        A.    No.
20        Q.    In your experience with him, those two
21   years -- was it two years before this incident,
22   you were married June of '10, June of '11, so two
23   and a half years, roughly.  In those two and a
24   half years, did you and Jason ever have to call a
25   cab to get home from any place where you were
```

1   drinking alcohol?

2       A.    No.

3       Q.    Did either of you ever have to ask for

4   another person to get you home in any way, shape

5   or form because you were not able to drive because

6   of the consumption of alcohol?

7       A.    No.

8       Q.    Do you recall the timing of the two

9   drinks that you had, when you had those?

10      A.    I know I had one when we first arrived.

11  I don't know when I got the other one.

12      Q.    Can you describe the type of cup that

13  it was in?

14      A.    A short glass one.

15      Q.    Like a rock glass?  Does that mean

16  anything to you?

17      A.    No.

18      Q.    A short drink glass?

19      A.    Yes.

20      Q.    It's literally made of glass, probably

21  an eight or 12-ounce glass?

22      A.    I wouldn't say 12.

23      Q.    And eight-ounce size?

24      A.    Maybe, yeah.

25      Q.    And you had two of those over the

 1    course of the night?

 2        A.    Yes.

 3        Q.    No other alcohol?

 4        A.    No.

 5        Q.    You didn't consume any medications that

 6    night?

 7        A.    No.

 8        Q.    Did you take any medicines before this

 9    incident occurred?  Did you take any form of

10    aspirin before this incident?

11        A.    No.

12        Q.    When you woke up the next day, did you

13    take any form of aspirin or Motrin or ibuprofen or

14    anything like that when you woke up tired the next

15    day?

16        A.    No.

17        Q.    Not at all?

18        A.    I don't take -- I have to have a huge

19    migraine that won't go away for me to take -- I

20    don't like taking medication at all.

21        Q.    Not any kind of medication?

22        A.    No.  I take prenatal vitamins.  That's

23    it.

24        Q.    Now?

25        A.    I have a prescription.  I haven't been

1    taking them lately.  But I took them after the

2    incident.  That's the only thing I ever kept up

3    with.

4         Q.    Why did you start taking those after

5    the incident?

6         A.    My -- Judith, my nurse practitioner,

7    she told me that I should take them if I wasn't

8    like because of everything that was going on with

9    my miscarriage and because I didn't -- like, we

10   weren't trying, but we weren't avoiding it.  So

11   she said it's a vitamin that doesn't hurt you, so

12   you can take it.

13        Q.    Had you at some point, at any point

14   since this incident, had you and Jason made a

15   conscious decision to try and get pregnant?

16        A.    No.

17        Q.    You knew he had a deployment coming up.

18   Is that harder on a family when a husband is

19   deployed and the wife is pregnant?

20        A.    Absolutely.

21        Q.    So it wasn't in your immediate plans to

22   try to have a child then or afterwards, right?

23        A.    No.  I would not want to go through

24   that without him here.

25        Q.    As we sit here today, are y'all trying

1    now to have a child?

2        A.    No.

3        Q.    Is he also potentially up for

4    deployment if he passes his physical and

5    everything, could he be deployed again?

6        A.    Yes, but not for a year.

7        Q.    Right.  And it takes nine months to get

8    through a pregnancy, right?

9        A.    Yes.

10       Q.    And that's not the only hard part,

11   right?

12       A.    Correct.

13       Q.    You've been around babies before.  You

14   know there is a lot more to it after that, right?

15       A.    Oh, yeah.

16       Q.    Way longer than nine months.  I think

17   it's about 35 years on average.

18             So your plans are not to have a child

19   at any point still?

20       A.    Correct.

21       Q.    And they weren't as of the time of this

22   incident?

23       A.    Correct.

24       Q.    Other than the one day that you didn't

25   go to work, did you lose any other wages?

```
 1        A.    No.
 2        Q.    And you intentionally quit your job
 3   because of your concerns about the safety of that
 4   job?
 5        A.    Yes.
 6        Q.    The Chevron job?
 7        A.    Yes.
 8        Q.    No other reason?
 9        A.    No other reason.  I loved the job.  I
10   just couldn't work there alone at night.
11        Q.    And this incident didn't affect your
12   ability to work afterwards at all?
13        A.    No.
14        Q.    Have you ever been to the Hard Rock
15   Casino before?
16        A.    Yes.
17        Q.    How many times?
18        A.    I don't know.
19        Q.    Lots of times?
20        A.    I wouldn't say lots.  Maybe a handful.
21        Q.    Five or six times?
22        A.    I don't know because I would be
23   guessing.
24        Q.    You were an adult on the night of this
25   incident?
```

```
 1        A.    Yes.

 2        Q.    And Jason was also?

 3        A.    Yes.

 4        Q.    And you were always an adult when you

 5   went to the Hard Rock, correct?

 6        A.    Yes.

 7        Q.    Did you ever see any fights or any

 8   issues at the Hard Rock similar to the incident

 9   like the one that happened the night of this

10   incident?

11        A.    No.

12        Q.    Had you ever been inside The Ledge

13   before, that actual lounge?

14        A.    No.

15        Q.    Do you know if Jason had?

16        A.    No, he hadn't.

17        Q.    You were with him every time he went?

18        A.    Yes.

19        Q.    Y'all went together?

20        A.    Yes.

21        Q.    When y'all went out at night, you

22   always went out together?

23        A.    Yes.

24              (A short break was taken.)

25   MR. STEWART:
```

         1         Q.    Alyssa, going back to what we were

         2    talking about, you do -- you went to the emergency

         3    room after this incident?

         4         A.    Yes.

         5         Q.    Aside from the pregnancy symptoms or

         6    miscarriage symptoms that you described, did you

         7    have any physical injury to your body?

         8         A.    No.

         9         Q.    Did you ever seek medical treatment for

        10    any physical injury?

        11         A.    No.

        12         Q.    So you had no injury to your abdomen,

        13    your lower body?

        14         A.    No.

        15         Q.    Did you have any marks or bruises on

        16    your body anywhere after this incident?

        17         A.    No.

        18         Q.    To your knowledge, since -- how long

        19    did you know Jason before y'all became boyfriend

        20    and girlfriend?

        21         A.    Ten months.

        22         Q.    From that point until the date of this

        23    incident, did Jason ever get in any sort of fights

        24    or arguments with anybody?

        25         A.    No.

1      Q.     None at all?

2      A.     No.

3      Q.     Did he ever tell you about the fact

4  that he had ever gotten into fights or anything

5  like that previous to that?

6      A.     No.

7      Q.     At any point since this incident has he

8  gotten into any fights or arguments with anyone?

9      A.     No.

10     Q.     Do you know if Jason ever had any

11  injury to his right wrist before this incident?

12     A.     No.

13     Q.     Or shoulder?

14     A.     No.

15     Q.     Not that your know of?

16     A.     Right.

17     Q.     You and Jason go out together every

18  night, right?  I mean, when y'all go out, y'all go

19  out together?

20     A.     Yes.

21     Q.     Have y'all ever been out to another

22  casino?

23     A.     I have once for an Everclear concert

24  with my friend Sheila.

25     Q.     Did you speak with anyone at Hard Rock

1    while you were there about this incident?

2        A.    No.

3        Q.    Have you ever?

4        A.    No.

5        Q.    To your knowledge, has Jason had any

6    conversations with anyone at the Hard Rock about

7    the fact that this incident happened or occurred?

8        A.    No.

9        Q.    Have you ever spoken to any police

10   officers about this incident since it occurred?

11       A.    No.

12       Q.    Have you been to any other bar or

13   lounge after this incident at any time?

14       A.    Yes.

15       Q.    Where?

16       A.    Traveler's in Michigan.

17       Q.    What kind of bar is that?

18       A.    Like a -- I don't know.  It has like

19   food and drinks.  Bar and grill, Traveler's Bar

20   and Grill.

21       Q.    Before this incident, did you and Jason

22   ever go to a bar or a lounge?

23       A.    Yes.

24       Q.    Where did y'all go?

25       A.    The Pines in Cadillac, Michigan.

1    Q.    What is that?

2    A.    It's like a bowling alley on one side

3  and then a bar on the other.

4    Q.    Did y'all ever go to any other bars or

5  clubs?

6    A.    And then, the Twenties also in

7  Cadillac, Michigan.  We went both places when we

8  went there.

9    Q.    Did y'all go there on a regular basis

10  to either one of these places?

11    A.    No.

12    Q.    How many times did you go to these

13  places before this incident?

14    A.    Once apiece for my 21st.

15    Q.    Did either one of y'all ever have a

16  fake I.D.?

17    A.    No.

18    Q.    Have you ever seen a bar fight,

19  inside -- have you ever been in a bar when a fight

20  erupted?

21    A.    Yes.

22    Q.    Where was that?

23    A.    In the Pines.

24    Q.    How many times did you see that?

25    A.    I don't know.  I was a teenager.

1      Q.    So together y'all went two times total.

2  But you've been in bars before?

3      A.    Yes.

4      Q.    Did you know if Jason --

5      A.    Well, I would like -- I don't know

6  before he got with me, no.

7      Q.    He never said, I used to hang out at

8  the Pines or someplace like that?

9      A.    No.  Jason is a home body.

10      Q.    You never saw him out in bars or

11  anything?

12      A.    No.  I never knew Jason before I

13  started working at the theater.  But he is a home

14  body.  But when I would go to the Pines, it wasn't

15  at the bar.  Like, I was a teenager.  I couldn't

16  even drink, like when I would see the bar fights,

17  like high school stuff.

18      Q.    But you saw fights?

19      A.    Yes.

20      Q.    Tell us, if you would, we started

21  talking about going to the Hard Rock.  You don't

22  remember exactly what time y'all got there?  You

23  and Jason were together, right?

24      A.    Uh-huh.

25      Q.    Do you recall, did both of you go

```
1    straight up to The Ledge when you arrived?
2         A.    Yes.
3         Q.    Do you remember where you went inside
4    The Ledge?
5         A.    I don't understand the question.
6         Q.    Inside The Ledge bar, there is a couple
7    of different rooms or areas.  Do you recall where
8    you went inside The Ledge lounge itself?
9         A.    Just up the stairs and like right
10   there.  Like, there is a dance floor and the bar,
11   like, right in that area.
12        Q.    Right.  There is a dance floor area, a
13   bar area.  Where did go to inside The Ledge?
14        A.    I went more places than Jason.  Jason
15   mostly stayed like -- even though it's technically
16   the bar area.  But I danced, too.
17        Q.    Did you dance with Jason?
18        A.    No.
19        Q.    Is he a dancer?
20        A.    No.
21        Q.    Who did you dance with?
22        A.    Courtney and Kayla.
23        Q.    Okay.  Did you say Jason consumed any
24   alcohol that night?
25        A.    Yes.
```

1     Q.     What did you see him consume?

2     A.     A beer and a shot.

3     Q.     Do you know what that shot was?

4     A.     I believe Jack Daniels.  But no.

5     Q.     Is that something he was accustomed to

6  drinking?

7     A.     No.  That's not usually what he drinks.

8     Q.     Do you know, did somebody encourage him

9  to take that shot in the group?

10     A.     Everyone took a shot with Miller.

11     Q.     Who was the first person that said,

12  Hey, let's get shots?

13     A.     Miller.

14     Q.     Did he order the shots all around?

15     A.     Yes.

16     Q.     Did he pay for them?

17     A.     Yes.

18     Q.     Did anyone else purchase a drink, to

19  your knowledge, for Jason?

20     A.     I don't know.

21     Q.     The drinks, to your knowledge, that

22  were obtained that night were paid for, correct?

23     A.     Yes.

24     Q.     Do you know how they were purchased?

25     A.     No.

1      Q.    How did you purchase your two sex on
2  the whatever?
3      A.    Miller bought me one, and I purchased
4  one myself.
5      Q.    Sex on the what?
6      A.    Beach.
7      Q.    Beach.  Did you pay with a debit card?
8      A.    I don't remember.
9      Q.    Do you have a debit card?
10     A.    Yes.
11     Q.    Does Jason have a debit card?
12     A.    Yes.
13     Q.    Do either one of y'all typically carry
14  cash, or do you use your debit cards?
15     A.    I use my debit card.  He carries cash
16  usually.
17     Q.    Do y'all have two separate debit cards
18  or just one?
19     A.    They're separate.
20     Q.    Same -- two different accounts all
21  together?
22     A.    Same account.
23     Q.    Two cards, one account.
24     A.    Yes.
25     Q.    Where is your bank?

1       A.      Bancorp South.

2       Q.      Is that the local Bancorp South here on

3   the Coast?

4       A.      Yes.

5       Q.      Is there a particular branch that you

6   bank out of?

7       A.      The one on Pass Road by Winn-Dixie.

8       Q.      Which town; Biloxi or Gulfport?

9       A.      I believe it's Biloxi, but I don't know

10  for sure.

11      Q.      Is it close to Popps Ferry or close to

12  Cowan-Lorraine Road?

13      A.      Popps Ferry.

14      Q.      So you move around, you're dancing and

15  things.  You leave Jason over by the bar area.

16      A.      Yes.  He was with Soukup over there.

17      Q.      Was he with anyone else?

18      A.      The rest of the guys.

19      Q.      Do you know how many people were there

20  from the Air Force?

21      A.      Besides the people I mentioned, no.

22      Q.      Do you know how many, how big a group?

23  Not who, but how many?

24      A.      No.

25      Q.      Was it 15, 20 guys or more, or do you

1   know?

2       A.    No.

3       Q.    Do you know if it was multiple shifts

4   involved?

5       A.    No.

6       Q.    Do you have any recollection of what

7   time you became aware of any kind of problem

8   involving Jason?

9       A.    Not the time, no.

10      Q.    You did become aware of a problem with

11  Jason at some point?

12      A.    Yes.

13      Q.    What did you become aware of?

14      A.    Soukup and him talking in the corner.

15      Q.    Where were you when that occurred?

16      A.    I was with Courtney and Al.

17      Q.    And you saw the two of them talking,

18  you saw Chris and Jason talking?

19      A.    Yeah, like they were in the corner.  It

20  was Chris, Jason and, I think, Reimer.

21      Q.    What was your understanding of what was

22  going on?

23      A.    I didn't have an understanding.

24      Q.    Do you have one now?

25      A.    I don't know exactly what happened, no.

1     Q.     What did you do in response to that?

2     A.     I just walked over to see what was

3 going on.

4     Q.     And at that point, where were you that

5 you walked from?

6     A.     I believe the left side of the bar.

7     Q.     When you say the left side of the bar,

8 you mean from the south essentially, from the

9 casino -- would the casino be at your back when

10 you're facing the bar, or would the casino be in

11 front of you when you're facing the bar?

12     A.     I honestly don't remember.

13     Q.     You said left.  That's what I was

14 trying to figure out what you meant left.

15     A.     Well, mostly -- I just know I was

16 either like where the door is, like, the bar is

17 like a circle.  I was either here or on this side.

18 And, like, the stairs and door are here.  So I

19 would come from either of those directions, so I

20 don't know.

21     Q.     Show me again.  You did a lot of stuff

22 there.

23            Where is the foyer entrance glass

24 doors?  Show me that on your --

25     A.     This is the door.

1      Q.    Okay.  Where is the casino?

2      A.    Down here.

3      Q.    Where is the bar?

4      A.    Here.

5      Q.    Where were you most of the might?

6      A.    Here or here.

7      Q.    Where is the dance floor?

8      A.    Here.

9      Q.    Where were Soukup and Jason?

10     A.    Here.

11     Q.    In the center, kind of -- by the end of

12 the bar?

13     A.    Yeah, like in between the bar and the

14 dance floor.

15     Q.    The casino end of the bar.

16     A.    Yes, yes.

17     Q.    But on the end of the bar?

18     A.    Yes.

19     Q.    All right.  You went to this little

20 huddle?

21     A.    Yes.

22     Q.    Three guys?

23     A.    Yes.

24     Q.    What did you see at that point?

25     A.    Soukup was holding Jason up against the

 1  wall and talking to him.

 2       Q.    What was he saying to him?

 3       A.    I don't remember.

 4       Q.    Do you remember the gist of it?

 5       A.    No.

 6       Q.    Was he telling him to calm down?

 7       A.    I don't remember.

 8       Q.    No words at all?

 9       A.    No.  I mostly just remember after.

10  Everything that happened after that.

11       Q.    Do you remember anything Jason said

12  back?

13       A.    No.

14       Q.    Did you engage Jason physically at that

15  point?

16       A.    No.

17       Q.    Did you touch him?

18       A.    I don't remember.

19       Q.    What is the next thing you recall?

20       A.    The security guards getting involved.

21       Q.    Okay.  Have you seen video of this

22  incident?

23       A.    Yeah.

24       Q.    Would you agree there is a lot of

25  things that go on before the security officers get

1    there from the time -- assuming that -- do you

2    know if -- how much time passed from the time of

3    that initial, when you approached these three

4    guys, your husband and -- Reimer, Reimer?

5        A.    Reimer.

6        Q.    -- Reimer, from that time until the

7    security officers got involved, do you have any

8    idea how much time passed?

9        A.    No.

10        Q.    Have you seen video that shows the

11    things that happened during that time?

12        A.    After the -- like, a long time ago.

13        Q.    You haven't seen it lately?

14        A.    No.

15        Q.    You didn't review any video before you

16    came in here today?

17        A.    No.

18        Q.    So you have absolutely no memory of

19    what happened from that point until the security

20    officers got involved with your husband?

21        A.    No.

22        Q.    You don't have any memory?

23        A.    No.

24        Q.    Is there any particular reason why?  Do

25    you have any issues with your memory at all?

 1     A.    No.
 2     Q.    You don't take any medications since
 3  this incident that affect your ability to
 4  understand things, right?
 5     A.    Correct.
 6     Q.    Do you recall at any point intervening
 7  physically to try to help Jason separate from some
 8  other person?
 9     A.    When I first walked over, I'm pretty
10  sure I tried getting Soukup off Jason.  I remember
11  that.
12     Q.    Soukup was on Jason?
13     A.    Like, when he was like having him in
14  the corner, I was trying to separate them.
15     Q.    This was up against the wall, though.
16     A.    Yes.  This was all in that corner.
17     Q.    Was that up against the glass wall to
18  the casino or up against the bar or what?
19     A.    It's a solid wall.  I don't think it's
20  glass.
21     Q.    A solid wall near the end of the bar.
22     A.    No, like by the door.
23     Q.    On the door side?
24     A.    Yeah.  Like, the door is here.  It's on
25  the wall, like that, connected to like where you

 1   walked in.
 2        Q.    But if you were to look -- if you could
 3   see through that wall, the casino would be behind
 4   you?
 5        A.    Yes.
 6        Q.    So over in that area, Soukup had his
 7   hand up on Jason's, what, chest?
 8        A.    Yes.
 9        Q.    Did he have his hand on Jason's throat?
10        A.    I don't remember.
11        Q.    Did you perceive what he was doing to
12   Jason to be something Jason was happy about?
13        A.    No.
14        Q.    It was unwelcomed contact from what you
15   could tell looking at it?
16        A.    Yeah.
17        Q.    Were there any curse words back and
18   forth between either one of them?4?
19        A.    No.
20        Q.    Did Jason ever say, Get your hands off
21   of me, or anything like that?
22        A.    I don't remember.
23        Q.    Did you hear Soukup curse?
24        A.    No.
25        Q.    Do you recall at any point physically

1  intervening and touching Jason and then him

2  falling down?

3      A.    No.

4      Q.    Have you ever seen video of you falling

5  down with Jason?

6      A.    I don't remember what happens in the

7  video.

8      Q.    As we sit here today, do you have any

9  memory of falling down inside The Ledge?

10     A.    Yeah, but I don't know what happened

11  that led up to it.

12     Q.    Do you know what point you fell down?

13  Was it right after this episode where you went to

14  respond to Soukup having him in unwelcomed

15  contact?

16     A.    Yeah, it was during that.

17     Q.    Did you push or touch Soukup?

18     A.    I probably touched Soukup.  Like, I

19  assume I touched Soukup's arm to try to --

20     Q.    To try to pull him off Jason?

21     A.    To see what was going on, yeah.

22     Q.    Did you grab him and try to pull his

23  arm off?

24     A.    I don't remember.

25     Q.    Did you have any concern about getting

 1  involved in a dispute between two grown men in the

 2  military?

 3      A.    I didn't consider it a dispute.

 4      Q.    There was no dispute.  It was

 5  unwelcomed contact, though, right?

 6      A.    I don't know what led up to it.

 7      Q.    Something was going on that you saw and

 8  you responded to, right?

 9      A.    Yeah.

10      Q.    Enough to get your attention to bring

11  you, how far?

12      A.    I don't understand the question.

13      Q.    Did you come from all the way across

14  the room, or did you come from just a few people

15  away?

16      A.    I don't remember.

17      Q.    You reacted to whatever was going on.

18  You recall falling down, but you have no memory

19  whatsoever of how you came to fall down?

20      A.    No.

21      Q.    Were you in contact with Jason, to your

22  memory, when you fell?

23      A.    What?

24      Q.    Were you in contact with Jason when you

25  fell down?

1    A.    I was on the left side of them, so,
2  yeah.
3    Q.    He was holding on to you, you were
4  holding on to him and y'all both fell down?
5    A.    I don't remember.  I know I was on the
6  side of them.
7    Q.    Did Jason become more and more
8  agitated?
9  MR. BELLINDER:
10           Object to the form.
11   A.    I don't remember.
12 MR. STEWART:
13   Q.    You don't remember at all?
14   A.    Not really.  Like, I don't really
15 remember what you're trying to question me about.
16 Like, to me, it all happened so fast.  Like, the
17 most I recall is the security guard, and then me
18 getting arrested.
19   Q.    So just to be fair to all the
20 defendants who are defending a lawsuit brought by
21 you and we have the opportunity to ask you
22 questions, from the time that you approached
23 Jason, you do recall falling down adjacent to or
24 in contact with your husband?
25   A.    I remember seeing that on the video,

1    yeah.

2         Q.    Do you independently recall that

3    occurring?

4         A.    No.

5         Q.    From that point forward, from the time

6    that you went over to respond to these guys, your

7    husband and two others, to a security guard

8    touched you, what is your next memory after that?

9         A.    They were all talking in the corner.

10   And I walked over to see what was going on.  And I

11   grabbed, like, Soukup's arm to like try to ask

12   them questions, but they were talking.  And then,

13   like, the security guards got involved.  Like, I

14   remember they were talking.  The security guards

15   got involved.  Like, that's what I remember.

16   Like, I don't remember what was being said or

17   anything.

18        Q.    Do you remember anything from that

19   point?  Did that happen in the same corner?

20        A.    Yeah, like all that was in the same

21   corner, like when I walked over.

22        Q.    Do you recall what the security people

23   said?

24        A.    I believe they asked him what was going

25   on, and then like -- I don't really remember.  I

1    just know one guy came over, and then they broke

2    it apart, I'm pretty sure.  Then, it just went --

3    like, they grabbed Jason and put him on the floor.

4    And then, I got separated from Jason.  Then I

5    walked over to see what was going on.  And Jason

6    was just like, Get off me, and, like, What are you

7    doing.  And I was just telling Jason to calm down.

8    And then I was crying.  And then, I was like up

9    against the glass wall by the door because

10    everyone was like leaving.  Like, the bar ended up

11    closing when all this is going on.  They ended up

12    leaving.  And a guy that I know from the Chevron

13    was talking to me in the corner.

14        Q.    Who?

15        A.    I don't know his name.  I just know

16    him.

17        Q.    Is he the person that picked you up

18    away from Jason when he was on the carpeted floor?

19        A.    Yeah, yeah.  He didn't know I was

20    involved, that I knew him.  So he grabbed me and

21    was like, Come on.  I was like, That's my husband.

22    I don't remember his name.  I just know of him

23    through there.  And then, he was talking to me in

24    the corner, and I was just crying.  And I just

25    wanted them to get off Jason and Jason to calm

1    down so that the situation could just calm down.

2    I was just talking to Jason and -- from there,

3    it's kind of a little hazy because I remember a

4    girl security guard was telling me not to get

5    involved and she was like grabbing my arm.  And I

6    was like, I'm not trying to get involved, I'm just

7    trying to get him to calm down.

8              And then, we were walked down, like --

9    there was a bunch of people around, so I didn't

10   see everything that was going on with Jason

11   either, like, because I know he got tased, but I

12   didn't see that.  Like, I don't recall that.  I

13   know when we walked downstairs, like Jason was

14   brought down too.  And then I was walked -- like,

15   the security guards are talking to me the whole

16   time, like, you can't get involved.  Like, don't

17   get involved.  I was, like, I'm not getting

18   involved, I just want to make sure he is okay.

19   Like, because he obviously is hurt, like he is

20   telling them they're hurting him.

21             And then, she walked me over.  And the

22   cop, I don't know his name.  The one who is being

23   defended here.  He asked me who I was, and I said,

24   Jason's wife.  And he said, Arrest her.  And then

25   from there I got arrested.  And then they were

1    questioning me the whole time.

2        Q.    That's a lot of facts.  It went from

3    not much to a lot.

4        A.    Yes.  That's the part I remember.

5        Q.    Right.  Okay.  I was trying to develop

6    the facts inside The Ledge.

7              Is there anything else from inside The

8    Ledge that you recall that you haven't told us

9    already?

10       A.    No.

11       Q.    Do you ever recall diving down onto

12   Jason and trying to control his arms or anything?

13   MR. BELLINDER:

14             Object to the form.

15       A.    When the security guards had him, I

16   tried like getting the security guards off of him.

17   MR. STEWART:

18       Q.    Why?

19       A.    Because they were hurting him.

20       Q.    Inside The Ledge?

21       A.    Yes.

22       Q.    You didn't dive down for some other

23   reason?

24       A.    Not that I remember, no.

25       Q.    You don't remember that?  You don't

1    remember getting punched in the face in that

2    process by your husband, though?

3         A.    I didn't get punched in the face.

4         Q.    It didn't happen?

5         A.    No.

6         Q.    And you didn't get struck before that

7    in the exchange between Soukup and Jason at all?

8         A.    No.

9         Q.    Did you ever grab your face and hold it

10   and have Kayla Soukup come over and hug you for

11   some reason?

12        A.    Not that I remember, no.

13        Q.    It didn't happen?

14        A.    Not that I remember, no.

15        Q.    Did you ever run out of The Ledge to

16   the foyer with Kayla Soukup?

17        A.    Not that I remember, no.

18        Q.    At any point during the thing that

19   happened inside The Ledge, did you go out and ask

20   for security or find security and say, Would you

21   please help Jason?

22        A.    No.

23        Q.    Part of this lawsuit involves

24   allegations that there was an Airman Dorack

25   involved in this somehow.  What's your knowledge

1    of that?

2         A.    That him and Jason were going to get in

3    a fight.  But I wasn't around for that.  But

4    that's what Soukup was telling me.

5         Q.    After you intervened or --

6         A.    No, this was before.

7         Q.    He told you that before --

8         A.    Yes.

9         Q.    When did he tell you that?

10        A.    When we were in The Ledge, like, by the

11   bar.

12        Q.    Before that when you went over and

13   responded to Soukup pushing him against a wall?

14        A.    That was before that, yeah.

15        Q.    Exactly what did he tell you about

16   that?

17        A.    He just said that they were getting in

18   a fight, like that there was an issue.  And they

19   were trying to keep Jason and that guy away from

20   each other.  And he was on the other side of the

21   bar.

22        Q.    Do you know what the issue was?

23        A.    I believe something about money, but I

24   don't know for sure.

25        Q.    Do you know if Jason had any prior

1  knowledge of Dorack, Airman Dorack?

2     A.    Just through work but not personally,

3  no.

4     Q.    Do you have any idea what the issue

5  with money between two people who don't know each

6  other would be?

7     A.    No.

8     Q.    Was it about who was paying for

9  something there?

10    A.    I think Dorack's girlfriend told Jason

11  to put his cash away or something, and it went

12  from there.  But I wasn't around, so that's just

13  hearsay.

14    Q.    Do you know who Dorak's girlfriend is?

15    A.    No.

16    Q.    Did you ever see any security officer

17  from the Hard Rock strike your husband?

18    A.    No.

19    Q.    Did you ever see your husband strike

20  any security employee from the Hard Rock?

21    A.    No.

22    Q.    Did your ever see a guy -- can you

23  describe the security officers who got involved?

24  You mentioned a female.

25    A.    Yeah.  She was female with brunette

1  hair.

2      Q.    Do you recall any others?

3      A.    And then, there was a big bald guy, but

4  those are the only two I remember.

5      Q.    Do you have any recollection of how

6  many security people responded to this?

7      A.    No.

8      Q.    Do you recall ever seeing any employee

9  of Hard Rock being struck by your husband at any

10  point?

11     A.    No.  I know he was flailing, but I

12  don't recall seeing anyone get struck, no.

13     Q.    Did you ever see anybody get their

14  glasses knocked off because they got struck by

15  your husband?

16     A.    No.

17     Q.    Did you ever hear your husband scream

18  or yell during the course of this at all?

19     A.    Yes.

20     Q.    Did you hear him curse?

21     A.    Yes.

22     Q.    Did he use F words?

23     A.    Yes.

24     Q.    Any other words?

25     A.    I recall the F word.

1      Q.     Do you know what a bayonet is?

2      A.     No.

3      Q.     It's a big knife.  It goes on the end

4   of a rifle.  Do you know what I'm talking about?

5   They connect them on the end of a rifle.

6      A.     Okay.

7      Q.     Have you ever seen Jason have one of

8   those?

9      A.     No.

10      Q.     Do you know if that's something that

11   was available to him in the military?

12      A.     No.

13      Q.     You don't know?

14      A.     It's not available.  That's not one of

15   the weapons he gets.

16      Q.     Do you know the weapons that he has,

17   all of the weapons?

18      A.     No.

19      Q.     Did you ever hear Jason tell any of the

20   security personnel or police officers that if he

21   had a bayonet he would cut their F'ing head off?

22      A.     No.

23      Q.     You never heard that happen?

24      A.     No.

25      Q.     To your observation, the security

1  personnel inside The Ledge, were they just trying
2  to grab Jason's arms?
3  MR. BELLINDER:
4       Object to the form.
5     A.    They were trying -- they were retaining
6  him on the ground.
7  MR. STEWART:
8     Q.    Were they on top of him, on top of his
9  body?
10    A.    Yes.
11    Q.    Or were they standing up just trying to
12 grab his arms to control him?
13    A.    They were over him.  I don't know.
14    Q.    Was anyone else besides -- how many
15 security officers were over him as you described?
16    A.    I don't remember exactly.
17    Q.    Were there any other people trying to
18 control your husband inside The Ledge that night?
19    A.    I don't know exactly what you're
20 referring to.
21    Q.    Besides security personnel, did anyone
22 else try to physically control your husband on the
23 night of this incident?
24    A.    Not that I remember, no.
25    Q.    So no other --

1       A.    Well, the cops but --

2       Q.    What about Air Force personnel?

3       A.    Besides Soukup, no.

4       Q.    Did Soukup get mad?  Was he agitated?

5   MR. BELLINDER:

6             Object to the form.

7       A.    I don't know what Soukup was feeling.

8   MR. STEWART:

9       Q.    Did you observe him to be agitated; did

10  he say or his mannerisms lead you to believe he

11  was agitated?

12      A.    No.

13      Q.    Do you recall Sergeant Reimer getting

14  Dorack and trying to control your husband at any

15  point?

16      A.    No.  He was just by them.

17      Q.    He never touched your husband, to your

18  memory?

19      A.    Not to my memory, no.

20      Q.    Did anybody else, nonsecurity,

21  nonpolice, physically engage with your husband, to

22  your memory?

23      A.    No.

24      Q.    At what point did you believe, come to

25  believe that someone at Hard Rock was hurting your

1   husband?

2        A.     When he was on the floor.

3        Q.     Which floor?

4        A.     Of The Ledge.

5        Q.     What exactly did you see that leads you

6   to believe that he was being hurt?

7        A.     They were cranking on his arm, and he

8   kept saying that they were hurting him, to let him

9   fucking go.

10       Q.     They were what on his arm?

11       A.     Like, cranking his arm, trying to

12  contain him.

13       Q.     Cranking his arm back?

14       A.     Yeah, like pulling it back.

15       Q.     Moving his arm back?

16       A.     Yeah.  But, like, roughly.

17       Q.     They were doing that down on the ground

18  with him?

19       A.     Yeah.

20       Q.     Not standing up and trying to just grab

21  and control his arms?

22       A.     He ended up on the floor.  Like, I know

23  they were trying to contain him, but he ended up

24  on the floor right, like right around the corner

25  right after they got Dorack.

1      Q.     I'm sorry.  I missed from the stapling.

2 Right around what?  I didn't hear the answer.

3      A.     Like, when they got Dorack, they came

4 and tried containing him.  And then, he went on

5 the floor right, like around the corner or like by

6 the door, right.  It was like right by the door.

7      Q.     Other than pulling his arm back, did

8 you see Hard Rock people do anything else that you

9 believe might have hurt your husband?

10      A.     No.

11      Q.     How many times did you see them pull

12 his arm back?

13      A.     They were pulling back the whole time

14 until they got a hold on him, and they were just

15 like holding him.

16      Q.     On the floor, in The Ledge?

17      A.     Yes.

18      Q.     Did you see anyone from Hard Rock that

19 you think tried to hurt your husband or could hurt

20 your husband -- not try but could have at any

21 point anywhere else at the Hard Rock Casino?

22 MR. BELLINDER:

23           Object to the form.

24      A.     I don't understand the question.

25 MR. STEWART:

1      Q.      You mentioned the one episode where you
2  saw Hard Rock security trying to pull his arm
3  back.
4      A.      Yes.
5      Q.      Which arm?
6      A.      His right arm.
7      Q.      And you believe that could hurt him?
8      A.      Yes.
9      Q.      Inside The Ledge?
10     A.      Yes.
11     Q.      At any other location, did you see
12 anyone at the Hard Rock that you think could have
13 hurt your husband, any Hard Rock employee?
14     A.      No.
15     Q.      Had you ever seen your husband react
16 violently when he drank?
17     A.      No.
18     Q.      Do you know if he was taking any
19 medicine at that time?
20     A.      No.
21     Q.      Did you ever bring charges against
22 anyone, yourself, from what happened at the Hard
23 Rock?
24     A.      No.
25     Q.      Did you or did your husband ever bring

1    charges against Airman Dorack?

2        A.    No.

3        Q.    In your mind, did Airman Dorack do

4    anything that warranted charges?

5    MR. BELLINDER:

6              Object to form.

7        A.    I don't know anything that went on with

8    that, so I don't know.

9    MR. STEWART:

10       Q.    It's not something you and Jason talked

11   about, hey, maybe we should go file charges

12   against him?

13       A.    No.  There were no altercations, so,

14   no.

15       Q.    No physical contact that you're aware

16   of?

17       A.    Right.

18       Q.    Do you know if Airman Dorack was ever

19   subject to any discipline at Keesler?

20       A.    I don't know.

21       Q.    Just so we are clear, you don't recall

22   falling, other than you've seen video of it, you

23   don't have any memory of falling inside The Ledge

24   at any point?

25       A.    Like, once you mentioned it, I know I

 1    saw it on the video.  Like, I remember Jason fell

 2    on me.  But I don't know what led to it or

 3    anything like that.

 4        Q.    You don't have any memory of why you

 5    fell?

 6        A.    No.

 7        Q.    Did anyone from the military ever ask

 8    you if Jason struck you?

 9        A.    No.

10        Q.    You mentioned that you do -- the only

11    time you would take aspirin or Motrin or Ibuprofen

12    would be if you had a really bad migraine or

13    something?

14        A.    Yeah, that wouldn't go way for like

15    hours.

16        Q.    How often do you have migraines?

17        A.    Maybe once or twice a year.

18        Q.    Did you have any that you recall in the

19    month of November or December?

20        A.    No.

21        Q.    Have you ever declared bankruptcy?

22        A.    No.

23        Q.    Have you and Jason ever gone on any

24    trips or vacations since this incident?

25        A.    Home, yes.

1      Q.    Home to Leroy?

2      A.    Yes, Michigan.  Yes.

3      Q.    I'm sure I'm saying that Southern.  How

4  do you say it?

5      A.    They call it Leroy, but I call it

6  Leroy.

7      Q.    Do you know if Jason has been

8  intoxicated anytime since this incident?

9      A.    Yes.

10      Q.    How many times?

11      A.    Holidays, like his birthday.

12      Q.    How much does it take for him to get

13  intoxicated?

14      A.    A few beers.

15      Q.    Six beers?

16      A.    Probably like four.

17      Q.    Does he continue after that?

18      A.    No.

19      Q.    You've never had to say, Hey, Jason,

20  that's enough?

21      A.    No.

22      Q.    Do you recall any employee of the Hard

23  Rock saying anything that you consider

24  inappropriate?

25      A.    No.

1      Q.     On the night of this incident, I mean.

2      A.     No.

3      Q.     You never heard any of them curse or

4  get angry or anything?

5      A.     No.

6      Q.     As we sit here today, do you have any

7  knowledge of how far along you were in your

8  pregnancy when you miscarried?

9      A.     Just by what they guessed, like Judith

10  guessed.

11      Q.     Approximately Thanksgiving would have

12  been the beginning of the pregnancy?

13      A.     Yes.

14      Q.     No one else, no other physician,

15  doctor, told you that?

16      A.     No.  There was no way to know since I

17  was already miscarrying.

18      Q.     To your knowledge, has Jason ever had

19  any mental health treatment before this incident?

20      A.     No.

21      Q.     How about you?

22      A.     No.

23      Q.     Since, either one of you?

24      A.     No.

25      Q.     Can you quantify how much medical

1   expense you contend that you had to pay as a

2   result of this incident?

3   MR. BELLINDER:

4          Object to the form.

5   MR. STEWART:

6       Q.    Do you know?

7       A.    No.

8       Q.    The only medical treatment you saw was

9   the ER.

10      A.    For me, yeah.

11      Q.    For you.  I'm talking about you.

12      A.    Yes.

13      Q.    One ER visit?

14      A.    One ER visit, blood test and then the

15  family visit with Judith.

16      Q.    So the one nurse practitioner visit.

17      A.    Yes.

18      Q.    You went in for blood tests after the

19  ER, and then the ER visit.

20      A.    Yes.

21      Q.    No other trips or vacations since this

22  incident, besides the trip to Leroy, we'll call

23  it?

24      A.    I have been to San Antonio for my

25  brother's basic training graduation.

1      Q.     When was that?

2      A.     June or July of last year.

3      Q.     Your brother is in the military now?

4      A.     Yes.  He is Air Force, as well.

5      Q.     Have you ever been Dorack in a lawsuit

6  before?

7      A.     With my car accident, yes.

8      Q.     That's where the car flipped and your

9  arm got caught out of the sunroof?

10      A.     Correct.

11      Q.     Do you have scars from that still?

12      A.     Yes.

13      Q.     Extensive scars on your left arm?

14      A.     Yes.

15      Q.     All the way up your left arm to your --

16      A.     Yes, my shoulder.

17      Q.     Do you have any continuing problems

18  because of that?

19      A.     Shooting pains from nerves, but no.

20      Q.     Do you ever take any medications for

21  that?

22      A.     No.

23      Q.     When is the last time you took

24  medication for that, for any pain related to your

25  left arm?

1          A.    I didn't even take pain when I did
2    surgery and stuff unless it was prescribed in the
3    hospital.
4          Q.    Do you treat with any physician for
5    that at all?
6          A.    No.  It's all taken care of now.
7          Q.    When is the last time you saw a doctor
8    with regard to your left arm?
9          A.    Six years.
10         Q.    And I don't mean to be nosy, but there
11   is something written on your shoulder.
12         A.    Yes.
13         Q.    Is that a tattoo?
14         A.    Yes.
15         Q.    What does it say?
16         A.    Every storm runs out of rain.
17         Q.    Say it again.
18         A.    Every storm runs out of rain.
19         Q.    Have you taken any medications since
20   this incident, related to this incident at all?
21         A.    No.
22         Q.    Did you ever smoke?
23         A.    No.
24         Q.    Jason ever smoke?
25         A.    No.

1    Q.    Anybody in his family smoke?

2    A.    Yes.

3    Q.    So when you lived at his parents'

4    house, they smoked, his parents?

5    A.    Yes.

6    Q.    Has any physician ever told you that

7    this incident caused you to have a miscarriage?

8    A.    Will you repeat the question?

9    Q.    Has any doctor or nurse practitioner,

10   medical professional, ever told you that this

11   incident caused you to have a miscarriage?

12   A.    They said it could have been a number

13   of things.

14   Q.    What were the different things?

15   A.    Stress, is the main one I remember.  I

16   don't remember exactly what she said.

17   Q.    She was who?

18   A.    Judith.

19   Q.    Did any other person, physician, nurse

20   practitioner, medical professional speculate as to

21   why this could have happened, this miscarriage?

22   A.    No.

23   Q.    Do you have any knowledge of why it

24   occurred?

25   A.    No.

1      Q.    Was there any physical impact or injury

2  to you that you think caused this to occur on the

3  night of this incident?

4      A.    No.

5      Q.    Where did you fill your medications?

6      A.    My prescriptions at Keesler pharmacy.

7      Q.    You don't use Eckerd Drugs or CVS?

8      A.    No.

9      Q.    Just give me a second.  I'm going to

10 flip through my notes here.  I may be done.

11           Have you ever had any sort of head

12 injury?

13     A.    No.

14     Q.    No condition in your head that would

15 affect your ability to remember things?

16     A.    No.

17     Q.    Since this injury occurred, has Jason

18 ever had a good recollection of the facts of that

19 night?

20     A.    No.

21     Q.    Was Jason wearing underwear on the

22 night of this incident?

23     A.    I would assume, yes.  I don't know.

24     Q.    Does he ever wear jeans without

25 underwear?

1      A.    No.

2      Q.    What is that commando; is that what

3 that's called?

4      A.    Yes.

5      Q.    Does he ever sag?

6      A.    No.

7      Q.    Is that a word that means something to

8 you?

9      A.    Yeah, like you wear your jeans down

10 low, like you're ghetto kind of.

11      Q.    He wasn't sagging on the night of this

12 incident?

13      A.    No.

14      Q.    At any point during the course of this

15 night, did you request that Jason have a

16 wheelchair brought to him?

17      A.    Not me, no.

18      Q.    Do you know if someone else did?

19      A.    Yes.

20      Q.    Who?

21      A.    I believe a Hard Rock security guard,

22 but I'm not completely sure.  I just know someone

23 asked and someone brought it to him when I was

24 already contained.

25      Q.    Your best recollection today is that

```
 1    someone from Hard Rock brought that out to deal

 2    with him?

 3         A.    Yes.

 4         Q.    Did you hear any exchange between Hard

 5    Rock security and Chris Soukup?

 6         A.    No.

 7         Q.    Anything that was said to him or from

 8    him to Hard Rock people?

 9         A.    No.

10         Q.    Anything any Hard Rock employee said to

11    Christopher?

12         A.    No.

13    MR. STEWART:

14              That's it for me.

15              (A short break was taken.)

16                   EXAMINATION

17    BY MS. STEEL:

18         Q.    When did you first come to Biloxi?

19         A.    September of 2011.

20         Q.    Okay.  And is that -- that's the first

21    time you came after marrying your husband?

22         A.    Correct.

23         Q.    All right.  And how long did you stay

24    in Biloxi?

25         A.    I guess I don't know how to answer the
```

1    question because I've lived in Mississippi the

2    entire time minus when I went home for his

3    deployment.  But we lived in Biloxi until --

4         Q.    Are you saying you retained a residence

5    here?

6         A.    Yes.

7         Q.    Even though you left?

8         A.    Well, no.  Like, okay.  So I moved here

9    in September 2011.  I moved back to Michigan in

10   August of 2013.  I lived in Michigan until January

11   of 2014.  And that's when I retained a residence

12   in Gulfport.

13        Q.    Okay.  Back to Gulfport.

14        A.    Yes.  And now I'm here.

15        Q.    But you're not living in Gulfport right

16   now?

17        A.    Yes, I am.

18        Q.    Oh, okay.

19        A.    Like, so I went to Biloxi to

20   Mississippi for those four months and then to

21   Gulfport.

22        Q.    Okay.  I'm sorry.  I thought you lived

23   at 121 O'Donnell Drive.

24        A.    Yes.  That's a Gulfport address.  Oh,

25   okay.  I'm confused.  I'm sorry.  The first one is

1    Gulfport.  The second one is Biloxi.  Sorry.

2        Q.    That's okay.  So the first time you

3    were here between 9/11 --

4        A.    That was technically Gulfport, not

5    Biloxi.

6        Q.    And August the 13th, you lived at 828

7    Oakley, Apartment 9?

8        A.    Yes, which was the Gulfport residence.

9    Okay.  So I just confused the two.

10       Q.    And then, in August of '13, you went to

11   Michigan.  And during that time, Jason deployed to

12   Saudi Arabia.

13       A.    Yes.

14       Q.    And how long was he in Saudi Arabia?

15       A.    Four months.

16       Q.    So at the end of the four-month period,

17   where did he return to?

18       A.    Biloxi.

19       Q.    But you did not?

20       A.    No.  I was still in Michigan because I

21   had a job, so I had to put in my -- because he

22   came home two months early.  So I had a job, and I

23   was going to Colorado for Christmas to see my dad.

24       Q.    All right.  So after that was over with

25   you came back to the Coast?

```
 1        A.    Yes.

 2        Q.    And why did he leave early from Saudi

 3   Arabia?

 4        A.    They had too many people deployed, and

 5   he just ended up being one of the 40 that came

 6   home.

 7        Q.    You testified you have a brother.

 8        A.    Yes.

 9        Q.    What's his name?

10        A.    Alex Bobon.

11        Q.    And he is in the Air Force?

12        A.    Yes.

13        Q.    In Texas?

14        A.    No.  He is in Korea.

15        Q.    Do you have any other brothers or

16   sisters?

17        A.    I have one brother that is deceased,

18   and one sister who is living in Michigan.

19        Q.    The brother who is deceased, that is

20   Jeffrey?

21        A.    Jeffrey Bobon, yes.

22        Q.    Now, when did Jeffrey die?

23        A.    December 9th of 2011.

24        Q.    Why did he pass away?

25        A.    Car accident.
```

1     Q.     Where was that car accident?

2     A.     El Paso, Texas.

3     Q.     I'm not trying to get you upset.

4     A.     I know.  I know.

5     Q.     And if you need a break -- okay.  Is

6  his death -- obviously his death is still

7  upsetting to you.

8     A.     Yes.

9     Q.     Would you call his death a stressful

10  event in your life?

11     A.     Yes.

12     Q.     You testified earlier that you started

13  bleeding on 12/8/11.  Now, do you have notes of

14  that?

15     A.     No.

16     Q.     How do you know that you began bleeding

17  on December the 8th?

18     A.     I remember that I was already on my

19  period.  Like, I remember I started the night

20  before just because everything that happened.

21  Like, I remember it started the day before.

22  Didn't think anything of it.  And my brother

23  passed away.  So that's how I know.

24     Q.     You couldn't be a day off in your

25  calculation?

1      A.    No.

2      Q.    Now, you have professed, have you not,

3  during this deposition that there has been a lot

4  of, you know, I don't remember?

5      A.    Yes.

6      Q.    But this, you're telling us, is the

7  same time frame you do remember?

8      A.    Yes, because I remember -- yes, I

9  remember correctly.

10     Q.    Do you have a calendar or a journal or

11 anything that you would write notes about this

12 incident or just your daily life activities in?

13     A.    No.

14     Q.    Did you bring any documents here today?

15     A.    No.

16     Q.    What did you review to prepare for the

17 deposition?

18     A.    Nothing.

19     Q.    You testified that you lost one day of

20 work at your job because of this incident.

21     A.    Yes.

22     Q.    Correct?  And that was at Chevron?

23     A.    Yes.

24     Q.    How much did you make in a day, and

25 what were your hours of work?

1       A.    I worked 3:00 to close, and I made

2   $7.40, I believe.

3       Q.    An hour?

4       A.    Yes.

5       Q.    That's gross, of course?

6       A.    Yes, like $7.40 an hour.

7       Q.    And then taxes were taken out.

8       A.    Yes.

9       Q.    Correct?

10      A.    Well, they would have been, yes.

11      Q.    And certain deductions?

12      A.    Yes.

13      Q.    Do you know how much you would earn,

14  either gross or net, in a day's time?

15      A.    No.

16      Q.    Do you have any pay stubs from Chevron?

17      A.    I don't know.

18      Q.    Will you look for that and if you have

19  one give it to your attorney?

20      A.    Yes.

21  MS. STEEL:

22            And we ask that that be produced if she

23  has it.

24      Q.    $7.40 an hour.  And you worked from

25  3:00 to close.  Now, when was close?

1    A.    On Sunday it would have been 9:00 p.m.

2    Q.    Sunday.  Why are you saying Sunday?  Is

3  that the day you took off?

4    A.    I guess so.  I think it was a Sunday,

5  so I don't know.  If it would have been a

6  Saturday, it would have been 10:00.  But I

7  don't -- I think we went out on a Saturday night.

8  That's why I'm saying that.

9    Q.    So my question is when did this

10  incident happen?

11    A.    Now, I can't think of the date but I --

12    Q.    You think it was on a Saturday?

13    A.    Yes, I think so.

14    Q.    And you think if you missed work, you

15  missed work the very next day?

16    A.    I did miss work the very next day.

17    Q.    And that's the only time you missed

18  work because of this incident?

19    A.    Yes.  I called out.

20    Q.    On November the 27th -- and that is the

21  day of this incident -- you were not incarcerated.

22    A.    I went to the drunk tank.

23    Q.    How long did you stay in the drunk

24  tank?

25    A.    Four hours.

```
1        Q.    Four hours.  Weren't you allowed to
2   leave with Kayla Soukup?
3        A.    Yes.
4        Q.    Did they give you a recognizance bond?
5        A.    What is --
6        Q.    Or a bond?  Are you familiar with that
7   terminology?
8        A.    No.
9        Q.    Did you have to post a bond to get out
10  of jail?
11       A.    No.
12       Q.    You did for Jason, didn't you?
13       A.    He posted his own, yes.
14       Q.    But you didn't have to do that?
15       A.    No.
16       Q.    But you're saying the police held you
17  for four hours?
18       A.    Yes.
19       Q.    Was Kayla Soukup not there at the
20  Biloxi Police Department when you were there?
21       A.    Not being held, no.
22       Q.    Are you saying she had to wait for four
23  hours to take you?
24       A.    Yes.
25       Q.    Where did you go after she took you,
```

1    after she picked you up from the police station?

2        A.    To her and Chris Soukup's house.  Well,

3    first, we went to the jail.  Then I stayed because

4    I couldn't bail Jason out until the morning.

5        Q.    So you stayed at her house?

6        A.    Yes.

7        Q.    When you left the police department,

8    were you with Kayla and Chris Soukup or just

9    Kayla?

10        A.    Chris and Kayla, I think, because we --

11    yeah, she got us both.  Yes.  She got us both, and

12    then we dropped Chris off and then we went to jail

13    because Chris wasn't with us when we went to the

14    jail to try to bail Jason out.

15        Q.    But he was already released from the

16    Biloxi Police Department?

17        A.    Yes.  We got released at the same time.

18        Q.    And why do you say it was four hours?

19        A.    Because they told us they were holding

20    us for four hours because that's what they do in

21    the drunk tank, I'm pretty sure.

22        Q.    What time did you get there?

23        A.    I don't -- I don't know the exact time.

24        Q.    What time did you leave?

25        A.    I don't know the exact time.

1        Q.    So you don't know that you were held

2   for four hours?

3        A.    That's just what the cop in there told

4   me, is that we were being held for four hours,

5   before Kayla could pick us up.

6        Q.    Who was that officer?

7        A.    I don't know.

8        Q.    Have you ever been arrested either

9   before or after this?

10       A.    No.

11       Q.    Have you ever had any run-ins with the

12   police?

13       A.    A speeding ticket.

14       Q.    Is that here in Biloxi?

15       A.    No.  It was in Mobile, Alabama.

16       Q.    Did you have anything alcoholic to

17   drink before you went to the Hard Rock?

18       A.    No.

19       Q.    When you were testifying, if I wrote it

20   down correctly, you said that you, Soukup, your

21   husband, and Reimer were in a corner.

22       A.    Yes.

23       Q.    And that the next thing you remember

24   was that a guy came over, which I think you

25   referred to as a security officer --

1       A.    Yes.

2       Q.    -- and broke it apart.

3       A.    Yes.

4       Q.    Do you remember saying that?

5       A.    Yeah.

6       Q.    My question to you is, what needed to

7  be broken apart?

8       A.    They thought Soukup and Jason were in

9  an altercation because Soukup had Jason up against

10  a wall.

11       Q.    And they weren't in an altercation?

12       A.    No.

13       Q.    You're sure about that?

14       A.    Yes.

15  MR. BELLINDER:

16            Object to the form.

17  MS. STEEL:

18       Q.    Do you have any idea why Kayla Soukup

19  would have taken you out of The Ledge and taken

20  you into the foyer or corridor area and comforted

21  you with a hug?

22  MR. BELLINDER:

23            Object to the form.

24       A.    No.

25  MS. STEEL:

 1      Q.    You don't remember that happening at

 2  all?

 3      A.    No.

 4      Q.    You were walking behind the officers

 5  who were carrying Jason Jordan, correct?

 6      A.    Yes.

 7      Q.    If I heard your testimony correctly,

 8  you said, A cop asked me who I was.  I said, Jason

 9  Jordan's wife.  And he said, Arrest her.

10      A.    Correct.

11      Q.    You didn't hear that officer tell you

12  to get back?

13      A.    No.  I was contained by the security

14  guard.  So I was moving where she was moving.

15      Q.    My question is, though, did you not

16  hear the officer before you were arrested say for

17  you to get back?

18      A.    No.

19      Q.    And you were not attacked or hit or by

20  a Biloxi police officer?

21      A.    I was grabbed, but other than that, no.

22      Q.    And you were grabbed simply to put your

23  hands behind your back and apply the handcuffs.

24  MR. BELLINDER:

25            Object to form.

1     A.    Yes.

2  MS. STEEL:

3     Q.    When you were grabbed that was -- the

4  next thing that happened was you were handcuffed;

5  is that correct?

6     A.    Yes.

7     Q.    And when you were grabbed, where were

8  you grabbed?

9     A.    In my arm.

10     Q.    Was the arm brought behind your back?

11     A.    Yes.

12     Q.    Now, Jason Jordan, did you see Jason

13  taken out of The Ledge and into the foyer area?

14     A.    No.

15     Q.    Did you see him on the floor of the

16  foyer area with the security guard near or on top

17  of him?

18     A.    When you say foyer area, what are you

19  describing; like, at the bottom of the stairs or,

20  like, by the door of The Ledge?

21     Q.    Between the door and the stairs,

22  correct?

23  MR. STEWART:

24          Between the glass doors and the top of

25  the stairs, I think is what you're trying to

1    describe, right?

2    MS. STEEL:

3        Q.    Out in the foyer area, not in the

4    actual club.

5        A.    The security guards had them in the

6    club by the door.  So it was technically still in

7    The Ledge.

8        Q.    Okay.  So the doors were open?

9        A.    Yes.  They lead down to the casino.

10   So, yes.  Because people were walking out when all

11   this was happening.

12       Q.    Do you recall a time when your husband

13   was laying on the floor, lying on the floor, and

14   you were at his head?

15       A.    Yes.

16       Q.    Where did that take place?

17       A.    By the door of The Ledge, on the floor

18   by the door of The Ledge.

19       Q.    Okay.  At that time, when you were at

20   Jason Jordan's head, where was the security guard?

21       A.    On top of him containing him.

22       Q.    All right.  What was Jason Jordan doing

23   while the security guard was there; what was he

24   doing?

25       A.    Telling him to stop touching him, to

1    get off of him.

2        Q.    Was he moving around?

3        A.    Yes.  He was trying to get away from

4    them.

5        Q.    Now, when the police came, were you

6    present?

7        A.    No.  Like, well -- I don't remember

8    them coming up the stairs.  Like, I know they came

9    into The Ledge, but no.

10        Q.    Did you see them come into the foyer

11    where your husband was on the floor?

12        A.    I saw them, yes.  I saw them come into

13    The Ledge.

14        Q.    What did you do when the police

15    officers came into the foyer area?

16        A.    I was talking to the woman security

17    guard.

18        Q.    Did you watch the police officers?

19        A.    No, not in The Ledge.

20        Q.    Did you look at your husband?

21        A.    No.

22        Q.    Did you see your husband struggle with

23    Biloxi police?

24        A.    No.

25        Q.    Did you see Biloxi police handcuff

1    Jason Jordan?

2         A.    No.

3         Q.    You just weren't looking that way?

4         A.    No.

5         Q.    And you said you did not see Biloxi

6    police tase your husband?

7         A.    Correct.

8         Q.    Okay.  Now, in your complaint, there is

9    an allegation.  Do you know what the complaint is?

10   Do you know what I refer to when I say "the

11   complaint"?

12        A.    No.

13        Q.    It's the lawsuit that you filed in this

14   case.  This is my copy, and I've got it marked up

15   but that is the complaint.  Have you ever seen

16   that document before?

17        A.    No.

18        Q.    Okay.  In the complaint, it's alleged

19   that two Biloxi police officers tasered your

20   husband.  Do you have any personal knowledge of

21   that?

22        A.    No.

23        Q.    Do you know where that information came

24   from?

25   MR. BELLINDER:

1              Object to the form.

2       A.    No.

3  MS. STEEL:

4       Q.    Did you look at your husband during the

5  time that the Biloxi police were coming into The

6  Ledge or coming into the foyer of The Ledge?

7       A.    I don't remember.

8       Q.    Did you see your husband resist and

9  struggle with Biloxi police?

10  MR. BELLINDER:

11              Object to the form.

12       A.    No.

13  MS. STEEL:

14       Q.    And is that because you weren't

15  looking?

16       A.    Yes.

17       Q.    Do you have any personal knowledge that

18  your husband lost consciousness?

19  MR. BELLINDER:

20              Object to the form.

21       A.    When they were -- yeah.

22  MR. STEWART:

23       Q.    What?

24       A.    Like, I know he lost consciousness.  I

25  don't know when.

1    Q.    How do you know he lost consciousness?

2    A.    Because I saw them carrying him by his

3    wrists with the handcuffs.

4    Q.    So it's your position that he was

5    unconscious when he was being carried out of The

6    Ledge --

7    A.    No.  He was being carried --

8    Q.    -- and through the casino?

9    A.    Yeah, like, when he was -- I didn't

10   watch -- like, I don't remember him getting

11   carried down the stairs.  But I know he was

12   unconscious when they were kicking him out of the

13   Hard Rock to put him in the police car.

14   Q.    Out of the Hard Rock Casino?

15   A.    Yes.

16   Q.    To the police vehicle?

17   A.    Yes.

18   Q.    And on what do you base that?

19   A.    I was sitting in the cop car watching

20   it.

21   Q.    But what did you see?

22   A.    His head was hanging down, and his

23   pants were down.

24   Q.    So his head was hanging down and his

25   pants were down, and that's what leads you to

1    believe that he was unconscious?

2        A.    Yeah.

3        Q.    Wasn't he yelling and hollering at that

4    time when he was being taken out of the casino?

5        A.    Not out of the casino doors, no.

6        Q.    Do you not recall yelling at him when

7    you were outside of the casino to shut up and quit

8    embarrassing yourself?

9        A.    No.

10        Q.    When you were following behind the

11    police officers who were carrying Jason Jordan out

12    of the casino, did you say anything to Jason

13    Jordan?

14        A.    I told him to calm down.

15        Q.    Why did you tell him to calm down?

16        A.    Because he was yelling.  But this was

17    out of The Ledge.

18        Q.    But at some point after that, you're

19    claiming that he lost consciousness?

20        A.    Yes.

21        Q.    When?

22        A.    I don't know exactly.

23        Q.    And the only indication of a loss of

24    consciousness to you for Jason, in your mind, is

25    the fact that his head was hanging down and his

1    pants were down?

2    MR. BELLINDER:

3              Object to the form.

4    MS. STEEL:

5         Q.    Well, isn't that what you testified to?

6    MR. BELLINDER:

7              Asked and answered.  Yes, she did.

8         A.    Yes.

9    MS. STEEL:

10        Q.    Okay.

11             Do you agree with me that the Biloxi

12   police carried Jason Jordan through the casino

13   because he wouldn't stand up and walk?

14   MR. BELLINDER:

15             Object to the form.

16        A.    I don't know.

17   MS. STEEL:

18        Q.    You think they chose to carry him that

19   way?

20   MR. BELLINDER:

21             Object to the form.

22        A.    I don't know.

23   MS. STEEL:

24        Q.    Do you think that if your husband would

25   have gotten up and walked that the police would

1  have still chosen to carry him out the way they

2  did?

3      A.    No.

4      Q.    And did I understand you correctly that

5  you don't know why you suffered a miscarriage?

6  MR. BELLINDER:

7            Object to the form.

8      A.    Yes.

9  MS. STEEL:

10      Q.    Okay.  Were you embarrassed of the way

11  Jason Jordan was acting?

12  MR. BELLINDER:

13            Object to the form.

14      A.    Yes.

15  MS. STEEL:

16      Q.    Did you feel he was misbehaving?

17  MR. BELLINDER:

18            Object to the form.

19      A.    Yeah.

20  MS. STEEL:

21      Q.    Did you feel that he had too much to

22  drink?

23      A.    I don't know.  I wasn't around him.  I

24  don't know what he had to drink.

25      Q.    Did you tell one of the officers that

1    the reason he was acting that way was because he
2    was mixing his drinks?
3         A.    I don't remember.
4         Q.    Do you recall an officer named Hickman?
5         A.    I don't know any of their names.  I
6    just know what they looked like.
7         Q.    Was the officer who took you to the
8    Biloxi Police Department, was he nice to you?
9         A.    Yes.
10        Q.    Did he mistreat you in any way?
11        A.    No.
12        Q.    What symptoms were you having that
13   prompted you to go to Keesler, according to my
14   records, on 12/22/11?
15        A.    I was getting pains in my stomach.
16        Q.    So it wasn't the bleeding that got you
17   to the ER; it was pain?
18        A.    Yes.
19        Q.    In the lower --
20        A.    Yes.
21        Q.    And have you learned that that pain was
22   associated with the miscarriage?
23        A.    Yes.
24        Q.    You said you started spotting or
25   bleeding on 12/8/11.  Did you bleed at any time

1    prior to that?

2        A.    No.

3        Q.    Except, of course, your last period.

4        A.    Correct.

5        Q.    So you didn't consider the bleeding

6    anything out of the ordinary?

7        A.    No.  It started like a normal period,

8    so that's what I treated it like.

9        Q.    It was not like -- it wasn't any

10   heavier than a normal period?

11       A.    No.  I have a heavy period anyway, so.

12       Q.    Was it the consistency of a normal

13   period, or was is like a spotting?

14       A.    It was consistent with a normal period.

15       Q.    Now, you didn't begin to have any

16   symptoms of a miscarriage until 12/8; is that

17   correct?

18       A.    Yes.

19   MR. BELLINDER:

20            Object to the form.

21   MS. STEEL:

22       Q.    Did you have anything to drink,

23   anything alcoholic to drink between November 27,

24   '11 and the day you went to the ER on 12/22?

25       A.    No.

1      Q.     How much caffeine use around November
2   27, '11?  Drink coffee?
3      A.     I don't drink coffee.  I rarely drink
4   pop.  So I would assume none.
5      Q.     You don't have caffeine use except for
6   soft drinks, and you don't drink them often?
7      A.     No.
8      Q.     You have one a day?
9      A.     Not even one a day.
10      Q.     Did you have any health condition or
11   chronic disease or disorder on November 27, '11?
12      A.     No.
13      Q.     Diabetes?
14      A.     No.
15      Q.     Pneumonia?
16      A.     No.
17      Q.     Flu?
18      A.     No.
19      Q.     Cancer?
20      A.     No.
21      Q.     Rheumatoid arthritis?
22      A.     No.
23      Q.     Have you ever had any cervical or
24   uterine problems?
25      A.     No.

        Q.    Have you ever had gonorrhea or HIV?

        A.    No.

        Q.    Did you consider the death of Jeff,

Jeffrey --

        A.    Jeffrey.

        Q.    Did you consider the death of Jeffrey,

your brother, to be a more stressful event than

what occurred on 11/27/11 at the Hard Rock?

MR. BELLINDER:

              Object to the form.

        A.    It's a different situation.  It was

more emotional than stressful.

MS. STEEL:

        Q.    Have you cried, did you cry often after

your brother died?

        A.    Yes.

        Q.    Daily?

        A.    Yes.

        Q.    Did you miss any work as a result of

your brother's death?

        A.    I had already stopped working at the

Chevron.

        Q.    Did you have other jobs on the Coast?

        A.    Not at that time, no.

        Q.    You had no other jobs between -- when

1    did you stop working at the Chevron?

2         A.    I don't remember the exact date, but it

3    was in November.

4         Q.    When did you begin work again?

5         A.    Not until October of 2012.

6         Q.    And that's with?

7         A.    New York and Company and Bath and

8    Bodyworks at the same time.

9         Q.    I hate to keep asking, but I'm

10   defending my client here.

11        A.    No, that's fine.

12        Q.    Did you consider the death of your

13   brother to be more emotionally upsetting to you

14   than what occurred at the Hard Rock on 11/27/11?

15   MR. BELLINDER:

16             Object to the form.

17        A.    Yes.

18   MS. STEEL:

19        Q.    Have you required any medical treatment

20   since the miscarriage?

21        A.    Just like pap smears and stuff.

22        Q.    Jason Jordan testified in his

23   deposition that he had photographs of injuries.

24   Have you seen those photographs?

25        A.    I took them.

1      Q.      When were they taken?

2      A.      The day after.  Like, the day after he

3   was arrested, the day after the incident.

4      Q.      What are the photos of?

5      A.      His face, his ear.  I believe there is

6   bruises on his back.

7      Q.      Did you bring those photographs?

8      A.      No.

9   MR. BELLINDER:

10              Do you know where they're at by any

11  chance?

12  THE WITNESS:

13              On Jason's computer.

14  MR. BELLINDER:

15              Will you tell him, if he can, to find

16  them and send them to me, email them, however, and

17  we will disseminate them.

18  MS. STEEL:

19      Q.      You testified -- and I didn't really

20  understand this -- that you have not been on birth

21  control at any time since you met Jason?

22      A.      Correct.

23      Q.      And why is that?

24  MR. BELLINDER:

25              Object to the form.

```
 1        A.    I have just never.  It gives me --
 2   like, it makes my periods worse.  Like, I cramp
 3   worse and stuff when I'm on birth control, so I
 4   just don't.
 5        Q.    And you haven't taken any birth control
 6   pills?
 7        A.    No.
 8        Q.    Did you use any intrauterine devices
 9   for birth control?
10        A.    No.
11        Q.    Does Jason use birth control?
12        A.    No.
13        Q.    A condom?
14        A.    No.
15        Q.    Now, do you and your husband -- did you
16   and your husband have intercourse from
17   November 27, '11, to 12/22/11, when you went to
18   Keesler emergency room?
19        A.    I don't remember.  I know we didn't
20   have any after my brother passed away.  But in
21   between that time, I would assume maybe yes, but I
22   couldn't tell you.
23        Q.    After your brother passed away on
24   12/9 -- correct?
25        A.    Yes.
```

1        Q.     -- '11, you and Jason did not have

2   intercourse for how long?

3        A.     I'm not sure.

4        Q.     But that was because -- not because of

5   the Hard Rock incident but because you were

6   grieving over your brother?

7        A.     Correct.

8        Q.     Was there any household chore that you

9   were unable to do as a result of the incident at

10   the Hard Rock on 11/27/11?

11        A.     No.

12        Q.     How much money are you trying to

13   recover in this lawsuit?

14   MR. BELLINDER:

15             Object to the form.

16        A.     I don't know.

17   MS. STEEL:

18             That's all I have.

19                    EXAMINATION

20   BY MR. CLARK:

21        Q.     My name is Austin Clark.  I'm the

22   attorney for Josh Hamilton.  He's also been named

23   in this lawsuit.  I just want to ask you some

24   questions.

25             Did you know Josh Hamilton before

1    November 27, 2011?

2         A.    No.

3         Q.    When was the first time you, I guess,

4    came into contact with Josh Hamilton?

5         A.    At the bottom of the stairs of The

6    Ledge.

7         Q.    And can you just -- and since that

8    time, have you ever seen Josh Hamilton, or do you

9    know him in any other situation other than the

10   night at the casino?

11        A.    No.

12        Q.    Tell me about the bottom of the stairs.

13   When you first saw him, what was he doing?

14        A.    He was, like, he was around my husband.

15        Q.    Doing what?  And you're talking about

16   the bottom of the stairs at The Ledge, the bottom

17   of the stairs from The Ledge and the casino floor?

18        A.    Yes.

19        Q.    You said he was around your husband.

20   What is he doing?

21        A.    He was talking to him.

22        Q.    This was at the stairs?

23        A.    Yes.

24        Q.    Did you hear what he was saying?

25        A.    No.  Like, there was multiple.  Like, I

1    think they were trying to get my husband to stand

2    up.  Like, I know they were talking.  There was a

3    few of them.  I don't know.

4         Q.    At that point, what did you next see

5    Josh Hamilton do?

6         A.    He talked to me and asked me who I was.

7         Q.    Okay.

8         A.    And then he told the cop, the

9    red-headed cop, to arrest me.

10         Q.    I'm sorry.  I'm still at the bottom of

11    the stairs.  From there, you would agree with me

12    that you went some distance from the stairs to

13    another point of the casino floor; is that right?

14         A.    Yes.

15         Q.    From the bottom of the stairs to the

16    next point where you stopped in the casino, what

17    did you see Josh Hamilton do?

18         A.    I don't know.

19         Q.    You don't remember what he was doing?

20         A.    No.  I was talking to the security

21    guard who had a hold of me.

22         Q.    Was he in front of you?

23         A.    Yes.

24         Q.    He was in front of you.

25         A.    And on the side of my husband.

    1        Q.    From the stairs to the next point where
    2    y'all stopped in the casino, Josh Hamilton was in
    3    front of you?
    4        A.    Yes.
    5        Q.    And you said he was beside your
    6    husband?
    7        A.    Yes.  He was on the right side.
    8        Q.    What was he doing on the right side of
    9    your husband?
   10        A.    He was carrying him.
   11        Q.    Carrying him how?
   12        A.    By his arm.  Like, by his arm because
   13    there was another one, too.  It wasn't just him.
   14        Q.    And then, what did you see Josh
   15    Hamilton do?
   16        A.    Then, Jason was on the floor, and the
   17    security guard walked me over his legs and that's
   18    when he asked who I was.  And then I was arrested.
   19        Q.    And it's your testimony today that
   20    you're positive that it was Josh Hamilton on the
   21    right side of your husband carrying him by the
   22    arm?
   23        A.    Yes.  He had a hat on.
   24    MR. BELLINDER:
   25              Object to the form.

1   MR. CLARK:

2       Q.    And you're positive that Josh Hamilton

3   rolled your husband's right arm and turned to you

4   and asked you who you were?

5       A.    Yes.

6       Q.    And then told another officer to arrest

7   you?

8       A.    Yes.

9       Q.    And then what happened to you at that

10  point?

11      A.    Then, the officer, the red-headed guy,

12  he grabbed my arm, arrested me and started asking

13  me questions.

14      Q.    From that point, what's the next thing

15  you saw Josh Hamilton do?

16      A.    I don't remember.  I was focused on

17  being arrested at that point.  Like, I was talking

18  to my police officer.

19      Q.    You don't recall anything, other than

20  talking to that officer, from that point on the

21  casino floor to the exit doors of the casino?

22      A.    Yes.

23      Q.    You have no recollection of anything

24  that Josh Hamilton did?

25      A.    No.

1    Q.    Were your conversating with the other

2  officer, I think you said the red-headed officer,

3  do you know his name?

4    A.    No, I don't.

5    Q.    Would Hickman ring a bell?

6    A.    I don't know.

7    Q.    You believe you were talking with him

8  that entire time?

9    A.    Yes.

10    Q.    Did you go down the escalator with him,

11  or did you go down the stairs?

12    A.    I'm pretty sure the stairs.

13    Q.    Was your husband carried down the

14  escalator or the stairs; do you recall?

15    A.    The escalator.

16    Q.    So as he was coming down the escalator,

17  you are coming down the stairs with the red-headed

18  officer at this time?

19    A.    I believe I was at the top for a

20  minute, though.  I don't know.

21    Q.    And, again, you don't recall where Josh

22  Hamilton was or what he was doing at that point?

23    A.    No.

24    Q.    At the bottom of the stairs when your

25  husband -- at the bottom of the escalator, do you

1    recall from that point to the exit doors anything

2    that Josh Hamilton did?

3        A.    Not until outside of the casino, no.

4        Q.    Not until outside of the casino?

5        A.    Yeah, like when I'm in the cop car.

6        Q.    I believe you said earlier you didn't

7    know names, but you knew what the officers looked

8    like.  Do you recall that?

9        A.    Yes.

10       Q.    If the officers that were present

11   November 27, 2011, were in this room right now,

12   would you be able to pick out Josh Hamilton?

13   MR. BELLINDER:

14           Object to the form.

15       A.    I think so, yeah.

16   MR. CLARK:

17       Q.    You think so?

18       A.    Yes.  I mostly remember my cop.

19       Q.    I'm just asking because this complaint

20   that you filed named Josh Hamilton individually,

21   and I'm just trying to figure out what you know

22   about him and the allegations in this complaint.

23   And you're saying you're not sure if you could

24   pick him out if he is in this room right now?

25   MR. BELLINDER:

1           Object to the form.

2      A.    No.

3  MR. CLARK:

4      Q.    So you have no idea, really, what Josh

5  Hamilton did, at least according to you, from the

6  point where he allegedly told another officer to

7  arrest you; you have no more memory of what Josh

8  Hamilton did?

9  MR. BELLINDER:

10          Objection.

11     A.    Besides carrying my husband out, no.

12  MR. CLARK:

13     Q.    Your complaint at Paragraph 30 -- I

14  really don't have it in front of me.  But it

15  mentioned something about a You Tube video.  What

16  do you know about a You Tube video?

17     A.    It's the video where Josh was talking

18  to the guy, where the guy is trying to ask him if

19  he can use the phone to call for a ride, and the

20  guy was telling him to get the fuck out of his

21  face and ends up arresting him.

22     Q.    And why is that in your complaint?  Do

23  you feel like you're owed anything in this lawsuit

24  from that You Tube video?

25     A.    No, but --

```
 1   MR. BELLINDER:

 2              Object to the form.

 3        A.    -- I saw it happen.

 4   MR. CLARK:

 5        Q.    You --

 6        A.    I was in the cop car when they were all

 7   yelling at each other.

 8        Q.    And you saw that happen?

 9        A.    Yes.

10        Q.    You saw Josh Hamilton having a

11   conversation with somebody outside the casino?

12        A.    Yes.

13        Q.    And the person you saw having

14   that conversation who you say is Josh Hamilton is

15   the same person who was on the right side of your

16   husband, carrying his arm, asking your name, and

17   told another officer to arrest you?

18        A.    Yes.

19        Q.    Your complaint also mentions a dozen

20   witnesses who voluntarily contacted you and your

21   husband and Mr. Soukup indicating their

22   willingness and intention to testify.  Who are

23   these people?  Do you have their names and

24   numbers?

25        A.    It wasn't me.  I don't know.  It was
```

1  Jason.

2       Q.    So Jason would have over a dozen

3  people's names and numbers that contacted him

4  voluntarily with information about this incident?

5       A.    It would be Jason or Chris, yes.

6  MR. BELLINDER:

7            Object to the form.

8  MR. CLARK:

9       Q.    But nobody ever called you?

10      A.    No.

11      Q.    Nobody ever came to you and said they

12  would help you if you filed a lawsuit?

13      A.    No.

14      Q.    I was just curious about this.  And I

15  don't know if this relates to anything or not.

16  When you were inside the casino, there was a point

17  where you said a person pulls you off your

18  husband, a Chevron guy.  You said you knew him.  I

19  didn't understand that.  Who was that person?

20      A.    He was just a customer that I knew at

21  the Chevron gas station.  He -- because the casino

22  was closing and everyone was leaving and he didn't

23  realize I was involved, like he didn't realize,

24  like, know that was my husband.  Because he

25  doesn't know my husband.  He just knows me from

1    work.  So he was like trying to get me to like

2    walk out, like -- and then, I was like, no, that's

3    my husband.  And we started talking.  Like, he

4    doesn't really have anything to do with this.

5         Q.    You didn't recall his name?

6         A.    No, I never knew his name.

7         Q.    And how long had you worked at Chevron?

8    You quit right after this, correct?

9         A.    Yes.

10        Q.    How long had you been at Chevron?

11        A.    Two months.

12        Q.    So in the two months, how often did you

13   see this guy that pulled you off your husband?

14        A.    A few times a week.  Probably three or

15   four times a week.

16        Q.    So he is a regular?

17        A.    Yes.  Everyone at the Chevron for the

18   most part is a regular.

19        Q.    And you said I believe you worked 3:00

20   to close usually?

21        A.    Yes.

22        Q.    Do you recall what time of day he was

23   in the Chevron?

24        A.    There wasn't a specific time.

25        Q.    Periodically?

1     A.    Yes, periodically.

2     Q.    Had you seen him earlier that night in

3 The Ledge?

4     A.    Yes -- no, not until the door -- oh,

5 yes, yes, I had, at the bar.  Like, when he walked

6 in, like, he saw me and said, Hi.  But we

7 didn't -- besides like waving, that was it.

8     Q.    And other than that, you didn't speak

9 to him anywhere else in The Ledge?

10     A.    No.

11     Q.    You don't know his name, but you

12 recognize faces and that's why you knew each

13 other; is that right?

14     A.    Yes.

15     Q.    And do you know why he was in the

16 vicinity of that group when your husband was on

17 the ground and you were on top of him; do you have

18 any idea why he was anywhere near y'all at that

19 point?

20     A.    He was just trying to get me -- like,

21 see what was going on, get me to walk out of The

22 Ledge because he didn't know that that was my

23 husband.

24     Q.    I'm asking if you know why he was in

25 that area at that point in time.

1       A.     No.

2   MR. BELLINDER:

3              Object to the form.

4   MR. CLARK:

5       Q.     Had you two been together elsewhere in

6   the club or in the Ledge, I'm sorry?

7       A.     Besides when we said hi when he walked

8   in by the bar, no.

9       Q.     Okay.  Did your husband know?

10      A.     No, he doesn't know him.

11      Q.     A guy that you don't know his first

12  name, it was okay for him to put his hand on you

13  and pull you off your husband or pull you off

14  everybody?

15  MR. BELLINDER:

16             Object to the form.

17      A.     He was just trying to get me to walk

18  out of The Ledge.

19  MR. CLARK:

20      Q.     Okay.  We talked earlier, too, about

21  Jason's deployment window.  And I just wanted to

22  clear that up, too.  This event happened at the

23  end of 2011.  And I think you said at that point

24  he had had nine months or so in.

25      A.     Uh-huh.

1    Q.    Did you already know at that time in
2    November that his window was going to be July to
3    September; do you recall if y'all knew at that
4    point?
5    A.    I don't know.  Like, I don't think I
6    did, but I'm sure he did.
7    Q.    And I thought I heard you say that he
8    was supposed to go during that period of time.
9    And I was a little unclear.  When would he know
10   for sure that he is going to go on any open
11   window?  Do you understand what I mean?
12   A.    Yeah, but I don't know exactly when
13   they would have told him.
14   Q.    Could it be that his window comes up
15   and he doesn't go at all?
16   A.    Yes.
17   Q.    And you're also saying in that window
18   he may -- it starts in, I think you said July.  He
19   could be there July, August, and then, at the end
20   of August they could say you're going; could that
21   happen?
22   A.    Yes.
23   Q.    Had he mentioned anything to you in
24   November about knowing that he was going to be
25   deployed in that window in 2012?

1     A.     No.

2     Q.     In this case, you're asking for

3  damages.  Do you have any idea how you would

4  quantify your damages as to what you allege Josh

5  Hamilton did to you?

6  MR. BELLINDER:

7          Object to the form.

8     A.     No.

9  MR. CLARK:

10     Q.     Do you attribute any damages from this

11  lawsuit to Josh Hamilton?

12  MR. BELLINDER:

13          Object to the form.

14     A.     I don't understand the question, I

15  don't think.

16  MR. CLARK:

17     Q.     Are you asking for money from Josh

18  Hamilton based on allegations in the complaint?

19  MR. BELLINDER:

20          Object to the form.

21     A.     I don't know.

22  MR. CLARK:

23     Q.     He is named in this lawsuit.  The city

24  of Biloxi is named.  The casino is named.  And I

25  can understand that.  But no other individual is

1  named but Josh Hamilton.  And I'm trying to figure

2  out --

3  MR. BELLINDER:

4          Object to the form.

5  Mischaracterization.

6      A.    I don't understand.

7  MR. BELLINDER:

8          There is five other Does, specific

9  Does.  I understand what you're getting at,

10  but --

11  MR. CLARK:

12          Is there a second amended complaint?

13  MR. BELLINDER:

14          I was objecting to your observation

15  that you can understand why certain defendants

16  were named in this suit as opposed to any other

17  defendant.

18          In addition to, she's not a lawyer.

19  She says she hasn't seen it.  She said she doesn't

20  understand it.  But I'm not instructing her not to

21  answer.

22  MR. CLARK:

23      Q.    Do you know why you sued Josh Hamilton?

24  MR. BELLINDER:

25          Object to form.

1      A.    No.

2  MR. STEWART:

3           I promise really short.

4                 EXAMINATION

5  BY MR. STEWART:

6      Q.    Did Jason apologize to you for what

7  happened during this incident?

8      A.    No.

9      Q.    He never said I'm sorry for all this?

10     A.    Like, the next -- yes.

11     Q.    Do you know when he apologized to you

12  for the way he acted during this accident?

13  MR. BELLINDER:

14           Object to the form.

15     A.    The next day.

16  MR. STEWART:

17     Q.    Did y'all make up right then?

18  MR. BELLINDER:

19           Object to the form.

20     A.    I don't understand the question.

21  MR. STEWART:

22     Q.    Was everything okay after he

23  apologized?  Were you mad at him after that, or

24  was it all over with?

25     A.    Everything was okay even before I saw

1   him and he apologized.  I wasn't mad about

2   anything.

3        Q.    You didn't feel like he owed you an

4   apology for the way he acted that night and that

5   morning?

6        A.    I don't know what he was thinking, but

7   I wasn't mad.

8        Q.    You don't attribute any damage that you

9   allege in this case to the way your husband acted?

10  MR. BELLINDER:

11           Object to the form.

12       A.    Can you reword the question?

13  MR. STEWART:

14       Q.    Do you blame him at all for the fact

15  that you suffered any injury during this incident,

16  your husband?

17  MR. BELLINDER:

18           Object to the form.

19       A.    No.

20  MR. STEWART:

21       Q.    None whatsoever?

22       A.    No.

23  MR. BELLINDER:

24           All right.  That's it.  You're done.

25           (Deposition concluded at 5:05 p.m.)

1          CERTIFICATE OF COURT REPORTER

2          I, Janna White, CSR #1312, do hereby

3     certify that the foregoing pages contain a true

4     and correct transcript of the testimony of the

5     witness as taken by me at the time and place

6     heretofore stated and later reduced to typewritten

7     form by computer-aided transcription under the

8     authority vested in me by the State of Mississippi

9     to testify to the truth and nothing but the truth

10    in this cause and was thereupon carefully examined

11    upon this oath.

12         I further certify that I am neither

13    attorney or counsel for nor related to or employed

14    by any of the parties to the action in which this

15    deposition is taken and further that I am not a

16    relative or employee of any attorney or counsel

17    employed by the parties hereto or financially

18    interested in the action.

19         Witness my signature, this the _____ day

20    of_____, 2014.

21

22

23                    _____

24                    Janna White, CSR #1312

25

SIGNATURE OF WITNESS

1        I, _____ do solemnly swear

that  I have read the foregoing _____ pages and

that the same is a true and correct transcript of

the testimony given by me at the time and place

hereinbefore set forth, with the following

corrections:

PAGE:     LINE:    CORRECTION:

_____

_____

_____

_____

_____

                        _____
                          Alyssa Jordan

NOTARIZATION

        I,_____ notary public for

the State of Mississippi, _____ County,

do hereby certify that _____

personally appeared before me this the _____ day

of _____ 2014, at _____

Mississippi.

                        _____
                          Notary Public

My Commission Expires:

_____

## A

**abdomen** 57:12
**ability** 55:12 71:3
   98:15
**able** 30:23 51:5 135:12
**absolutely** 53:20 70:18
**abuse** 17:13 22:16
**access** 26:15
**accident** 95:7 103:25
   104:1 145:12
**accolades** 26:2
**account** 64:22,23
**accounts** 64:20
**accustomed** 63:5
**acted** 145:12 146:4,9
**acting** 121:11 122:1
**action** 1:7 147:14,18
**activities** 105:12
**actual** 8:15,16 9:1
   14:16 16:18 49:3
   56:13 114:4
**addition** 144:18
**address** 6:20 7:17 8:8
   27:1 101:24
**adjacent** 75:23
**adult** 55:24 56:4
**affect** 55:11 71:3 98:15
**afforded** 27:7
**agitated** 75:8 86:4,9,11
**ago** 5:12 22:25 70:12
**agree** 15:22 25:14
   69:24 120:11 131:11
**agreed** 4:2
**aide** 11:21
**Air** 12:8 36:6 44:13,18
   47:18,21,25 48:3,4
   48:17,23,25 65:20
   86:2 95:4 103:11
**airman** 25:16,19 80:24
   82:1 90:1,3,18
**airmen** 44:21,23
**Al** 46:22 66:16
**Alabama** 110:15
**alcohol** 18:4,24 19:1,4
   19:8 22:14 49:7 51:1
   51:6 52:3 62:24

**alcoholic** 49:16 110:16
   123:23
**Alex** 103:10
**allegation** 116:9
**allegations** 80:24
   135:22 143:18
**allege** 143:4 146:9
**alleged** 116:18
**allegedly** 136:6
**alley** 60:2
**allowed** 108:1
**altercation** 47:23
   111:9,11
**altercations** 90:13
**Alyssa** 1:3,14 5:1,7,8
   5:10,11 57:1 148:15
**Al's** 48:16
**amended** 4:8 144:12
**amount** 28:18
**angry** 93:4
**answer** 5:18,23,24 6:3
   88:2 100:25 144:21
**answered** 120:7
**answering** 22:3
**answers** 4:13
**Antonio** 94:24
**anybody** 21:16,17 22:9
   46:20 57:24 83:13
   86:20 97:1
**anytime** 92:8
**anyway** 123:11
**apart** 17:5 77:2 111:2
   111:7
**Apartment** 7:12 102:7
**apiece** 60:14
**apologize** 145:6
**apologized** 145:11,23
   146:1
**apology** 146:4
**appeal** 25:5
**APPEARANCES** 2:1
**appeared** 148:20
**application** 12:24
**apply** 112:23
**appointments** 10:14
**approached** 70:3

   75:22
**appropriate** 6:15
**approximate** 33:10
**approximately** 1:16
   93:11
**April** 1:16
**Arabia** 29:21 102:12
   102:14 103:3
**Arabic** 16:17
**area** 62:11,12,13,16
   65:15 72:6 111:20
   113:13,16,18 114:3
   115:15 140:25
**areas** 62:7
**argument** 47:23
**arguments** 57:24 58:8
**arm** 30:12,18,22 73:19
   73:23 76:11 78:5
   87:7,10,11,13,15
   88:7,12 89:2,5,6 95:9
   95:13,15,25 96:8
   113:9,10 132:12,12
   132:22 133:3,12
   137:16
**arms** 79:12 85:2,12
   87:21
**arrest** 78:24 112:9
   131:9 133:6 136:7
   137:17
**arrested** 47:22 75:18
   78:25 110:8 112:16
   127:3 132:18 133:12
   133:17
**arresting** 136:21
**arrive** 49:13
**arrived** 43:17 47:24
   51:10 62:1
**arthritis** 124:21
**Article** 19:18 23:10,22
   25:1
**aside** 25:23 57:5
**asked** 24:13 76:24
   78:23 99:23 112:8
   120:7 131:6 132:18
   133:4
**asking** 36:23 126:9

   133:12 135:19
   137:16 140:24 143:2
   143:17
**asks** 21:2,7
**aspirin** 52:10,13 91:11
**assignment** 30:3
**assistant** 11:22
**associated** 122:22
**assume** 38:7 73:19
   98:23 124:4 128:21
**assumed** 39:12 40:5
**assuming** 70:1
**attacked** 112:19
**attention** 74:10
**attorney** 2:6,11,17
   5:12 20:21 45:19
   106:19 129:22
   147:13,16
**attorneys** 4:4
**attribute** 143:10 146:8
**August** 8:13 28:11
   29:10 101:10 102:6
   102:10 142:19,20
**Austin** 2:13 129:21
**authority** 147:8
**available** 13:4 49:23
   84:11,14
**Avenue** 1:15 2:14,19
   7:12 27:1 43:21
**average** 54:17
**avoiding** 53:10
**awards** 26:3,5
**aware** 19:12 34:18
   35:23 36:2 66:7,10
   66:13 90:15

## B

**babies** 54:13
**baby** 1:4,6 35:16 41:2
**back** 12:14 13:11
   18:17 37:19 38:25
   43:18 57:1 67:9
   69:12 72:17 87:13,14
   87:15 88:7,12,13
   89:3 101:9,13 102:25
   112:12,17,23 113:10

127:6

**background** 11:3 13:7
16:17

**bad** 91:12

**bail** 109:4,14

**bald** 83:3

**Bancorp** 65:1,2

**bank** 64:25 65:6

**bankruptcy** 91:21

**bar** 59:12,17,19,19,22
60:3,18,19 61:15,16
62:6,10,13,16 65:15
67:6,7,10,11,16 68:3
68:12,13,15,17 71:18
71:21 77:10 81:11,21
140:5 141:8

**bars** 60:4 61:2,10

**bartending** 12:20,21
12:23

**base** 10:13 26:8,9,9,11
26:13,13,15 27:3,4,5
27:5 118:18

**based** 143:18

**basic** 94:25

**basically** 23:16

**basis** 24:25 60:9

**Bath** 13:18 126:7

**bayonet** 84:1,21

**Beach** 64:6,7

**beaches** 43:1

**beer** 19:2,3 49:19,23
63:2

**beers** 92:14,15

**began** 104:16

**beginning** 1:16 38:20
39:6 40:1,1 93:12

**BEHALF** 1:4,5

**believe** 25:3 30:20
31:19 36:18 42:9
47:11 63:4 65:9 67:6
76:24 81:23 86:10,24
86:25 87:6 88:9 89:7
99:21 106:2 119:1
127:5 134:7,19 135:6
139:19

**believed** 33:7

**bell** 134:5

**Bellinder** 2:2,3 21:1,6
21:23 22:5 32:1,22
75:9 79:13 85:3 86:5
88:22 90:5 94:3
111:15,22 112:24
116:25 117:10,19
120:2,6,14,20 121:6
121:12,17 123:19
125:9 126:15 127:9
127:14,24 129:14
132:24 135:13,25
136:9 137:1 138:6
141:2,15 143:6,12,19
144:3,7,13,24 145:13
145:18 146:10,17,23

**Ben** 38:14

**BENEFICIARIES** 1:6

**best** 99:25

**better** 7:15 40:24

**beverages** 49:16,17

**big** 65:22 83:3 84:3

**bigger** 47:3

**Biloxi** 1:8,9,9,16 2:9
2:11,12,15,20 5:16
6:21 21:16 47:25
65:8,9 100:18,24
101:3,19 102:1,5,18
108:20 109:16
110:14 112:20
115:23,25 116:5,19
117:5,9 120:11 122:8
143:24

**birth** 10:24 127:20
128:3,5,9,11

**birthday** 92:11

**bit** 37:3

**bitten** 22:9

**black** 47:3,9

**blacker** 47:3

**blame** 146:14

**bleed** 39:25 122:25

**bleeding** 39:12,21
104:13,16 122:16,25
123:5

**blood** 94:14,18

**Bobon** 103:10,21

**body** 13:17,18 40:16
41:5,22 57:7,13,16
61:9,14 85:9

**Bodyworks** 126:8

**bond** 108:4,6,9

**boot** 8:22

**bottom** 113:19 130:5
130:12,16,16 131:10
131:15 134:24,25

**bought** 64:3

**bowling** 60:2

**Box** 1:21

**boyfriend** 9:13 57:19

**branch** 65:5

**break** 56:24 100:15
104:5

**bring** 74:10 89:21,25
105:14 127:7

**broke** 17:9 77:1 111:2

**broken** 29:20 111:7

**brother** 95:3 103:7,17
103:19 104:22 125:7
125:15 126:13
128:20,23 129:6

**brothers** 103:15

**brother's** 94:25 125:20

**brought** 75:20 78:14
99:16,23 100:1
113:10

**bruised** 41:16

**bruises** 41:19 57:15
127:6

**brunette** 82:25

**building** 78:3

**bunch** 78:9

**Bush** 2:8

**business** 18:12,16

_____
C
_____

**cab** 50:9,16,25

**Cadillac** 59:25 60:7

**caffeine** 124:1,5

**calculation** 104:25

**calendar** 105:10

**call** 20:11,16 44:23,25

50:24 92:5,5 94:22
104:9 136:19

**called** 5:8 16:14,19
17:17 20:4 24:12
99:3 107:19 138:9

**call-up** 28:14

**calm** 69:6 77:7,25 78:1
78:7 119:14,15

**camp** 8:22

**Cancer** 124:19

**Canton** 1:22

**CAPACITIES** 1:10

**car** 95:7,8 103:25
104:1 118:13,19
135:5 137:6

**card** 9:23 10:9 64:7,9
64:11,15

**cards** 64:14,17,23

**care** 41:17 96:6

**career** 12:10

**carefully** 147:10

**carpeted** 77:18

**carried** 118:5,7,11
120:12 134:13

**carries** 64:15

**carry** 64:13 120:18
121:1

**carrying** 112:5 118:2
119:11 132:10,11,21
136:11 137:16

**case** 8:2 20:21 50:14
116:14 143:2 146:9

**cash** 64:14,15 82:11

**cashier** 15:6

**casino** 1:9 2:12 5:13
18:11,16 19:6 55:15
58:22 67:9,9,10 68:1
68:15 71:18 72:3
88:21 114:9 118:8,14
119:4,5,7,12 120:12
130:10,17 131:13,16
132:2 133:21,21
135:3,4 137:11
138:16,21 143:24

**caught** 95:9

**cause** 147:10

caused 97:7,11 98:2
cell 45:15
center 30:16 36:6
  68:11
Central 13:17
certain 28:1 34:17
  106:11 144:15
Certificate 3:8 147:1
certified 11:5,22,25
  12:2
certify 147:3,12
  148:19
cervical 124:23
chance 32:6 127:11
change 30:11 44:1
changed 44:2
changes 40:4,16
charged 17:11 24:15
charges 24:5,14 89:21
  90:1,4,11
Charles 46:23 47:1
Charlie 47:11
checks 30:9
chest 72:7
Chevron 14:3,22,25
  15:5,24 18:23 19:1,5
  42:12 55:6 77:12
  105:22 106:16
  125:22 126:1 138:18
  138:21 139:7,10,17
  139:23
child 33:19,22 53:22
  54:1,18
children 31:2
choose 30:1
chore 129:8
chose 41:12,17 120:18
chosen 121:1
Chris 44:13 46:10,11
  48:2,5 49:9 66:18,20
  100:5 109:2,8,10,12
  109:13 138:5
Christmas 102:23
Christopher 1:6
  100:11
chronic 124:11

circle 67:17
city 1:9 5:16 21:17
  24:5,10 143:23
Civil 1:7 4:8
claiming 119:19
Clark 2:13 3:5 129:20
  129:21 133:1 135:16
  136:3,12 137:4 138:8
  141:4,19 143:9,16,22
  144:11,22
clean 6:2 24:2
clear 90:21 141:22
client 5:15 126:10
close 9:7 14:11 23:3
  65:11,11 106:1,25,25
  139:20
closed 14:19,25 15:13
closer 15:6
closing 77:11 138:22
club 114:4,6 141:6
clubs 60:5
CNA 11:4,13,21
Coast 7:19 65:3
  102:25 125:23
coffee 13:22 124:2,3
College 11:18
Colorado 102:23
come 18:17 28:4 67:19
  74:13,14 77:21 80:10
  86:24 100:18 115:10
  115:12
comes 142:14
comforted 111:20
coming 15:14 53:17
  115:8 117:5,6 134:16
  134:17
commander 20:7
commando 99:2
Commission 148:24
communicate 44:7,20
  46:2
Community 11:17
Company 14:13 126:7
complaint 116:8,9,11
  116:15,18 135:19,22
  136:13,22 137:19

143:18 144:12
completely 27:3,4,6
  99:22
computer 127:13
computer-aided 147:7
concern 73:25
concerns 55:3
concert 58:23
concluded 146:25
condition 42:18 98:14
  124:10
condom 128:13
conduct 18:5
confused 101:25 102:9
confusing 26:11
confusion 6:3 8:1
connect 84:5
connected 71:25
conscious 53:15
consciousness 117:18
  117:24 118:1 119:19
  119:24
consider 74:3 92:23
  123:5 125:3,6 126:12
considered 26:14
consistency 123:12
consistent 33:15
  123:14
consume 52:5 63:1
consumed 62:23
consumption 22:14
  51:6
contact 45:16 72:14
  73:15 74:5,21,24
  75:24 90:15 130:4
contacted 42:2 45:13
  137:20 138:3
contain 87:12,23 147:3
contained 99:24
  112:13
containing 88:4
  114:21
contemplate 35:14
contemplating 33:19
contend 94:1
context 19:7

continue 92:17
continuing 95:17
contraception 34:1,3
  34:10,16,20
contraceptive 34:10
  35:8
control 79:12 85:12,18
  85:22 86:14 87:21
  127:21 128:3,5,9,11
conversating 134:1
conversation 137:11
  137:14
conversations 21:15
  59:6
convicted 18:1
convictions 18:4
Cook 2:8
cop 78:22 110:3 112:8
  118:19 131:8,9 135:5
  135:18 137:6
Copeland 2:8
cops 86:1
copy 116:14
corner 66:14,19 71:14
  71:16 76:9,19,21
  77:13,24 87:24 88:5
  110:21
correct 10:18 30:24
  31:3,4 35:5,13 49:5
  54:12,20,23 56:5
  63:22 71:5 95:10
  100:22 105:22 106:9
  112:5,10 113:5,22
  116:7 123:4,17
  127:22 128:24 129:7
  139:8 147:4 148:4
CORRECTION 148:8
corrections 148:7
correctly 22:4 105:9
  110:20 112:7 121:4
corridor 111:20
Cortey 31:19,23
counsel 147:13,16
count 21:9
County 148:18
couple 62:6

**course** 5:17 11:5,24
21:15 35:12 41:24
52:1 83:18 99:14
106:5 123:3
**courses** 11:14
**court** 1:1 4:7 5:20
21:17 24:5,10 147:1
**Courtney** 44:25 45:1
46:17 48:16 62:22
66:16
**covered** 48:18
**Cowan-Lorraine**
65:12
**cramp** 128:2
**cranberry** 43:4
**cranking** 87:7,11,13
**Crescent** 13:5
**cried** 125:14
**cry** 125:14
**crying** 77:8,24
**CSR** 1:20 147:2,23
**cup** 51:12
**curious** 138:14
**current** 6:20
**currently** 8:21 12:14
**curse** 72:17,23 83:20
93:3
**customer** 138:20
**cut** 84:21
**CVS** 98:7
**cycle** 36:24,25 37:6
**C-O-N-T-E-N-T-S** 3:1
**C.S.R** 4:6
**C.T** 2:8

**D**
**dad** 102:23
**daily** 105:12 125:17
**damage** 146:8
**damages** 143:3,4,10
**dance** 62:10,12,17,21
68:7,14
**danced** 62:16
**dancer** 62:19
**dancing** 65:14
**dangerous** 15:12 29:24

**Daniels** 63:4
**date** 8:16 10:24 13:24
14:15 23:19,20 35:25
36:16 38:5,9 57:22
107:11 126:2
**dating** 17:7,8
**David** 2:7 5:11
**day** 14:16 15:19 23:25
31:11 33:4,10 37:4,8
37:11,12 40:15 41:12
41:14 42:11,18,22
52:12,15 54:24
104:21,24 105:19,24
107:3,15,16,21
123:24 124:8,9 127:2
127:2,3 139:22
145:15 147:19
148:20
**days** 23:10,13,14,15
24:2 30:13,18 36:13
36:14 37:5,13,13,15
39:11 40:2
**day's** 106:14
**deal** 100:1
**death** 1:5 104:6,6,9
125:3,6,20 126:12
**debit** 64:7,9,11,14,15
64:17
**deceased** 1:5,6 103:17
103:19
**December** 25:22,23
35:24 36:14,20 39:18
39:19 40:2 91:19
103:23 104:17
**decision** 25:6 53:15
**declared** 91:21
**deductions** 106:11
**defendant** 1:10,11,11
1:11 144:17
**defendants** 1:12,12
75:20 144:15
**defended** 78:23
**defending** 75:20
126:10
**definite** 31:13
**demotion** 23:7

**department** 108:20
109:7,16 122:8
**deploy** 27:8,11 28:4,12
28:17,22 29:11,17,25
**deployed** 7:7 27:24
29:21,23 53:19 54:5
102:11 103:4 142:25
**deploying** 29:19
**deployment** 17:4
27:25 28:24 29:4,8
53:17 54:4 101:3
141:21
**deposition** 1:14 4:5,14
105:3,17 126:23
146:25 147:15
**describe** 51:12 82:23
114:1
**described** 25:11 57:6
85:15
**describing** 113:19
**description** 20:22
40:24
**determined** 23:20
25:18
**develop** 79:5
**device** 35:9
**devices** 35:8 128:8
**Diabetes** 124:13
**die** 103:22
**died** 125:15
**different** 10:15 29:13
37:17 43:9 62:7
64:20 97:14 125:11
**diploma** 11:4
**directions** 67:19
**directly** 23:23
**disciplinary** 19:12
20:1,8
**discipline** 25:1 30:19
90:19
**discuss** 20:4
**disease** 124:11
**dismissed** 24:12
**disorder** 124:11
**disorderly** 18:5
**dispute** 74:1,3,4

**disseminate** 127:17
**distance** 131:12
**DISTRICT** 1:1,1
**dive** 79:22
**diving** 79:11
**DIVISION** 1:2
**divorced** 45:3
**doctor** 31:19,22 32:11
34:18 93:15 96:7
97:9
**document** 116:16
**documents** 105:14
**DOD** 10:8
**DOE** 1:9,11,11,11,11
**doing** 30:5 35:6,16
72:11 77:7 87:17
114:22,24 130:13,15
130:20 131:19 132:8
134:22
**domestic** 17:12
**door** 67:16,18,25
71:22,23,24 77:9
88:6,6 113:20,21
114:6,17,18 104:4
**doors** 67:24 113:24
114:8 119:5 133:21
135:1
**Dorack** 80:24 82:1,1
86:14 87:25 88:3
90:1,3,18 95:5
**Dorack's** 82:10
**Dorak's** 82:14
**downstairs** 78:13
**dozen** 137:19 138:2
**drank** 89:16
**drink** 42:24 43:3 49:6
49:9 51:18 61:16
63:18 110:17 121:22
121:24 123:22,23
124:2,3,3,6
**drinking** 50:9 51:1
63:6
**drinks** 51:9 59:19 63:7
63:21 122:2 124:6
**drive** 2:3,8 6:21 7:3
8:8 50:4,4,7 51:5

101:23
**driver's** 10:4,17,21
**dropped** 109:12
**dropping** 11:15
**drove** 50:5,9
**drug** 22:14
**drugs** 22:19 98:7
**drunk** 18:5 42:23
107:22,23 109:21
**Dstewart@cctb.com**
2:10
**DUI** 18:5
**duly** 5:2
**D'Iberville** 38:23
**d/b/a** 1:8 2:11

___

### E

**ear** 127:5
**earlier** 21:25 104:12
135:6 140:2 141:20
**early** 102:22 103:2
**earn** 106:13
**East** 26:23
**Eckerd** 98:7
**Edgewood** 2:3
**educational** 11:3
**effort** 12:1,17 35:3
**eight** 51:21
**eight-ounce** 51:23
**either** 10:20 17:20
18:15 50:18 51:3
60:10,15 64:13 67:16
67:17,19 72:18 78:11
93:23 106:14 110:8
**El** 104:2
**email** 2:5,10,16,22
45:15 127:16
**embarrassed** 121:10
**embarrassing** 119:8
**emergency** 36:5 57:2
128:18
**emotional** 125:12
**emotionally** 126:13
**employed** 147:13,17
**employee** 82:20 83:8
89:13 92:22 100:10

147:16
**employment** 13:7
**encourage** 63:8
**ended** 11:15 19:22
30:14 32:13 50:9
77:10,11 87:22,23
103:5
**ends** 136:21
**engage** 69:14 86:21
**ENTERTAINMENT**
1:8 2:11
**entire** 101:2 134:8
**entrance** 67:23
**episode** 73:13 89:1
**equivalent** 32:10
**ER** 31:25 32:13 36:1
94:9,13,14,19,19
122:17 123:24
**erupted** 60:20
**escalator** 134:10,14,15
134:16,25
**espresso** 13:21
**ESQUIRE** 2:2,7,13,18
**essentially** 67:8
**ESTATE** 1:4
**estimate** 33:9
**event** 41:25 44:8
104:10 125:7 141:22
**events** 21:18
**Everclear** 58:23
**everybody** 29:13 47:16
141:14
**evidence** 4:15
**exact** 35:25 36:16 37:4
109:23,25 126:2
**exactly** 15:15 19:20
29:11 32:21 33:6
40:9 61:22 66:25
81:15 85:16,19 87:5
97:16 119:22 142:12
**exam** 36:4
**Examination** 3:2 5:4
100:16 129:19 145:4
**examined** 5:2 147:10
**example** 28:6
**exchange** 80:7 100:4

**executive** 23:15
**exhibits** 3:11,12
**exist** 34:14
**exit** 133:21 135:1
**expense** 94:1
**experience** 50:20
**Expires** 148:24
**Extensive** 95:13

___

### F

**F** 83:22,25
**face** 41:22 80:1,3,9
127:5 136:21
**Facebook** 46:4,5,7,18
**faces** 140:12
**facing** 67:10,11
**fact** 36:2 58:3 59:7
119:25 146:14
**facts** 16:1 17:22 18:13
20:5,22 31:9 79:2,6
98:18
**fair** 75:19
**fairly** 25:21
**fake** 60:16
**Falcon** 26:23,23
**fall** 74:19
**falling** 73:2,4,9 74:18
75:23 90:22,23
**familiar** 108:6
**family** 7:8 31:24 32:11
53:18 94:15 97:1
**far** 8:1 40:6 74:11 93:7
**Farhan** 16:14,16
**fast** 75:16
**Fax** 1:23 2:5,10,16,21
**Federal** 4:8
**feel** 41:2,4 121:16,21
136:23 146:3
**feeling** 86:7
**fell** 32:18 33:4 73:12
74:22,25 75:4 91:1,5
**felony** 18:2
**felt** 40:22
**female** 82:24,25
**females** 44:21
**Ferry** 65:11,13

**field** 11:19
**fight** 47:23 60:18,19
81:3,18
**fights** 56:7 57:23 58:4
58:8 61:16,18
**figure** 6:13 38:25
67:14 135:21 144:1
**file** 90:11
**filed** 5:15 116:13
135:20 138:12
**fill** 28:16 98:5
**financially** 147:17
**find** 27:20,23 80:20
127:15
**fine** 5:10 22:6 126:11
**finish** 5:22 11:23 20:15
**finished** 11:24
**first** 24:7 29:19 31:15
35:22 36:11,17 43:16
43:17 51:10 63:11
71:9 100:18,20
101:25 102:2 109:3
130:3,13 141:11
**five** 1:11 55:21 144:8
**fixed** 30:15
**flailing** 83:11
**flight** 20:7
**flip** 98:10
**flipped** 95:8
**floor** 62:10,12 68:7,14
77:3,18 87:2,3,22,24
88:5,16 113:15
114:13,13,17 115:11
130:17 131:13
132:16 133:21
**Flu** 124:17
**focused** 133:16
**folks** 46:19
**following** 119:10 148:6
**follows** 5:3
**food** 59:19
**force** 12:8 26:18 36:6
44:13,18 47:18,21
48:1,3,4,17,23,25
49:3 65:20 86:2 95:4
103:11

| | | |
|---|---|---|
| | | |

**forces** 28:13 29:16
**Ford** 14:6,7
**foregoing** 147:3 148:3
**forgot** 14:13,23
**form** 4:11 17:12 22:18
  23:7 34:1,2 51:5 52:9
  52:13 75:10 79:14
  85:4 86:6 88:23 90:6
  94:4 111:16,23
  112:25 117:1,11,20
  120:3,15,21 121:7,13
  121:18 123:20
  125:10 126:16
  127:25 129:15
  132:25 135:14 136:1
  137:2 138:7 141:3,16
  143:7,13,20 144:4,25
  145:14,19 146:11,18
  147:7
**formality** 4:9
**forth** 4:6 72:18 148:6
**forward** 23:19 25:15
  40:15 76:5
**found** 32:14 36:15
  39:21
**four** 1:11 7:6 10:14
  92:16 101:20 102:15
  107:25 108:1,17,22
  109:18,20 110:2,4
  139:15
**four-month** 102:16
**foyer** 67:23 80:16
  111:20 113:13,16,18
  114:3 115:10,15
  117:6
**frame** 35:22 105:7
**friend** 58:24
**friends** 46:5,7
**front** 67:11 131:22,24
  132:3 136:14
**fuck** 136:20
**fucking** 87:9
**full** 5:6
**further** 147:12,15
**F'ing** 84:21
**F-A-R-H-A-N** 16:23

## G

**gaming** 12:23
**gas** 13:14 14:3 138:21
**gate** 26:16,17,18 30:6
  30:10
**gates** 30:4
**getting** 30:15 69:20
  71:10 73:25 75:18
  78:17 79:16 80:1
  81:17 86:13 118:10
  122:15 144:9
**ghetto** 99:10
**Gill** 2:14
**girl** 44:21 78:4
**girlfriend** 9:14 57:20
  82:10,14
**girls** 40:4 44:24
**gist** 69:4
**give** 34:17 98:9 106:19
  108:4
**given** 20:21 27:11
  148:5
**gives** 128:1
**glad** 6:17
**glass** 51:14,15,18,20
  51:21 67:23 71:17,20
  77:9 113:24
**glasses** 83:14
**go** 11:6 12:6,19 24:2,9
  26:16,17 27:12,21,24
  29:18 33:25 38:22
  41:12,15 43:21 52:19
  53:23 54:25 58:17,18
  58:18 59:22,24 60:4
  60:9,12 61:14,25
  62:13 69:25 80:19
  87:9 90:11 91:14
  108:25 122:13
  134:10,11 142:8,10
  142:15
**goes** 28:24 84:3
**going** 5:13 11:20 12:10
  12:19 25:15 32:13
  36:22 40:23 41:8
  42:19 44:8 47:19
  50:6,8,14 53:8 57:1

  61:21 66:22 67:3
  73:21 74:7,17 76:10
  76:24 77:5,11 78:10
  81:2 98:9 102:23
  140:21 142:2,10,20
  142:24
**gonorrhea** 125:1
**good** 6:11,12 8:4 25:24
  98:18
**Goodwill** 13:20
**gotten** 58:4,8 120:25
**grab** 73:22 80:9 85:2
  85:12 87:20
**grabbed** 76:11 77:3,20
  112:21,22 113:3,7,8
  133:12
**grabbing** 78:5
**graduation** 94:25
**Grand** 38:23
**Gras** 14:11
**grieving** 129:6
**grill** 59:19,20
**gross** 106:5,14
**ground** 85:6 87:17
  140:17
**group** 63:9 65:22
  140:16
**grown** 74:1
**guard** 30:6 75:17 76:7
  78:4 99:21 112:14
  113:16 114:20,23
  115:17 131:21
  132:17
**Guarding** 30:4
**guards** 69:20 76:13,14
  78:15 79:15,16 114:5
**guess** 14:19 31:12
  32:23 33:14 100:25
  107:4 130:3
**guessed** 93:9,10
**guessing** 32:20 33:1
  43:7 55:23
**Gulfport** 7:13 13:6
  14:4 65:8 101:12,13
  101:15,21,24 102:1,4
  102:8

**guy** 25:7 46:23 47:3,3
  77:1,12 81:19 82:22
  83:3 110:24 133:11
  136:18,18,20 138:18
  139:13 141:11
**guys** 44:15 65:18,25
  68:22 70:4 76:6

## H

**hair** 83:1
**half** 45:14 50:23,24
**Hamilton** 1:10 2:17
  5:16 129:22,25 130:4
  130:8 131:5,17 132:2
  132:15,20 133:2,15
  133:24 134:22 135:2
  135:12,20 136:5,8
  137:10,14 143:5,11
  143:18 144:1,23
**hand** 72:7,9 141:12
**handcuff** 115:25
**handcuffed** 113:4
**handcuffs** 112:23
  118:3
**handful** 55:20
**hands** 72:20 112:23
**hang** 40:4 45:14 61:7
**hanging** 47:15 118:22
  118:24 119:25
**happen** 23:23 32:17
  36:24 76:19 80:4,13
  84:23 107:10 137:3,8
  142:21
**happened** 15:19 20:10
  23:25 24:5 39:13
  56:9 59:7 66:25
  69:10 70:11,19 73:10
  75:16 80:19 89:22
  97:21 104:20 113:4
  133:9 141:22 145:7
**happening** 112:1
  114:11
**happens** 73:6
**happy** 29:22,24 72:12
**hard** 1:9 2:11 5:12
  23:25 43:17 45:22

46:8,21 47:17,19,24
49:13 54:10 55:14
56:5,8 58:25 59:6
61:21 82:17,20 83:9
86:25 88:8,18,21
89:2,12,13,22 92:22
99:21 100:1,4,8,10
110:17 118:13,14
125:8 126:14 129:5
129:10
**harder** 53:18
**Hargraves** 44:13
**hat** 132:23
**hate** 126:9
**hazy** 78:3
**head** 84:21 98:11,14
114:14,20 118:22,24
119:25
**health** 93:19 124:10
**hear** 72:23 83:17,20
84:19 88:2 100:4
112:11,16 130:24
**heard** 84:23 93:3
112:7 142:7
**hearsay** 82:13
**heavier** 123:10
**heavy** 123:11
**Heavyset** 47:5
**HEIRS** 1:5
**Heist** 38:9,11,13
**held** 108:16,21 110:1,4
**help** 37:2 38:10 71:7
80:21 138:12
**hereinbefore** 4:6 148:6
**hereto** 4:3 147:17
**heretofore** 147:6
**hey** 34:19 35:15 41:7
63:12 90:11 92:19
**hi** 140:6 141:7
**Hickman** 122:4 134:5
**high** 11:4,6,7 61:17
**hit** 112:19
**HIV** 125:1
**hold** 80:9 88:14 131:21
**holding** 68:25 75:3,4
88:15 109:19

**Holidays** 92:11
**hollering** 119:3
**home** 7:8 15:3 41:17
43:18,21 50:9,25
51:4 61:9,13 91:25
92:1 101:2 102:22
103:6
**honestly** 67:12
**hospital** 31:16 96:3
**HOTEL** 1:9 2:11
**hour** 106:3,6,24
**hours** 91:15 105:25
107:25 108:1,17,23
109:18,20 110:2,4
**house** 14:9 25:11
49:17,20 97:4 109:2
109:5
**household** 129:8
**housing** 26:9,12
**Howard** 1:5 2:14,19
**huddle** 68:20
**hug** 80:10 111:21
**huge** 52:18
**huh-uh** 6:7
**hurt** 53:11 78:19 87:6
88:9,19,19 89:7,13
**hurting** 78:20 79:19
86:25 87:8
**husband** 5:15 7:6,20
7:24 8:3 33:16 41:16
42:4 46:12 53:18
70:4,20 75:24 76:7
77:21 80:2 82:17,19
83:9,15,17 85:18,22
86:14,17,21 87:1
88:9,19,20 89:13,15
89:25 100:21 110:21
114:12 115:11,20,22
116:6,20 117:4,8,18
120:24 128:15,16
130:14,19 131:1,25
132:6,9,21 134:13,25
136:11 137:16,21
138:18,24,25 139:3
139:13 140:16,23
141:9,13 146:9,16

**husband's** 133:3

---

## I

**ibuprofen** 52:13 91:11
**idea** 37:20 38:8 43:5,8
45:9 70:8 82:4
111:18 136:4 140:18
143:3
**identification** 9:19
10:9
**illegal** 22:18
**Illinois** 11:11
**immediate** 53:21
**impact** 98:1
**inappropriate** 92:24
**incarcerated** 107:21
**incident** 13:11,14,25
14:16 15:8,19 16:2,4
16:6 17:22 18:13
19:14,17 20:2,9 23:3
23:7,19,24 26:6,25
27:8,13,15,18,23
29:2,12 30:6,11 31:6
31:10 35:1,18,22
38:1 39:8,16 40:14
41:11,14 42:6,25
46:9 47:17,21 50:21
52:9,10 53:2,5,14
54:22 55:11,25 56:8
56:10 57:3,16,23
58:7,11 59:1,7,10,13
59:21 60:13 69:22
71:3 85:23 91:24
92:8 93:1,19 94:2,22
96:20,20 97:7,11
98:3,22 99:12 105:12
105:20 107:10,18,21
127:3 129:5,9 138:4
145:7 146:15
**include** 21:3
**independently** 76:2
**Indiana** 11:12
**indicate** 30:21
**indicated** 23:9
**indicating** 137:21
**indication** 40:19,22

119:23
**individual** 1:10 31:17
143:25
**individually** 1:4 33:22
135:20
**information** 45:16
116:23 138:4
**ingredients** 43:9
**initial** 70:3
**initially** 27:21
**injuries** 126:23
**injury** 57:7,10,12
58:11 98:1,12,17
146:15
**inside** 56:12 60:19
62:3,6,8,13 73:9 79:6
79:7,20 80:19 85:1
85:18 89:9 90:23
138:16
**instructing** 144:20
**intention** 137:22
**intentionally** 55:2
**interaction** 33:16
**intercourse** 128:16
129:2
**interested** 147:18
**interrupt** 5:24
**intersection** 14:6
**intervened** 81:5
**intervening** 71:6 73:1
**intoxicated** 92:8,13
**intrauterine** 128:8
**investigation** 17:24
**investigator** 21:20
**involved** 19:4,13 47:16
47:20,25 48:8,20
66:4 69:20 70:7,20
74:1 76:13,15 77:20
78:5,6,16,17,18
80:25 82:23 138:23
**involves** 80:23
**involving** 66:8
**Iowa** 11:8
**issue** 25:6 50:15 81:18
81:22 82:4
**issued** 9:20

issues 56:8 70:25
I.D 9:23 10:8 30:9
  60:16

**J**

J 2:2
Jack 63:4
Jackson 1:22 2:4
jail 42:22 108:10 109:3
  109:12,14
Janna 1:20 4:6 147:2
  147:23
January 6:24,25 12:18
  101:10
Jason 1:3 7:21,23,23
  8:1,2,5 9:5 12:4 17:2
  17:11,23 18:7,10
  19:10,13 20:6,9
  22:13 23:6 24:8,17
  25:14 27:7 31:2
  33:18,21 34:3 43:23
  49:16 50:24 53:14
  56:2,15 57:19,23
  58:10,17 59:5,21
  61:4,9,12,23 62:14
  62:14,17,23 63:19
  64:11 65:15 66:8,11
  66:18,20 68:9,25
  69:11,14 71:7,10,12
  72:12,12,20 73:1,5
  73:20 74:21,24 75:7
  75:23 77:3,4,5,7,18
  77:25,25 78:2,10,13
  79:12 80:7,21 81:2
  81:19,25 82:10 84:7
  84:19 90:10 91:1,8
  91:23 92:7,19 93:18
  96:24 98:17,21 99:15
  102:11 108:12 109:4
  109:14 111:8,9 112:5
  112:8 113:12,12
  119:11,12,24 120:12
  121:11 126:22
  127:21 128:11 129:1
  132:16 138:1,2,5

145:6
Jason's 10:11 25:1
  72:7,9 78:24 85:2
  127:13 141:21
Javo 13:20
jeans 98:24 99:9
Jeff 125:3
Jeffrey 103:20,21,22
  125:4,5,6
job 15:7 18:24 19:3
  30:14 55:2,4,6,9
  102:21,22 105:20
jobs 13:12,15,19 18:23
  125:23,25
Jordan 1:3,3,4,6,14
  5:1,7,9 7:23 112:5
  113:12 114:22 116:1
  119:11,13 120:12
  121:11 126:22
  148:15
Jordan's 112:9 114:20
Josh 129:22,25 130:4,8
  131:5,17 132:2,14,20
  133:2,15,24 134:21
  135:2,12,20 136:4,7
  136:17 137:10,14
  143:4,11,17 144:1,23
Joshua 1:10 2:17 5:16
journal 105:10
Judith 31:19,22 53:6
  93:9 94:15 97:18
juice 43:4,4
July 95:2 142:2,18,19
June 7:3 8:8,14,16
  9:15 17:9 28:8 29:10
  34:7,8 50:22,22 95:2
Junior 11:7

**K**

Kayla 45:25 46:15
  48:9 49:4,6 62:22
  80:10,16 108:2,19
  109:8,9,10 110:5
  111:18
keep 35:16 49:19
  81:19 126:9

Keesler 19:16 25:16
  31:16 36:5,6 48:8
  90:19 98:6 122:13
  128:18
kept 42:19 53:2 87:8
kicking 118:12
kind 22:2 36:23 52:21
  59:17 66:7 68:11
  78:3 99:10
knew 25:9 53:17 61:12
  77:20 135:7 138:18
  138:20 139:6 140:12
  142:3
knife 84:3
knocked 83:14
know 6:6,17 8:4 9:23
  10:6,10,12,12 13:8
  14:9 16:14,21 19:10
  19:16,19,20 21:7,8
  22:13 23:6 24:15,21
  25:4,8 27:7 28:18
  29:12,15,16 31:10,22
  32:6,8,12,15,16
  36:13 37:15,19,21
  38:10 41:1 43:11,13
  44:5,12 45:4,8,12
  47:4,10,13 49:15,18
  49:22 51:10,11 54:14
  55:18,22 56:15 57:19
  58:10,15 59:18 60:25
  61:4,5 63:3,8,20,24
  65:9,19,22 66:1,3,25
  67:15,20 70:2 73:10
  73:12 74:6 75:5 77:1
  77:12,15,15,19,22
  78:11,13,22 81:22,24
  81:25 82:5,14 83:11
  84:1,4,10,13,16
  85:13,19 86:7 87:22
  89:18 90:7,8,18,20
  90:25 91:2 92:7
  93:16 94:6 98:23
  99:18,22 100:25
  104:4,4,16,23 105:4
  106:13,17 107:5
  109:23,25 110:1,7

115:8 116:9,10,23
  117:24,25 118:1,11
  119:22 120:16,22
  121:5,23,24 122:5,6
  127:10 128:19
  129:16,25 130:9
  131:2,3,18 134:3,6
  134:20 135:7,21
  136:16 137:25
  138:15,24,25 140:11
  140:15,22,24 141:9
  141:10,11 142:1,5,9
  142:12 143:21
  144:23 145:11 146:6
knowing 142:24
knowledge 17:12,23
  18:11 21:14 22:21
  25:5 39:9 57:18 59:5
  63:19,21 80:25 82:1
  93:7,18 97:23 116:20
  117:17
knows 138:25
Korea 103:14

**L**

lack 40:24
late 15:22 39:11
lately 53:1 70:13
Laura 7:3 8:8
LAW 1:5
lawsuit 5:14 75:20
  80:23 95:5 116:13
  129:13,23 136:23
  138:12 143:11,23
lawyer 144:18
laying 114:13
lead 86:10 114:9
leads 87:5 118:25
learned 122:21
leave 44:1 65:15 103:2
  108:2 109:24
leaving 77:10,12
  138:22
led 42:8 73:11 74:6
  91:2
Ledge 56:12 62:1,4,6,8

62:13 73:9 79:6,8,20
80:15,19 81:10 85:1
85:18 87:4 88:16
89:9 90:23 111:19
113:13,20 114:7,17
114:18 115:9,13,19
117:6,6 118:6 119:17
130:6,16,17 140:3,9
140:22 141:6,18
**left** 30:25 67:6,7,13,14
75:1 95:13,15,25
96:8 101:7 109:7
**Legal** 1:21
**legally** 17:1
**legs** 132:17
**Leroy** 7:3 9:6 92:1,5,6
94:22
**letting** 35:11
**let's** 43:18 63:12
**LG-JMR** 1:7
**license** 10:4,18,22
**life** 104:10 105:12
**line** 27:24 148:8
**liquor** 49:19,24
**literally** 51:20
**little** 37:3 68:19 78:3
142:9
**live** 7:2,5,11,17 26:8
26:11
**lived** 6:23 8:9,19,23
17:5 26:22 34:24
97:3 101:1,3,10,22
102:6
**living** 8:21 26:24
101:15 103:18
**LLC** 1:8 2:11
**local** 65:2
**location** 89:11
**long** 6:23 7:5,17 8:9
15:10 22:10,25 29:1
57:18 70:12 100:23
102:14 107:23 129:2
139:7,10
**longer** 54:16
**look** 72:2 106:18
115:20 117:4

**looked** 13:1,4 32:3
122:6 135:7
**looking** 12:22 72:15
116:3 117:15
**lose** 41:10 54:25
**loss** 119:23
**lost** 19:21,23 105:19
117:18,24 118:1
119:19
**lot** 6:9 54:14 67:21
69:24 79:2,3 105:3
**lots** 55:19,20
**loud** 5:18
**lounge** 56:13 59:13,22
62:8
**loved** 55:9
**low** 99:10
**lower** 57:13 122:19
**lying** 114:13

---

# M

**mad** 86:4 145:23 146:1
146:7
**main** 97:15
**making** 12:10 35:3
**male** 47:9
**mall** 2:20 13:18,18
**man** 32:15
**mannerisms** 86:10
**Mannino** 1:15 2:19
**Marche** 2:20
**Mardi** 14:11
**Marijuana** 22:24
**Marion** 9:4 11:7,8,11
**mark** 25:23
**marked** 3:12 116:14
**marks** 41:21 57:15
**married** 8:12,23 9:16
17:6 48:25 50:22
**marrying** 100:21
**Martin** 2:3
**matter** 20:16
**McDermott** 1:15 2:19
**mean** 6:25 23:11 33:3
48:22 51:15 58:18
67:8 93:1 96:10

142:11
**means** 19:19 99:7
**meant** 22:2 67:14
**medical** 36:6 57:9
93:25 94:8 97:10,20
126:19
**medication** 34:19
52:20,21 95:24
**medications** 34:14,17
35:4 52:5 71:2 95:20
96:19 98:5
**medicine** 89:19
**medicines** 34:11 52:8
**meet** 20:6
**meeting** 44:10,19
**memory** 70:18,22,25
73:9 74:18,22 76:8
86:18,19,22 90:23
91:4 136:7
**men** 74:1
**menstrual** 39:4
**mental** 93:19
**mentioned** 65:21
82:24 89:1 90:25
91:10 136:15 142:23
**mentions** 137:19
**merits** 26:3
**Merrill** 1:21
**met** 5:12 127:21
**Michigan** 7:3 9:4 11:9
11:10,15,17 12:16
13:19 24:11 59:16,25
60:7 92:2 101:9,10
102:11,20 103:18
**migraine** 52:19 91:12
**migraines** 91:16
**military** 9:2 10:7
17:24 18:19 20:2,5
21:16 24:20 26:4,12
26:14 29:1 74:2
84:11 91:7 95:3
**Miller** 44:9,11,17
63:10,13 64:3
**mind** 90:3 119:24
**mine** 10:16,20
**minus** 101:2

**minute** 134:20
**minutes** 9:8
**misbehaving** 121:16
**miscarriage** 36:19
39:22 53:9 57:6 97:7
97:11,21 121:5
122:22 123:16
126:20
**miscarried** 93:8
**miscarrying** 31:14
36:15 93:17
**Mischaracterization**
144:5
**missed** 39:9,11 88:1
107:14,15,17
**Mississippi** 1:1,9,16
1:22 2:4,9,15,20 6:22
7:13 10:17 12:2,5
101:1,20 147:8
148:18,22
**mistaken** 31:20
**mistreat** 122:10
**misunderstood** 22:2
**mixed** 43:3
**mixing** 122:2
**Mobile** 110:15
**money** 81:23 82:5
129:12 143:17
**month** 37:7,16 38:3
91:19
**monthly** 36:24
**months** 7:6 28:1,2,4,10
28:17,20,22,23 29:3
29:9,14 54:7,16
57:21 101:20 102:15
102:22 139:11,12
141:24
**morning** 109:4 146:5
**Motrin** 52:13 91:11
**Mount** 11:14
**move** 8:6,24 12:9
65:14
**moved** 6:24 7:19 101:8
101:9
**movement** 41:4
**movie** 38:14,22

**moving** 87:15 112:14
112:14 115:2
**multiple** 31:21 66:3
130:25

_____ **N** _____
**name** 5:6,11 16:15,18
32:16 44:12 46:24
47:13,14 77:15,22
78:22 103:9 129:21
134:3 137:16 139:5,6
140:11 141:12
**named** 46:23 122:4
129:22 135:20
143:23,24,24 144:1
144:16
**names** 122:5 135:7
137:23 138:3
**nature** 35:11
**near** 71:21 113:16
140:18
**need** 28:15 34:19
104:5
**needed** 28:12 50:16
111:6
**neither** 147:12
**nerves** 95:19
**net** 106:14
**never** 11:5,24 18:1
20:4 22:21 24:10,14
24:15 25:8 34:2 61:7
61:10,12 84:23 86:17
92:19 93:3 128:1
139:6 145:9
**New** 14:12,23 34:24
126:7
**nice** 122:8
**Nichols** 45:2,2 46:22
**night** 14:17,18 15:13
35:25 38:15 42:25
45:23 46:8,21 49:6
49:23 52:1,6 55:10
55:24 56:9,21 58:18
62:24 63:22 85:18,23
93:1 98:3,19,22
99:11,15 104:19

107:7 130:10 140:2
146:4
**nine** 29:3 54:7,16
141:24
**NMC** 11:14,16
**nonpolice** 86:21
**nonsecurity** 86:20
**non-Air** 49:3
**Nope** 40:9
**normal** 123:7,10,12,14
**Northern** 11:17
**nosy** 96:10
**NOTARIZATION**
148:16
**notary** 4:7 148:17,23
**notes** 98:10 104:13
105:11
**notice** 40:7,16
**November** 15:11,16,22
15:23 28:7 38:2,3
39:25 40:1 91:19
107:20 123:23 124:1
124:11 126:3 128:17
130:1 135:11 142:2
142:24
**no's** 6:14
**number** 9:20,21,22,24
10:3,6,7,8,15 45:17
97:12
**numbers** 45:21 137:24
138:3
**nurse** 32:2,4,11 53:6
94:16 97:9,19
**nurse's** 11:21
**nursing** 11:20,22

_____ **O** _____
**Oakley** 7:12 27:1
43:21 102:7
**oath** 147:11
**Object** 75:10 79:14
85:4 86:6 88:23 90:6
94:4 111:16,23
112:25 117:1,11,20
120:3,15,21 121:7,13
121:18 123:20

125:10 126:16
127:25 129:15
132:25 135:14 136:1
137:2 138:7 141:3,16
143:7,13,20 144:4,25
145:14,19 146:11,18
**objecting** 144:14
**Objection** 136:10
**objections** 4:11
**observation** 84:25
144:14
**observe** 86:9
**obstetrics** 32:7
**obtained** 63:22
**obviously** 46:12 78:19
104:6
**OB/GYN** 32:7
**occur** 98:2
**occurred** 16:6 52:9
59:7,10 66:15 97:24
98:17 125:8 126:14
**occurring** 76:3
**October** 28:7 38:12
126:5
**offered** 23:20 27:17
**Office** 1:21
**officer** 21:17 82:16
110:6,25 112:11,16
112:20 122:4,7 133:6
133:11,18,20 134:2,2
134:18 136:6 137:17
**officers** 59:10 69:25
70:7,20 82:23 84:20
85:15 112:4 115:15
115:18 116:19
119:11 121:25 135:7
135:10
**offices** 1:15
**official** 1:10 20:12,16
oh 27:15 54:15 101:18
101:24 140:4
**okay** 5:19,25 6:1,4,18
6:19 8:3,4,17 16:25
19:19 21:5 22:1
26:10 28:9 39:23
45:18 62:23 68:1

69:21 78:18 79:5
84:6 100:20 101:8,13
101:18,22,25 102:2,9
104:5 114:8,19 116:8
116:18 120:10
121:10 131:7 141:9
141:12,20 145:22,25
**old** 1:22 11:1 26:21
**once** 58:23 60:14
90:25 91:17
**online** 13:1
**open** 28:16 114:8
142:10
**opportunity** 27:8,11
75:21
**opposed** 144:16
**orange** 43:4
**order** 18:8 63:14
**ordinary** 40:12 123:6
**organizing** 44:15
**originally** 9:3
**outing** 44:16 48:8
**outside** 21:9 29:15
119:7 135:3,4 137:11
**owed** 136:23 146:3
**O'Donnell** 6:21 101:23
**O-F** 3:1

_____ **P** _____
**pad** 26:19
**Page** 1:15 2:19 3:2
148:8
**pages** 147:3 148:3
**paid** 63:22
**pain** 41:17 95:24 96:1
122:17,21
**pains** 95:19 122:15
**pants** 118:23,25 120:1
**pap** 126:21
**papers** 25:10
**Paragraph** 136:13
**parents** 7:10 8:20 97:3
97:4
**Park** 26:22
**part** 4:14 54:10 79:4
80:23 139:18

particular 11:19 30:3
  31:17 35:7 65:5
  70:24
particularly 21:15
parties 4:3 147:14,17
Paso 104:2
pass 14:3,7 26:13 65:7
  103:24
passed 70:2,8 104:23
  128:20,23
passes 54:4
pay 63:16 64:7 94:1
  106:16
paying 82:8
PCS 45:6
PCS'd 45:5,10
peach 43:3
people 15:13,14 19:8
  31:21 47:18 48:1,7
  65:19,21 74:14 76:22
  78:9 82:5 83:6 85:17
  88:8 100:8 103:4
  114:10 137:23
people's 138:3
perceive 72:11
Peresich 1:15 2:19
period 9:10 35:19
  36:21 37:25 38:18
  39:4,9,12 40:3,5,8
  102:16 104:19 123:3
  123:7,10,11,13,14
  142:8
periodically 139:25
  140:1
periods 128:2
person 25:7 33:13 49:1
  51:4 63:11 71:8
  77:17 97:19 137:13
  137:15 138:17,19
personal 116:20
  117:17
personally 82:2 148:20
personnel 47:21 84:20
  85:1,21 86:2
pharmacy 98:6
phone 45:15,17,20,21

136:19
photographs 126:23
  126:24 127:7
photos 127:4
physical 33:16 54:4
  57:7,10 90:15 98:1
physically 30:23 40:23
  69:14 71:7 72:25
  85:22 86:21
physician 33:9 93:14
  96:4 97:6,19
pick 110:5 135:12,24
picked 77:17 109:1
pill 35:9
pills 35:4 128:6
pin 26:19
Pines 59:25 60:23 61:8
  61:14
place 4:5 9:5 14:21
  18:12 30:1 50:25
  114:16 147:5 148:5
placed 18:8
places 13:8 60:7,10,13
  62:14
PLAINTIFFS 1:6 2:6
plan 12:7 50:6,13
planes 30:9
planned 9:1
planning 12:5,6 33:22
plans 12:4 53:21 54:18
Pleasant 11:15
please 5:6 6:17,20 10:4
  80:21
PLLC 2:14
Pneumonia 124:15
point 21:13 27:16 29:5
  31:6 39:8 47:24
  53:13,13 54:19 57:22
  58:7 66:11 67:4
  68:24 69:15 70:19
  71:6 72:25 73:12
  76:5,19 80:18 83:10
  86:15,24 88:21 90:24
  99:14 119:18 131:4
  131:13,16 132:1
  133:10,14,17,20

134:22 135:1 136:6
  138:16 140:19,25
  141:23 142:4
police 17:17 21:16
  47:25 59:9 84:20
  108:16,20 109:1,7,16
  110:12 112:20 115:5
  115:14,18,23,25
  116:6,19 117:5,9
  118:13,16 119:11
  120:12,25 122:8
  133:18
pop 124:4
Popps 65:11,13
position 118:4
positive 36:10 132:20
  133:2
post 1:21 108:9
posted 108:13
potentially 19:21 28:5
  28:12 54:3
prac 32:4
practitioner 31:24
  32:2,11 53:6 94:16
  97:9,20
preceding 35:2
prefer 5:8
pregnancy 35:3,7 36:3
  36:9 54:8 57:5 93:8
  93:12
pregnant 31:7,11 33:7
  33:11 35:19,23 40:20
  41:8 53:15,19
PREMIER 1:8 2:11
prenatal 52:22
prepare 105:16
prepared 20:24
prescribed 96:2
prescription 34:10,14
  52:25
prescriptions 98:6
presence 41:2
present 45:22 46:8,20
  115:6 135:10
pretty 28:10 32:21
  46:24 71:9 77:2

109:21 134:12
prevent 35:3,6
previous 58:5
previously 8:9
pricing 13:2
prior 81:25 123:1
privilege 10:9
probably 10:15 21:24
  23:1 51:20 73:18
  92:16 139:14
problem 66:7,10
problems 22:14 95:17
  124:24
Procedure 4:8
proceeding 19:13 20:1
  20:1
process 24:23 25:12
  80:2
produced 106:22
professed 105:2
professional 97:10,20
promise 145:3
prompted 122:13
provide 45:18
public 4:7 18:4,24
  148:17,23
pull 73:20,22 88:11
  89:2 141:13,13
pulled 139:13
pulling 87:14 88:7,13
pulls 138:17
punched 80:1,3
punished 19:16
punishment 23:17
  25:15
purchase 63:18 64:1
purchased 63:24 64:3
pursuant 4:7
push 73:17
pushing 81:13
put 16:3 34:19 43:14
  77:3 82:11 102:21
  112:22 118:13
  141:12
P.A 2:8
p.m 1:17 107:1 146:25

## Q

**qualify** 28:20
**quantify** 93:25 143:4
**quantities** 43:6
**quarter** 25:19
**question** 5:25 6:3 21:2
  22:2 33:8 34:12 62:5
  74:12 75:15 88:24
  97:8 101:1 107:9
  111:6 112:15 143:14
  145:20 146:12
**questioning** 79:1
**questions** 4:12 5:13,23
  22:7 36:23 75:22
  76:12 129:24 133:13
**quit** 15:11,24 55:2
  119:7 139:8

## R

**R** 2:18
**rain** 96:16,18
**ramifications** 35:14
**ran** 16:20
**range** 37:8,9
**rank** 25:7
**rarely** 124:3
**reached** 27:16
**react** 89:15
**reacted** 74:17
**read** 148:3
**READING** 4:9
**realize** 138:23,23
**really** 24:14 25:4,24
  49:11 75:14,14 76:25
  91:12 127:19 136:4
  136:14 139:4 145:3
**reason** 17:18 18:8,12
  34:9,13 55:8,9 70:24
  79:23 80:11 122:1
**reasons** 30:18 34:16
**recall** 15:20 31:18
  32:17 36:11 39:1
  42:10 46:20 47:9
  51:8 61:25 62:7
  69:19 71:6 72:25
  74:18 75:17,23 76:2

76:22 78:12 79:8,11
83:2,8,12,25 86:13
90:21 91:18 92:22
114:12 119:6 122:4
133:19 134:14,21
135:1,8 139:5,22
142:3
**receive** 18:22
**received** 23:7
**recognition** 26:5
**recognizance** 108:4
**recognize** 140:12
**recollection** 32:25
  35:21 37:25 66:6
  83:5 98:18 99:25
  133:23
**record** 4:4 22:11 25:24
  25:24
**records** 122:14
**recover** 129:13
**recurrent** 36:25
**redeploy** 28:25
**reduced** 147:6
**red-headed** 131:9
  133:11 134:2,17
**refer** 116:10
**referred** 110:25
**referring** 8:2 85:20
**regard** 5:14 18:24 96:8
**regarding** 24:5
**regards** 36:8
**regular** 36:25 60:9
  139:16,18
**Reimer** 46:22 66:20
  70:4,4,5,6 86:13
  110:21
**related** 18:4 95:24
  96:20 147:13
**relates** 138:15
**relation** 31:9
**relationship** 17:8
**relative** 147:16
**released** 109:15,17
**remember** 10:20 15:15
  16:11,12 26:7 27:22
  32:15,21 35:25 38:5

38:15,25 46:25 47:12
47:14 61:22 62:3
64:8 67:12 69:3,4,7,9
69:11,18 71:10 72:10
72:22 73:6,24 74:16
75:5,11,13,15,25
76:14,15,16,18,25
77:22 78:3 79:4,24
79:25 80:1,12,14,17
83:4 85:16,24 91:1
97:15,16 98:15
104:18,19,21 105:4,7
105:8,9 110:23 111:4
112:1 115:7 117:7
118:10 122:3 126:2
128:19 131:19
133:16 135:18
**removed** 18:11
**repeat** 97:8
**rephrase** 6:18
**REPORTED** 1:19
**reporter** 3:8 4:7 5:21
  147:1
**request** 99:15
**required** 126:19
**reserved** 4:13
**residence** 101:4,11
  102:8
**resignation** 16:8
**resist** 117:8
**resolved** 24:19
**respective** 4:4
**respond** 73:14 76:6
**responded** 74:8 81:13
  83:6
**response** 67:1
**responsiveness** 4:12
**rest** 65:18
**restaurant** 19:6
**restraining** 18:8
**restrictions** 10:21
**result** 41:10 94:2
  125:19 129:9
**retail** 13:8 18:23
**retained** 101:4,11
**retaining** 85:5

**return** 15:7 102:17
**review** 70:15 105:16
**reword** 146:12
**Rheumatoid** 124:21
**ride** 136:19
**rifle** 84:4,5
**right** 7:16,24 8:25 9:16
  10:22,23 12:9 14:6,8
  18:2 22:22 23:10
  26:8 27:14 30:25
  31:1,10 48:10,22
  53:22 54:7,8,11,14
  58:11,16,18 61:23
  62:9,11,12 68:19
  71:4 73:13 74:5,8
  79:5 87:24,24,25
  88:2,5,6,6 89:6 90:17
  100:23 101:15
  102:24 114:1,22
  131:13 132:7,8,21
  133:3 135:11,24
  137:15 139:8 140:13
  145:17 146:24
**ring** 134:5
**Road** 1:22 14:3,7
  26:13 65:7,12
**rock** 1:9 2:11 5:13
  23:25 43:17 45:22
  46:8,21 47:17,19,24
  49:14 51:15 55:14
  56:5,8 58:25 59:6
  61:21 82:17,20 83:9
  86:25 88:8,18,21
  89:2,12,13,23 92:23
  99:21 100:1,5,8,10
  110:17 118:13,14
  125:8 126:14 129:5
  129:10
**role** 48:7
**rolled** 133:3
**room** 36:6 57:3 74:14
  128:18 135:11,24
**rooms** 62:7
**roughly** 50:23 87:16
**Rsgill@datasync.com**
  2:16

**Rules** 4:8
**run** 80:15
**runs** 96:16,18
**run-ins** 110:11
**Russell** 2:14

**S**

**S** 2:14
**safety** 55:3
**sag** 99:5
**sagging** 99:11
**San** 94:24
**Saturday** 107:6,7,12
**Saudi** 29:21 102:12,14
　103:2
**saw** 38:16 61:10,18
　66:17,18 74:7 89:2
　91:1 94:8 96:7
　115:12,12 118:2
　130:13 133:15 137:3
　137:8,10,13 140:6
　145:25
**saying** 14:23 23:10
　41:1 69:2 87:8 92:3
　92:23 101:4 107:2,8
　108:16,22 111:4
　130:24 135:23
　142:17
**says** 10:8 144:19
**scars** 95:11,13
**schedule** 23:14
**schnapps** 43:4
**school** 8:22,24 11:4,6,7
　12:20,21,23 13:5
　29:7 61:17
**schools** 12:25
**scream** 83:17
**second** 5:12 98:9 102:1
　144:12
**security** 26:18 28:13
　29:16 69:20,25 70:7
　70:19 75:17 76:7,13
　76:14,22 78:4,15
　79:15,16 80:20,20
　82:16,20,23 83:6
　84:20,25 85:15,21

89:2 99:21 100:5
110:25 112:13
113:16 114:5,20,23
115:16 131:20
132:17
**see** 30:17 32:12 38:22
　42:8 49:9 56:7 60:24
　61:16 63:1 67:2
　68:24 72:3 73:21
　76:10 77:5 78:10,12
　82:16,19,22 83:13
　87:5 88:8,11,18
　89:11 102:23 113:12
　113:15 115:10,22,25
　116:5 117:8 118:21
　131:4,17 132:14
　139:13 140:21
**seeing** 75:25 83:8,12
**seek** 57:9
**seen** 42:6 60:18 69:21
　70:10,13 73:4 84:7
　89:15 90:22 116:15
　126:24 130:8 140:2
　144:19
**sell** 13:21 19:1
**send** 127:16
**Senior** 11:7
**sense** 37:14
**separate** 9:19 64:17,19
　71:7,14
**separated** 17:1 77:4
**September** 7:18 8:6
　28:8,11 29:10 100:19
　101:9 142:3
**Sergeant** 46:22 86:13
**served** 19:8
**service** 18:24 19:4
**Services** 10:10
**set** 4:6 29:13 148:6
**setting** 19:7
**sex** 43:1 64:1,5
**shape** 51:4
**Shawn** 44:13
**Shea** 5:7
**Sheet** 3:9
**Sheila** 58:24

**shifts** 66:3
**Shooting** 95:19
**shop** 13:22
**short** 47:5 51:14,18
　56:24 100:15 145:3
**shortly** 24:1
**shot** 63:2,3,9,10
**shots** 63:12,14
**shoulder** 58:13 95:16
　96:11
**Show** 67:21,24
**shows** 70:10
**shut** 119:7
**side** 20:17 60:2 67:6,7
　67:17 71:23 75:1,6
　81:20 131:25 132:7,8
　132:21 137:15
**sides** 48:18
**signature** 3:9 147:19
　148:1
**SIGNING** 4:9
**similar** 35:9 56:8
**simply** 35:11 112:22
**sister** 103:18
**sisters** 103:16
**sit** 31:10 37:24 49:22
　53:25 73:8 93:6
**sitting** 118:19
**situation** 78:1 125:11
　130:9
**six** 28:22,23 55:21
　92:15 96:9
**size** 51:23
**sketchy** 15:15
**smears** 126:21
**smoke** 96:22,24 97:1
**smoked** 97:4
**soft** 124:6
**solemnly** 148:2
**solid** 71:19,21
**Solutions** 1:21
**somebody** 63:8 137:11
**someplace** 61:8
**sorry** 23:18 88:1
　101:22,25 102:1
　131:10 141:6 145:9

**sort** 17:24 19:25 57:23
　98:11
**sought** 4:15
**Soukup** 1:6 5:15 44:9
　44:14 45:25 46:12
　48:5 49:4,4 65:16
　66:14 68:9,25 71:10
　71:12 72:6,23 73:14
　73:17,18 80:7,10,16
　81:4,13 86:3,4,7
　100:5 108:2,19 109:8
　110:20 111:8,9,18
　137:21
**Soukup's** 73:19 76:11
　109:2
**sound** 10:18
**sounds** 7:15
**south** 6:6 65:1,2 67:8
**Southern** 1:1,2 92:3
**space** 28:16
**span** 23:24
**speak** 24:22 58:25
　140:8
**special** 26:5
**specializes** 32:7
**specific** 38:4 139:24
　144:8
**specifically** 4:10
**speculate** 97:20
**speeding** 110:13
**spell** 16:21
**spelled** 16:23
**split** 30:8
**spoken** 59:9
**sponsor** 9:23
**spotting** 122:24 123:13
**spouse** 48:16,19,23
**spouses** 44:21 48:12
　48:14,15
**squadron** 29:16
**Sr** 2:8
**stairs** 62:9 67:18
　113:19,21,25 115:8
　118:11 130:5,12,16
　130:17,22 131:11,12
　131:15 132:1 134:11

134:12,14,17,24
**stand** 120:13 131:1
**standing** 85:11 87:20
**stands** 45:8
**stapling** 88:1
**start** 37:6,11,12,13
53:4
**started** 17:8 36:20
38:15 39:11,21 40:9
61:13,20 104:12,19
104:21 122:24 123:7
133:12 139:3
**starts** 142:18
**state** 5:6 11:25 12:1
14:24 147:8 148:18
**stated** 147:6
**statement** 20:17
**States** 1:1 10:10
**station** 13:14 14:3
109:1 138:21
**stay** 6:5 12:5 14:13
41:17 100:23 107:23
**stayed** 62:15 109:3,5
**Steel** 2:18 3:4 100:17
106:21 111:17,25
113:2 114:2 117:3,13
120:4,9,17,23 121:9
121:15,20 123:21
125:13 126:18
127:18 129:17
**Stewart** 2:7 3:3,6 5:5
5:11 21:12 22:8,12
32:5,24 56:25 75:12
79:17 85:7 86:8
88:25 90:9 94:5
100:13 113:23
117:22 145:2,5,16,21
146:13,20
**stick** 6:14
**Stiller** 38:14
**stipulated** 4:2
**Stipulation** 3:7 4:1
**stomach** 122:15
**stop** 22:9 114:25 126:1
**stopped** 125:21 131:16
132:2

**store** 14:25 16:20
**storm** 96:16,18
**story** 20:17
**straight** 23:17 43:21
62:1
**Stress** 97:15
**stressful** 104:9 125:7
125:12
**strike** 42:4 82:17,19
**stripe** 19:23
**stripes** 19:21
**struck** 41:24 42:9 80:6
83:9,12,14 91:8
**struggle** 115:22 117:9
**stub** 38:24
**stubs** 106:16
**study** 11:19
**stuff** 10:14 13:2,21
32:7 61:17 67:21
96:2 126:21 128:3
**subject** 17:23 19:25
90:19
**successful** 25:16
**sued** 144:23
**suffered** 121:5 146:15
**suit** 144:16
**Suite** 1:22
**Sunday** 107:1,2,2,4
**sunroof** 95:9
**supervisor** 16:12,19
**supposed** 27:10,19,21
29:11 142:8
**sure** 14:8 28:10 29:11
32:21,21 36:23 46:24
47:12 49:8,15 65:10
71:10 77:2 78:18
81:24 92:3 99:22
109:21 111:13 129:3
134:12 135:23 142:6
142:10
**surgery** 96:2
**swear** 148:2
**sweater** 47:10
**Switzer** 2:8
**sworn** 5:2
**symptoms** 36:17 57:5

57:6 122:12 123:16

---

**T**
**take** 5:21 25:6 35:12
41:17 50:8 52:8,9,13
52:18,19,22 53:7,12
63:9 71:2 91:11
92:12 95:20 96:1
108:23 114:16
**taken** 1:15 4:5 56:24
96:6,19 100:15 106:7
111:19,19 113:13
119:4 127:1 128:5
147:5,15
**takes** 54:7
**talk** 21:10 24:7 35:15
46:6
**talked** 21:9 31:20
50:10 90:10 131:6
141:20
**talking** 8:3 13:2 20:8
21:13,14 34:7 42:11
57:2 61:21 66:14,17
66:18 69:1 76:9,12
76:14 77:13,23 78:2
78:15 84:4 94:11
115:16 130:15,21
131:2,20 133:17,20
134:7 136:17 139:3
**tall** 47:5,7
**taller** 47:6
**tank** 42:23 107:22,24
109:21
**tase** 116:6
**tased** 78:11
**tasered** 116:19
**tattoo** 96:13
**taxes** 106:7
**Taylor** 2:8
**tech** 8:22,24 29:6
**technically** 8:14 26:12
29:6 48:4 62:15
102:4 114:6
**teenager** 60:25 61:15
**Telephone** 1:23 2:4,9
2:15,21

**tell** 5:20 25:1 36:8,16
38:11,24 39:1 58:3
61:20 72:15 81:9,15
84:19 112:11 119:15
121:25 127:15
128:22 130:12
**telling** 31:18 69:6 77:7
78:4,20 81:4 105:6
114:25 136:20
**ten** 18:2 57:21
**tendered** 16:8
**TERE** 2:18
**Tere.steel@pmp.org**
2:22
**terminology** 108:7
**terms** 35:4 43:9
**Terrace** 2:3
**test** 36:3,9 94:14
**testified** 5:3 103:7
104:12 105:19 120:5
126:22 127:19
**testify** 137:22 147:9
**testifying** 110:19
**testimony** 9:9 112:7
132:19 147:4 148:5
**tests** 94:18
**Texas** 8:15,17 103:13
104:2
**Thanksgiving** 31:13
32:18 33:1,2,15 38:6
40:15 93:11
**theater** 9:10 13:13
38:16 61:13
**them?4** 72:18
**thereof** 4:14
**thing** 53:2 69:19 80:18
110:23 113:4 133:14
**things** 9:21 21:14 30:8
65:15 69:25 70:11
71:4 97:13,14 98:15
**think** 7:13,16 9:24
12:19 13:3 16:18
22:3 23:9 28:22 32:2
32:3 37:22 38:11
39:14 40:2,6 43:7
54:16 66:20 71:19

82:10 88:19 89:12
98:2 104:22 107:4,7
107:11,12,13,14
109:10 110:24
113:25 120:18,24
131:1 134:2 135:15
135:17 141:23 142:5
142:18 143:15
**thinking** 146:6
**Thomas** 2:2 20:25
**Thomas.Bellinder@...**
2:5
**thought** 22:1 36:21
101:22 111:8 142:7
**thousand** 8:13
**three** 1:11 14:10 37:13
37:15 40:2 44:14
49:4 68:22 70:3
139:14
**three-day** 37:11
**throat** 72:9
**Thrower** 26:22
**ticket** 38:24 110:13
**time** 4:5,13 9:11 14:18
15:12 17:7,8 20:6
22:10 23:3 25:15
26:24 27:2,13 28:19
29:2,12,20 30:5,7
31:14 33:10,14,18,19
33:23 35:1,18,19,21
37:25 38:17 39:3
40:14 44:5 45:3
48:17 49:13,20 54:21
56:17 59:13 61:22
66:7,9 70:1,2,2,6,8
70:11,12 75:22 76:5
78:16 79:1 88:13
89:19 91:11 95:23
96:7 100:21 101:2
102:2,11 105:7
106:14 107:17
109:17,22,23,24,25
114:12,19 117:5
119:4 122:25 125:24
126:8 127:21 128:21
130:3,8 134:8,18

139:22,24 140:25
142:1,8 147:5 148:5
**times** 55:17,19,21
60:12,24 61:1 88:11
92:10 139:14,15
**timing** 51:8
**tired** 42:20,21 52:14
**today** 53:25 70:16 73:8
93:6 99:25 105:14
132:19
**told** 18:16 21:8,24 33:1
33:12 41:7 53:7 79:8
81:7 82:10 93:15
97:6,10 109:19 110:3
119:14 131:8 133:6
136:6 137:17 142:13
**top** 85:8,8 113:16,24
114:21 134:19
140:17
**total** 61:1
**touch** 69:17 73:17
**touched** 73:18,19 76:8
86:17
**touching** 73:1 114:25
**Tower** 38:9,10,13
**town** 65:8
**training** 18:22 94:25
**transcript** 6:2 147:4
148:4
**transcription** 147:7
**Traveler's** 59:16,19
**treat** 96:4
**treated** 123:8
**treatment** 57:9 93:19
94:8 126:19
**trespassed** 18:15
**tried** 23:5 71:10 79:16
88:4,19
**trip** 94:22
**trips** 91:24 94:21
**trouble** 36:22
**true** 147:3 148:4
**truth** 147:9,9
**try** 5:18,23 6:5,13,14
53:15,22 71:7 73:19
73:20,22 76:11 85:22

88:20 109:14
**trying** 38:25 53:10,25
67:14 71:14 75:15
78:6,7 79:5,12 81:19
85:1,5,11,17 86:14
87:11,20,23 89:2
104:3 113:25 115:3
129:12 131:1 135:21
136:18 139:1 140:20
141:17 144:1
**Tube** 136:15,16,24
**turned** 133:3
**Twenties** 60:6
**Twenty** 9:8
**Twenty-four** 11:2
**twice** 91:17
**two** 8:13 9:12 13:15,19
14:9 16:3,5 34:5 35:2
39:2,19 40:2 42:14
43:1,15 48:14,15
49:3 50:20,21,22,23
51:8,25 61:1 64:1,17
64:20,23 66:17 74:1
76:7 82:5 83:4 102:9
102:22 116:19
139:11,12 141:5
**two-week** 16:8
**type** 12:25 19:7 31:22
32:7 51:12
**typewritten** 147:6
**typically** 64:13
**T-A-B-L-E** 3:1

_____

U

**uh-huh** 6:7 61:24
141:25
**unable** 129:9
**UNBORN** 1:4,6
**unclear** 142:9
**unconscious** 118:5,12
119:1
**understand** 6:17 9:9
23:6 24:25 26:20
28:6 30:17 33:8
34:12 62:5 71:4
74:12 88:24 121:4

127:20 138:19
142:11 143:14,25
144:6,9,15,20 145:20
**understanding** 23:12
24:4,16 30:2 66:21
66:23
**understood** 24:14
**underwear** 98:21,25
**Uniform** 10:10
**United** 1:1 10:10
**unusual** 40:7,11
**unwelcomed** 72:14
73:14 74:5
**upset** 104:3
**upsetting** 104:7 126:13
**use** 6:7,10,12 9:21,22
10:13,14 22:16,18
64:14,15 83:22 98:7
124:1,5 128:8,11
136:19
**usually** 37:5,7,10,11
37:12,13 63:7 64:16
139:20
**uterine** 124:24
**uterus** 40:23

_____

V

**VA** 26:21,21
**vacations** 91:24 94:21
**varies** 40:3
**variety** 13:8
**vehicle** 50:1 118:16
**version** 21:18
**vest** 47:10
**vested** 147:8
**vicinity** 140:16
**video** 42:6,8 69:21
70:10,15 73:4,7
75:25 90:22 91:1
136:15,16,17,24
**Vieux** 2:20
**violence** 17:12
**violently** 89:16
**visit** 94:13,14,15,16,19
**Visitors** 30:16
**vitamin** 53:11

**vitamins** 52:22
**vodka** 43:4
**voluntarily** 137:20
    138:4
**VS** 1:7

___

**W**

**W** 2:7
**wages** 41:10 54:25
**wait** 28:23,25 38:8
    108:22
**WAIVED** 4:10
**walk** 120:13 139:2
    140:21 141:17
**walked** 67:2,5 71:9
    72:1 76:10,21 77:5
    78:8,13,14,21 120:25
    132:17 140:5 141:7
**walking** 112:4 114:10
**wall** 69:1 71:15,17,19
    71:21,25 72:3 77:9
    81:13 111:10
**want** 22:3 32:19,23
    53:23 78:18 129:23
**wanted** 12:10 77:25
    141:21
**warranted** 90:4
**wasn't** 20:7 23:4,23,24
    29:24 30:22 31:13
    40:5 48:20 49:11,18
    53:7,21 61:14 81:3
    82:12 99:11 109:13
    119:3 121:23 122:16
    123:9 132:13 137:25
    139:24 146:1,7
**watch** 30:8 115:18
    118:10
**watching** 118:19
**waving** 140:7
**way** 19:17 34:20 51:4
    54:16 74:13 91:14
    93:16 95:15 116:3
    120:19 121:1,10
    122:1,10 145:12
    146:4,9
**weapons** 84:15,16,17

**wear** 98:24 99:9
**wearing** 47:10 98:21
**wedding** 8:15,16 9:1
**Wednesday** 1:16
**week** 139:14,15
**weekend** 33:2
**weeks** 16:4,5 39:19
    42:14
**welcome** 18:17
**went** 15:3 20:6,9 24:10
    31:25 36:1 38:15
    50:2 56:5,17,19,21
    56:22 57:2 60:7,8
    61:1 62:3,8,14 68:19
    73:13 76:6 77:2 79:2
    81:12 82:11 88:4
    90:7 94:18 101:2,19
    102:10 107:7,22
    109:3,12,13 110:17
    123:24 128:17
    131:12
**weren't** 18:17 53:10
    53:10 54:21 108:1
    111:11 116:3 117:14
**West** 26:23
**we'll** 24:7 94:22
**we're** 6:12 13:2 46:5
    50:13
**we've** 8:1 17:6
**whatsoever** 74:19
    146:21
**wheelchair** 99:16
**White** 1:20 4:6 147:2
    147:23
**wife** 53:19 78:24 112:9
**willingness** 137:22
**window** 29:5,8 141:21
    142:2,11,14,17,25
**Winn-Dixie** 65:7
**witness** 3:9 21:4
    127:12 147:5,19
    148:1
**witnesses** 137:20
**woke** 52:12,14
**woman** 115:16
**woman's** 37:5

**word** 6:13 23:11 26:3
    83:25 99:7
**words** 6:7 69:8 72:17
    83:22,24
**work** 12:17 13:16
    14:15 23:17 42:15,17
    42:19 43:18 54:25
    55:10,12 82:2 105:20
    105:25 107:14,15,16
    107:18 125:19 126:4
    139:1
**workdays** 19:22
**worked** 9:10 13:8,12
    13:13,13,17,19,19,20
    14:12,17,22,23 15:9
    19:7 23:14,15 24:1
    106:1,24 139:7,19
**working** 12:12 13:24
    14:2 19:22 61:13
    125:21 126:1
**works** 29:15 48:3
**World** 14:11
**worse** 128:2,3
**wouldn't** 10:20 16:21
    51:22 55:20 91:14
    120:13
**wrist** 29:20 30:14,15
    30:25 58:11
**wrists** 118:3
**write** 21:17 105:11
**writing** 16:10
**writings** 25:10
**written** 20:22 96:11
**wrong** 25:2 26:3 32:3
**WRONGFUL** 1:5
**wrote** 16:24 20:25
    110:19
**Wyoming** 45:5,10,12

___

**Y**

**yeah** 7:15 10:19 14:24
    15:23 28:3,15 46:16
    47:2,2 48:2 49:21
    51:24 54:15 66:19
    68:13 69:23 71:24
    72:16 73:10,16,21

74:9 75:2 76:1,20
    77:19,19 81:14 82:25
    87:14,16,19 91:14
    94:10 99:9 109:11
    111:5 117:21 118:9
    119:2 121:19 135:5
    135:15 142:12
**year** 8:11 9:16 28:3,4,5
    28:11,25 32:17 33:3
    45:14 54:6 91:17
    95:2
**years** 9:12 18:2 23:1
    34:5 35:2,2 39:2
    50:21,21,23,24 54:17
    96:9
**yell** 83:18
**yelling** 119:3,6,16
    137:7
**York** 14:12,23 34:24
    126:7
**y'all** 6:10 8:6,9,12 9:9
    9:13 12:5 17:9,17
    35:14,15 43:25 48:14
    49:13 50:10,12 53:25
    56:19,21 57:19 58:18
    58:18,21 59:24 60:4
    60:9,15 61:1,22
    64:13,17 75:4 132:2
    140:18 142:3 145:17

___

**$**

**$7.40** 106:2,6,24

___

**#**

**#1312** 1:20 147:2,23

___

**1**

**1(800)372-DEPO** 1:24
**1:13cv195** 1:7
**10** 50:22
**10:00** 14:20 15:1 107:6
**10:15** 14:19 43:19
**100** 3:4
**11** 8:7 50:22 123:24
    124:2,11 128:17
    129:1
**11/27/11** 125:8 126:14

129:10
**12** 51:22
**12-ounce** 51:21
**12/22** 123:24
**12/22/11** 122:14
    128:17
**12/8** 123:16
**12/8/11** 104:13 122:25
**12/9** 128:24
**121** 6:21 101:23
**129** 3:5
**13** 6:25 102:10
**13th** 37:6 102:6
**14** 6:25
**1404-98-4604** 10:8
**14113** 1:21
**145** 3:6
**147** 3:8
**148** 3:9
**15** 19:18 23:10,22 25:1
    65:25
**160** 1:22
**18** 38:23

_____ **2** _____
**2** 1:16
**2:27** 1:17
**20** 65:25
**2007** 23:1
**2010** 9:15 17:9 34:7,8
**2011** 7:18 8:14,16
    15:17 33:4 100:19
    101:9 103:23 130:1
    135:11 141:23
**2012** 126:5 142:25
**2013** 101:10
**2014** 1:16 101:11
    147:20 148:21
**21st** 60:14
**228** 2:9,10,15,16,21,21
**24th** 36:14 39:20,22
**257-6052** 2:4
**257-6596** 2:5
**26th** 37:22
**27** 123:23 124:2,11
    128:17 130:1 135:11

**27th** 32:19 37:22
    107:20
**2781** 2:8
**28** 37:5,13
**28th** 37:23

_____ **3** _____
**3:00** 106:1,25 139:19
**30** 136:13
**300** 7:3 8:8
**35** 54:17
**351** 2:3
**366-9676** 1:23
**366-9756** 1:23
**374-2100** 2:21
**39206** 2:4
**39211** 1:22
**39236** 1:21
**39507** 7:14
**39530** 2:15
**39531** 2:9 6:22
**39533** 2:20

_____ **4** _____
**4** 3:7
**40** 103:5
**432-0007** 2:15
**432-0025** 2:16
**432-5539** 2:21
**4400** 1:22
**45** 19:22 23:10,15 24:1
    30:13,18
**49507** 7:13
**49655** 7:4

_____ **5** _____
**5** 3:3
**5th** 8:16
**5'6** 47:8
**5:05** 146:25

_____ **6** _____
**6-10** 1:12
**601** 1:23,23
**638** 2:14

_____ **7** _____

**759** 1:15 2:19
**769** 2:4,5

_____ **8** _____
**8th** 36:20 39:17,21,23
    104:17
**802404276** 10:18
**828** 7:12 27:1 102:6
**863-6101** 2:9
**868-9077** 2:10

_____ **9** _____
**9** 7:12 102:7
**9th** 103:23
**9/11** 102:3
**9/9/1989** 10:25
**9:00** 107:1