

Jordan, et al.
vs.
Premier Entertainment Biloxi LLC d/b/a
Hard Rock Hotel & Casino Biloxi, et al.
1:13-cv-195 LG-JMR

Video of Incident
November 27, 2011
HR 048