IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JASON JORDAN; ALYSSA JORDAN,
Individually and on behalf of the
Estate of Unborn Baby Jordan,
Deceased, and on behalf of all the heirs
and law and wrongful death beneficiaries
of Unborn Baby Jordan, Deceased; and
CHRISTOPHER SOUKUP                                                                 PLAINTIFFS

v.                                                                  CAUSE NO. 1:13CV195-LG-JCG

PREMIER ENTERTAINMENT BILOXI,
LLC, doing business as Hard Rock Hotel
& Casino Biloxi; THE CITY OF BILOXI,
MISSISSIPPI; DOE DEFENDANT ONE;
JOSHUA HAMILTON, in his official and
individual capacities; DOE DEFENDANT
THREE; DOE DEFENDANT FOUR; DOE
DEFENDANT FIVE; and DOE
DEFENDANTS 6-10                                                                    DEFENDANTS

## JUDGMENT

Having disposed of all dispositive matters pending before this Court, Final Judgment is hereby entered in favor of Defendant Premier Entertainment Biloxi LLC d/b/a Hard Rock Hotel & Casino Biloxi and against Plaintiffs Jason Jordan, Alyssa Jordan, and Christopher Soukup.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE